UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re | : | Case No. 11 - 18010 |
| Fawwaz F. Beyha | : | (Chapter 11) |
| Debtor. | : | |
| | : | Hon. Jean K. FitzSimon |

# CHAPTER 11  FINAL  REPORT

The following is the report of payments made pursuant to the Plan, confirmed by this Court on December 3, 2014.

## TOTAL DISTRIBUTION                                                                      $513,512.00 *

Percentage of Claims paid or proposed to be paid to the
General Class of Unsecured Creditors within the Plan                  100%

A.   Gross Cash Receipt                                                                            $599,140.00 *

|   | Paid | Proposed | Total |
|---|---|---|---|

B.   Priority Payments of Expenses of
      Administration Other Than
      Operating Expenses:
   1. Trustee's commission                $8,120.00     8,769.00     8,769.00 **
   2. Fee and expenses, Trustee's counsel      $0.00         0.00         0.00
   3. Filing fees                                   2,206.00     2,206.00     2,206.00

C.   Other Professional Fees and Expenses:
      Fee and expenses, Debtor's attorney  $5,060.00    5,060.00     5,060.00
         (3/4/2015 Order)

D.   Payments to creditors:
   1. Payment to secured creditors
      (Debtor has modified his mortgages under the Plan.
      He pays approximately $8,246.32 per month until
      the maturity dates of these mortgages). *
   2. Payment to priority creditors           $6,288.50    6,288.50     6,288.50
   3. Payment to unsecured creditors       $25,429.88   25,429.88    25,429.88

         TOTAL DISTRIBUTION       *
            * - includes projections at case closure plus amendments
                   because of Motion to Reopen.

The Plan Administrator, hereby avers that all provisions of the Plan have been substantially consummated, and Plan payments have been completed. Furthermore, the Debtor hereby certify, under penalty of perjury that the following statements are true and correct:

1. Debtor has completed all payments under the Plan.

2. Debtor has completed an instructional course concerning financial management as described in 11 U.S.C. § 111.

3. Debtor did not have, either at the time of filing this bankruptcy or at the present time, equity in excess of $146,450.00 for a case filed on or after April 1, 2010 and before April 1, 2013, in the type of property described in 11 U.S.C. § 522(p)(1).

4. There is not currently pending any proceeding in which Debtor may be found guilty of a felony of the kind described in 11 U.S.C. § 522(q)(1)(A) or liable for a debt of the kind described in 11 U.S.C. §522(q)(1)(B).

_____
Fawwaz F. Beyha, Debtor
DATE: 06/29/18

WHEREFORE, the Plan Administrator, having fully administered this estate, prays for entry of a an Order of Discharge and the entry of a Final Decree.

6/29/18
Dated: _____
Fawwaz F. Beyha, Debtor-in-Possession