**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re                                                              :          Chapter 13

Fawwaz F. Beyha
a/k/a Vance T. Rhone

       Debtor(s)                                    :          Bankruptcy No. 11-18010

NOTICE

To the debtor, debtor's counsel, and all parties in interest:

NOTICE is hereby given that:

1. This matter is reassigned to the calendar of the Honorable Jean K. FitzSimon from the calendar of the Honorable Stephen Raslavich.

Dated: 6/26/2018

                                            FOR THE COURT

                                            TIMOTHY B. MCGRATH
                                            CLERK

cc:
Judge(s)
Debtor
Counsel to Debtor
Trustee
US Trustee

ntccareyrecusal-oneissue
 (3/01)