UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| | : | |
| In re | : | Case No.  11 - 18010 |
| Fawwaz F. Beyha | : | (Chapter 11) |
| Debtor. | : | |
| | : | Hon. Jean K. FitzSimon |
| | : | |

## ORDER

AND NOW, this        day of            , 2018, upon consideration of Debtor's Motion to Reopen Case, and any response thereto, it is hereby ORDERED that

a)  Debtor's Motion to Reopen is GRANTED;

b)  this Court finds that
  i)      Debtor Chapter 11 Plan was confirmed on December 3, 2014,
  ii)     Debtor has completed all payments under this Plan, and
  iii)    Debtor has completed a personal financial management course
          and has obtained a certificate of completion for such course;

c)  Debtor is granted a Discharge as otherwise provided in § 1141(d)(5)
    of the Code; and

d)  upon entry on the docket of this Discharge Order, the Bankruptcy
    Court's Clerk shall immediately close this case.

BY THE COURT:

_____
Hon. Jean K. FitzSimon
U.S. Bankruptcy Judge

Copies to:
Debtor: Fawwaz F. Beyha
Debtor's Attorney: Ronald G. McNeil, Esquire
Office of the U.S. Trustee
Creditors