UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|   |   |   |
|---|---|---|
| In re | : | Case No.  11 - 18010 |
| Fawwaz F. Beyha | : | (Chapter 11) |
| Debtor. | : |  |
|  | : | Hon. Jean K. FitzSimon |
|  | : |  |

# PRAECIPE  TO  ACCEPT  PROPOSED  ORDER

To The Clerk:

Please accept the attached proposed Order as it relates to Debtor's Motion

to Reopen Case to Obtain Discharge.

Respectfully submitted,

 /s/ Ronald G. McNeil
Ronald G. McNeil, Esquire
Attorney for Debtor
DATE: June 28, 2018
1333 Race Street
Philadelphia, PA  19107-1585
(215) 564 - 3999 (t)
(215) 564 - 3537 (fx)
   r.mcneil1@verizon.net

UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

In re : Case No. 11 - 18010
   Fawwaz F. Beyha : (Chapter 11)
       Debtor. :
: Hon. Jean K. FitzSimon
:

# ORDER

AND NOW, this      day of         , 2018, upon consideration of Debtor's Motion to Reopen Case, and any response thereto, it is hereby ORDERED that Debtor shall pay the attached Money Orders into the Court Registry as Unclaimed Funds:

a) # 94732271-8     $1,000.00 for InSovle Recovery     (P.O.C. # 28)
    # 94732268-5     $63.72 for InSovle Recovery     (P.O.C. # 28);

b) # 94732270-7     $138.33 for Verizon     (P.O.C. # 21); and

c) # 94732269-6     $287.40 for Afni, Inc.     (P.O.C. # 1 and 2).

BY THE COURT:

 

Hon. Jean K. FitzSimon
U.S. Bankruptcy Judge

Copies to:
Debtor: Fawwaz F. Beyha
Debtor's Attorney: Ronald G. McNeil, Esquire
Office of the U.S. Trustee

**Check 1 (TD Bank Personal Money Order 94732271-8):**
- Date: 06/27/2018
- Amount: $1,000.00
- Pay to the order of: Fawaz F. Begha, B/r #11-18010 JKF
- Memo: InSolve Recovery, BP P.O.C. #28, Acct # x-x-7546
- Routing: 011201335, Serial: 626500 5099

**Check 2 (TD Bank Personal Money Order 94732268-5):**
- Date: 06/27/2018
- Amount: $63.72
- Pay to the order of: Fawaz F. Begha, B/r #11-18010 JKF
- Sixty Three AND 72/100
- Memo: InSolve Recovery, BP P.O.C. #28, Acct # x-x-7546
- Routing: 011201335, Serial: 626500 5099

