UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

| | : | |
|---|---|---|
| In re | : | Case No. 11 - 18010 |
| Fawwaz F. Beyha | : | (Chapter 11) |
| Debtor. | : | |
| | : | Hon. Jean K. FitzSimon |
| | : | |

## ORDER

AND NOW, this         day of                  , 2018, upon consideration of Debtor's Motion to Reopen Case, and any response thereto, it is hereby ORDERED that

a) Debtor's Motion to Reopen is GRANTED;

b) this Court finds that
    i) Debtor Chapter 11 Plan was confirmed on December 3, 2014,
    ii) Debtor has completed all payments under this Plan, and
    iii) Debtor has completed a personal financial management course and has obtained a certificate of completion for such course;

c) Debtor is granted a Discharge as otherwise provided in § 1141(d)(5) of the Code; and

d) upon entry on the docket of this Discharge Order, the Bankruptcy Court's Clerk shall immediately close this case.

BY THE COURT:

*[signature]*

**Date: June 28, 2018**

Hon. Jean K. FitzSimon
U.S. Bankruptcy Judge

Copies to:
Debtor: Fawwaz F. Beyha
Debtor's Attorney: Ronald G. McNeil, Esquire
Office of the U.S. Trustee
Creditors