UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

| | : | |
|---|---|---|
| In re | : | Case No.  11 - 18010 |
|   Fawwaz F. Beyha | : | (Chapter 11) |
|         Debtor. | : | |
| | : | Hon. Jean K. FitzSimon |
| | : | |

# ORDER

AND NOW, this         day of                  , 2018, upon consideration of Debtor's Motion to Reopen Case, and any response thereto, it is hereby ORDERED that Debtor shall pay the attached Money Orders into the Court Registry as Unclaimed Funds:

a)    # 94732271-8        $1,000.00 for InSovle Recovery      (P.O.C. # 28)
       # 94732268-5          $63.72 for InSovle Recovery      (P.O.C. # 28);

b)    # 94732270-7          $138.33 for Verizon               (P.O.C. # 21); and

c)    # 94732269-6          $287.40 for Afni, Inc.              (P.O.C. # 1 and 2).

BY THE COURT:

*Jean K. FitzSimon* (signature)

**Date: June 28, 2018**

Hon. Jean K. FitzSimon
U.S. Bankruptcy Judge

Copies to:
Debtor: Fawwaz F. Beyha
Debtor's Attorney: Ronald G. McNeil, Esquire
Office of the U.S. Trustee

## Check 1

**TD Bank** — PERSONAL MONEY ORDER

52-0133 / 112

No. 9473227 1-8

DATE: 06/27/2018

PAY TO THE ORDER OF: Fawaz F. Beyha
B/r # 11-18010 JKF

One Thousand AND 00/100

InSolve Recovery
BP P.O.C. #28
Acct # X-X-7546

$1,000.00

NOT TO EXCEED $1,000.00

PURCHASER'S SIGNATURE: [signed]
PURCHASER'S ADDRESS

⑈9473227 1 8⑈ ⑆0112013 35⑆ 6 26500 5099⑈

## Check 2

**TD Bank** — PERSONAL MONEY ORDER

52-0133 / 112

No. 9473 2268-5

DATE: 06/27/2018

PAY TO THE ORDER OF: Fawaz F. Beyha
B/r # 11-18010 JKF

Sixty Three AND 72/100

InSolve Recovery
BP P.O.C. #28
Acct # X-X-7546

$63.72

NOT TO EXCEED $1,000.00

PURCHASER'S SIGNATURE: [signed]
PURCHASER'S ADDRESS

⑈9473 22 68 5⑈ ⑆0112013 35⑆ 6 26500 5099⑈

