United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Fawwaz F. Beyha  
    Debtor

Case No. 11-18010-jkf  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Jennifer     Page 1 of 6     Date Rcvd: Jun 26, 2018  
                 Form ID: pdf900     Total Noticed: 97

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2018.

```
db               Fawwaz F. Beyha,    1551 South 16th Street,    Philadelphia, PA 19146-4828
cr              +American Home Mortgage Servicing, Inc.,    c/o Parker McCay P.A.,    9000 Midlantic Drive,
                  Suite 300,    P.O. Box 5054,    Mount Laurel, NJ 08054-5054
cr              +Capital Bank, NA,    1 Church Street, Suite 300,    Rockville, MD 20850-4190
cr              +JPMorgan Chase Bank, N.A.,    201 N Central Ave,    Phoenix, AZ 85004-0905
cr               Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,    P.O. BOX 24605,
                  West Palm Beach, FL 33416-4605
cr              +Parke Bank,    601 Delsea Drive,    Sewell, NJ 08080-2833
cr              +Porsche Financial Services, Inc.,    4343 Commerce Court,    Suite 300,    Lisle, IL 60532-3616
cr               Springleaf Financial Services of Pennsylvania, Inc,    c/o Benjamin E. Witmer, Esquire,
                  425 Swede Street, Suite 706,    Norristown, PA 19401
cr              +Suntrust Mortgage, Inc,    Bankruptcy Department RVW 3034,    PO Box 27767,
                  Richmond, VA 23261-7767
cr               TD Bank, N.A. c/o Fleischer, Fleischer & Suglia,    Fleischer, Fleischer & Suglia,
                  Plaza 1000 at Main Street,    Suite 208,    Voorhees, NJ 08043
13173656        +America's Servicing Company,    Attention: Bankruptcy Department,    MAC #D3347-014,
                  3476 Stateview Blvd,    Fort Mill, SC 29715-7203
12778413         American Express,    Bankruptcy Department,    P.O. Box 981535,    El Paso, TX 79998-1535
12639147         American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
12572380        +American Home Mortgage Investment Corp.,    ATTN: Bankruptcy Dept.,
                  538 Broadhollow Road, Floor 1,    Melville NY 11747-3638
12778414         American Home Mortgage Investment Corp.,    ATTN: Bankruptcy Dept.,
                  1525 So. Beltline Road, Suite 100 N,    Coppell, TX 75019-4913
12584828        +American Home Mortgage Servicing, Inc,    1525 S Beltline Road, Suite 100 N,
                  Coppell, Texas 75019-4913
12572383         BP Amoco/BP America, Inc.,    Bankruptcy Department,    4101 Winfield Road,    Mail Code 5 East,
                  Warrenville, IL 60555-3521
12572382         Bank of America,    Office of General Counsel,    Corporate Center,    100 No. Tryon Street,
                  Charlotte, NC 28202-4000
12572384        ++CITIBANK,   PO BOX 6030,    SIOUX FALLS SD 57117-6030
                 (address filed with court: Citibank, N.A.,    Default Management Legal Services Center,
                  4000 Regent Blvd,    Mail Stop C3B-350,    Irving, TX 75063-2246)
12572385        ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: CitiCorp Credit Services, Inc.,    Bankruptcy Recovery Unit,
                  P.O. Box 20487,    Kansas City, MO 64195-9904)
12778417        +Capital Bank, N.A.,    One Church Street, Suite 100,    Rockville, MD 20850-4190
12712008        +Capital Bank, NA,    Eisenberg, Gold & Cettei, P.C.,    c/o Janet L. Gold,Esquire,
                  1040 N. Kings Highway, Suite 200,    Cherry Hill, New Jersey 08034-1925
12602958         Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
12572401         Cynthia Smith,    Derrick Muchison,    1629 South 21st Street, Apt. 2-A,
                  Philadelphia, PA 19145-4349
13496619        +Deutsche Bank National Trust Company, et. al.,    America's Servicing Company,
                  Attention: Bankruptcy Department,    MAC # D3347-014,    3476 Stateview Boulevard,
                  Fort Mill, SC 29715-7203
12778420        +Dietz & Watson, Inc.,    5701 Tacony Street,    Philadelphia, PA 19135-4394
12572386         GMAC Mortgage Corporation,    3451 Hammond Avenue,    P.O. Box 780,    Waterloo, IA 50704-0780
12778423        +HSBC Bank USA, N.A.,    Office of General Counsel,    452 Fifth Avenue, 2nd Floor,
                  New York, NY 10018-2333
12572387        +HSBC Bank USA, N.A.,    Office of General Counsel,    ATTN: Michael W. Emerson, Esquire,
                  452 Fifth Avenue, 2nd Floor,    New York, NY 10018-2333
12572391         JPMorgan Chase & Co,    Bankruptcy Department,    200 White Clay Center Drive,
                  Newark, DE 19711-5466
12723253        +JPMorgan Chase Bank, National Association,    Mail Code: OH7216,    3415 Vision Drive,
                  Columbus, Ohio 43219-6009
12588433        +JPMorgan Chase Bank,NA,    201 N Central Ave,    Phoenix,AZ 85004-0905
12572392         JPMorgan Chase Mortgage Corp.,    Bankruptcy Department,    Mail Code LA4-5555,    700 Kansas Lane,
                  Monroe, LA 71203-4774
12778429        +Lava Funding,    7 Lansbrook Court,    Sewell, NJ 08080-4113
13426018        +Leon Jones,    c/o Abramson & Denenberg, P.c.,    1315 Walnut Street, 12th Floor,
                  Philadelphia, PA 19107-4712
13425626        +Leon Jones,    1724 Tasker Street,    Philadelphia, PA 19145-1415
13426023        +Leon Jones,    c/o David H. Denenberg, Esquire,    1315 Walnut Street, 12th Floor,
                  Philadelphia, PA 19107-4712
13189094        +Leon Jones c/o Abramson & Denenberg, P.C.,    David H. Denenberg, Esquire,
                  1315 Walnut Street 12th Floor,    Philadelphia, PA 19107-4712
13648934        ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC,    PO BOX 619096,    Dallas, TX 75261-9741)
13644471        +Nationstar Mortgage LLC,    c/o Aldridge Pite, LLP,    4375 Jutland Drive, Suite 200,
                  P.O. Box 17933,    San Diego, CA 92177-7921
12594613        +ONE WEST BANK,FSB,    POST OFFICE BOX 829009,    DALLAS, TEXAS 75382-9009
13185015        +Ocwen Loan Servicing, LLC,    1100 Virginia Drive, suite 175,    Fort Washington, PA 19034-3278,
                  Attn: Bankruptcy Department
12593652         OneWest Bank, FSB,    PO Box 829009,    Dallas, TX 75382-9009
12778433        +Parke Bank,    P.O. Box 40,    601 Delsea Drive,    Sewell, NJ 08080-2833
```

```
District/off: 0313-2          User: Jennifer              Page 2 of 6                   Date Rcvd: Jun 26, 2018
                              Form ID: pdf900             Total Noticed: 97


12605881        Parke Bank,    c/o Phillip D. Berger, Esq.,    Berger Law Group, PC,    450 Narberth Avenue,
                 Narberth, PA 19072
12572398       +Philadelphia Gas Works,    Bankruptcy Unit,    P.O. Box 3500,
                 800 W. Montgomery Avenue, 3rd Floor,    Philadelphia, PA 19122-2806
12778438       +Porsche Financial Services, Inc.,    4343 Commerce Court 300,    Lisle, IL 60532-3616
12778439        Porsche Motorsport, N.A., Inc.,    3203 So. Shannon Street,    Santa Ana, CA 92704-6352
12572407        Porsche Wearing,    2517 Federal Street,    Philadelphia, PA 19146-3913
12572400       +Shell Credit Card,    Bankruptcy Department,    P.O. Box 2463,    Houston, TX 77252-2463
12577636       +Springleaf Financial Services of Pennsylvania, Inc,    c/o Benjamin E. Witmer, Esquire,
                 Fox and Fox Attorneys at Law, P.C.,    425 Swede Street,    Suite 706 - One Montgomery Plaza,
                 Norristown, PA 19401-4852
12572404        SunTrust Mortgage, Inc.,    Bankruptcy Department,    901 Semmes Avenue,
                 Richmond, VA 23224-2270
12653523       +SunTrust Mortgage, Inc.,    1001 Semmes Avenue, 6th Floor,    Mail Code: VA-RVW 3034,
                 Ricmond, VA 23224-2245
12654044        TD Bank, N.A. c/o Nicola G. Suglia, Esq.,    Fleischer, Fleischer & Suglia,
                 Plaza 1000 at Main Street, Suite 208,    Voorhees, NJ 08043
12655458        TD Bank, N.A. c/o Nicola G. Suglia, Esquire,    Fleischer, Fleischer & Suglia,
                 Plaza 1000 at Main Street, Suite 208,    Voorhees, NJ 08043
12572405        TD Bank, f/k/a, Commerce Bank, N.A.,    Collection/Bankruptcy Department,    AIM # 02-203-01-97,
                 6000 Atrium Way,    Mt. Laurel, NJ 08054-3918
13783373       +The Bank of New York Mellon Trust Company,    c/o Ocwen Loan Servicing LLC,
                 Attn: Bankruptcy Dept,    P.O. Box 24605,    West Palm Beach FL 33416-4605
13326292        The Bank of New York Mellon Trust Company N.A.,    c/o Ocwen Loan Servicing, LLC,
                 Attn: Bankruptcy Department,    P.O. BOX 24605,    West Palm Beach, FL 33416-4605
12778447        Thomas Jefferson University Hospital,    Patient Billling,    111 South 11th Street,
                 Philadelphia, PA 19107-4824
12778450        Wachovia Mortgage Corp., a/k/a,,    Wells Fargo Bank, N.A.,    MAC T7425-021,
                 4101 Wiseman Blvd,    San Antonio, TX 78251-4200
13811800        Wells Fargo Bank, National Association,    c/o Ocwen Loan Servicing, LLC,
                 Attn: Bankruptcy Department,    P.O. BOX 24605,    West Palm Beach, FL 33416-4605
12778451        West Lumber & Building Supply,    7315 Marshall Road,    Upper Darby, PA 19082-4819

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jun 27 2018 02:43:10     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: cio.bncmail@irs.gov Jun 27 2018 02:42:30     Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 27 2018 02:43:02     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: ally@ebn.phinsolutions.com Jun 27 2018 02:42:27     Ally Financial,
                 P.O. Box 130424,    Roseville, MN 55113-0004
cr              E-mail/Text: megan.harper@phila.gov Jun 27 2018 02:43:10     City of Philadelphia,
                 Law Revenue Departments,    c/o James C. Vandermark, Esquire,    1401 JFK Blvd., 5th Floor,
                 Municipal Services Building,    Philadelphia, PA 19102
cr              E-mail/PDF: gecsedi@recoverycorp.com Jun 27 2018 02:50:10     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
12576013       +E-mail/Text: EBNProcessing@afni.com Jun 27 2018 02:42:54     Afni, Inc.,    PO Box 3667,
                 Bloomington, IL 61702-3667
12572381       +E-mail/Text: ally@ebn.phinsolutions.com Jun 27 2018 02:42:27     Ally Bank,    Customer Care,
                 P.O. Box 951,    Horsham, PA 19044-0951
12576995        E-mail/Text: ally@ebn.phinsolutions.com Jun 27 2018 02:42:27
                 Ally Financial Inc. f/k/a GMAC Inc.,    Post Office Box 130424,    Roseville, MN 55113-0004
12778412       +E-mail/Text: ally@ebn.phinsolutions.com Jun 27 2018 02:42:27
                 Ally Financial, Inc., f/k/a, GMAC,    Bankruptcy Department,    P.O. Box 130424,
                 Roseville, MN 55113-0004
13013330        E-mail/Text: megan.harper@phila.gov Jun 27 2018 02:43:11
                 City of Philadelphia Law Department,    Tax Unit - Bankruptcy,    Municipal Services Building,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1595
12768811        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 27 2018 02:50:52
                 CR Evergreen II, LLC,    PO Box 10587,    Greenville, SC 29603-0587
12669064       +E-mail/Text: megan.harper@phila.gov Jun 27 2018 02:43:10
                 City of Philadelphia Law Department,    School District of Philadelphia,
                 1515 Arch Street 15th Fl Tax Unit,    Philadelphia PA 19102-1501
12778421       +E-mail/Text: bknotice@ncmllc.com Jun 27 2018 02:42:55     GE Capital Retail Bank,
                 c/o National Capital Mgmt, LLC,    8245 Tournament Drive, Suite 230,    Memphis, TN 38125-1741
12670811       +E-mail/Text: ally@ebn.phinsolutions.com Jun 27 2018 02:42:27     GMAC MORTGAGE, LLC,
                 GMAC MORTGAGE, LLC,    ATTENTION: BANKRUPTCY DEPARTMENT,    1100 VIRGINIA DRIVE,
                 FORT WASHINGTON, PA 19034-3277
12723498       +E-mail/Text: bknotice@crgofusa.com Jun 27 2018 02:43:03
                 InSolve Recovery, LLC, as assignee of GE Capital,    c/o Capital Recovery Group, LLC,
                 1790 E. River Road, Ste. 101,    Tucson, AZ 85718-5958
12775345        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 27 2018 02:50:52     LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12572393        E-mail/PDF: gecsedi@recoverycorp.com Jun 27 2018 02:50:10     Lowes Companies, Inc.,
                 Bankruptcy/Customer Service,    P.O. Box 1111,    North Wilkesboro, NC 28656-1111
```

```
District/off: 0313-2           User: Jennifer              Page 3 of 6            Date Rcvd: Jun 26, 2018
                               Form ID: pdf900             Total Noticed: 97

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
12719111       +E-mail/Text: bknotice@ncmllc.com Jun 27 2018 02:42:56      National Capital Management, LLC,
                 agent for GE Capital  Retail Bank,   8245 Tournament Drive, Suite 230,
                 Memphis, TN 38125-1741
13260556       +Fax: 407-737-5634 Jun 27 2018 03:51:37      Ocwen Loan Servicing, LLC,
                 1661 Worthington Road Ste. 100,   West Palm Beach, FL 33409-6493
12579600       +Fax: 407-737-5634 Jun 27 2018 03:51:37      Ocwen Loan Servicing, LLC,
                 Attn: Bankruptcy Department,   1661 Worthington Rd,   Suite 100,
                 West Palm Beach, FL 33409-6493
12572394        Fax: 407-737-5634 Jun 27 2018 03:51:37      Ocwen Loan Servicing, LLC,   Bankruptcy Department,
                 1661 Worthington Road, Suite 100,   West Palm Beach, FL 33409-6493
12572395        E-mail/Text: EBN_Notifications@OWB.com Jun 27 2018 02:42:33      One West Bank, FSB,
                 Indy Mac Federal Bank,   Home Loan Servicing,   2900 Esperanza Crossing,
                 Austin, TX  78758-3658
12659678       +E-mail/Text: bankruptcygroup@peco-energy.com Jun 27 2018 02:42:31        PECO Energy Company,
                 c/o Merrick Friel,   2301 Market Street, S23-1,   Philadelphia, PA 19103-1380
12572397        E-mail/Text: bankruptcygroup@peco-energy.com Jun 27 2018 02:42:31        PECo Energy Co.,
                 Bankruptcy Group,   2301 Market Street  # N3-2,   Philadelphia, PA 19103-1338
12653595        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 27 2018 02:50:46
                 Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk VA 23541
12572396        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 27 2018 02:42:40
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0496
12572399        E-mail/Text: megan.harper@phila.gov Jun 27 2018 02:43:10      Philadelphia Law Department,
                 Bankruptcy Unit,   1515 Arch Street, 15th Floor,   Philadelphia, PA 19102-1595
12582114        E-mail/PDF: rmscedi@recoverycorp.com Jun 27 2018 02:50:47
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
12572403        E-mail/PDF: cbp@onemainfinancial.com Jun 27 2018 02:50:46
                 Springleaf Financial Services of PA, Inc.,   519 Baltimore Pike,   Springfield, PA 19064-3811
12572402        E-mail/PDF: cbp@onemainfinancial.com Jun 27 2018 02:50:44
                 Springleaf Financial Services, Inc.,   Bankruptcy Department,   601 N.W. Second Street,
                 Evansville, IN  47708-1013
13441221        E-mail/PDF: gecsedi@recoverycorp.com Jun 27 2018 02:50:26      Synchrony Bank,
                 Attn: Bankruptcy Department,   PO Box 530912,   Atlanta, GA 30353-0912
12572406        E-mail/Text: bankruptcy@td.com Jun 27 2018 02:42:52      TD Banknorth Mortgage,
                 Bankruptcy Department,   P.O. Box 9547,   Portland, ME 04112-9547
12664059        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 27 2018 02:42:27
                 VERIZON,   PO BOX 3037,   BLOOMINGTON, IL  61702-3037
12778449        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 27 2018 02:42:27
                 Verizon Communications,   Bankruptcy Department,   404 Brock Drive,
                 Bloomington, IL 61701-2654
                                                                                              TOTAL: 35

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NATIONSTAR MORTGAGE LLC
aty*           +Leon Jones,   c/o David H. Denenberg, Esquire,   1315 Walnut Street, 12th Floor,
                 Philadelphia, PA 19107-4712
smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*             CR Evergreen II, LLC,   PO Box 10587,   GREENVILLE, SC  29603-0587
cr*             LVNV Funding LLC,   c/o Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC  29603-0587
cr*           ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC.,   POB 41067,
                 Norfolk, VA  23541)
12778411*      +Ally Bank,   Customer Care,   P.O. Box 951,   Horsham, PA 19044-0951
12784942*       American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
12778416*       BP Amoco/BP America, Inc.,   Bankruptcy Department,   4101 Winfield Road,   Mail Code 5 East,
                 Warrenville, IL  60555-3521
12778415*       Bank of America,   Office of General Counsel,   Corporate Center,   100 No. Tryon Street,
                 Charlotte, NC  28202-4000
12586128*      +Bank of America, N.A.,   P. O. Box 26012,   NC4-105-03-14,   Greensboro, NC 27420-6012
12778419*     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court: CitiCorp Credit Services, Inc.,   Bankruptcy Recovery Unit,
                 P.O. Box 20487,   Kansas City, MO  64195-9904)
12778418*     ++CITIBANK,   PO BOX 6030,   SIOUX FALLS SD 57117-6030
                (address filed with court: Citibank, N.A.,   Default Management Legal Services Center,
                 4000 Regent Blvd,   Mail Stop C3B-350,   Irving, TX 75063-2246)
12778441*       Cynthia Smith,   Derrick Muchison,   1629 South 21st Street, Apt. 2-A,
                 Philadelphia, PA 19145-4349
12778422*       GMAC Mortgage Corporation,   3451 Hammond Avenue,   P.O. Box 780,   Waterloo, IA  50704-0780
12778424*       Household Bank/Finance Corp.,   Consumer Bankruptcy Department,   961 Weigel Drive,
                 Elmhurst, IL  60126-1058
12572390*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Service,   Office of District Counsel,
                 701 Market Street, Suite 2200,   Philadelphia, PA  19106-1533)
```

```
District/off: 0313-2           User: Jennifer              Page 4 of 6            Date Rcvd: Jun 26, 2018
                               Form ID: pdf900             Total Noticed: 97


              ***** BYPASSED RECIPIENTS (continued) *****
12778426*      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:  Internal Revenue Service,   Office of District Counsel,
                 701 Market Street, Suite 2200,   Philadelphia, PA  19106-1533)
12572389*       Internal Revenue Service,    Bankruptcy Division,   P.O. Box 7346,   Philadelphia, PA 19101-7346
12778425*       Internal Revenue Service,    Bankruptcy Division,   P.O. Box 7346,   Philadelphia, PA 19101-7346
12778427*       JPMorgan Chase & Co,    Bankruptcy Department,    200 White Clay Center Drive,
                 Newark, DE 19711-5466
12778428*       JPMorgan Chase Mortgage Corp.,    Bankruptcy Department,   Mail Code LA4-5555,   700 Kansas Lane,
                 Monroe, LA 71203-4774
12778430*       Lowes Companies, Inc.,    Bankruptcy/Customer Service,   P.O. Box 1111,
                 North Wilkesboro, NC  28656-1111
13277771*      +Ocwen Loan Servicing, LLC,    1661 Worthington Road Ste. 100,   West Palm Beach, FL 33409-6493
12778431*       Ocwen Loan Servicing, LLC,    Bankruptcy Department,   1661 Worthington Road, Suite 100,
                 West Palm Beach, FL 33409-6493
12778432*       One West Bank, FSB,    Indy Mac Federal Bank,   Home Loan Servicing,   2900 Esperanza Crossing,
                 Austin, TX  78758-3658
12778435*       PECo Energy Co.,    Bankruptcy Group,   2301 Market Street  # N3-2,
                 Philadelphia, PA 19103-1338
12745890*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court:  Portfolio Recovery Associates, LLC,   POB 41067,
                 NORFOLK, VA 23541)
12778434*       Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0496
12913051*       Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
12778436*      +Philadelphia Gas Works,    Bankruptcy Unit,   P.O. Box 3500,
                 800 W. Montgomery Avenue, 3rd Floor,   Philadelphia, PA 19122-2806
12778437*       Philadelphia Law Department,    Bankruptcy Unit,   1515 Arch Street, 15th Floor,
                 Philadelphia, PA 19102-1595
12778448*       Porsche Wearing,    2517 Federal Street,   Philadelphia, PA 19146-3913
12778443*      ++SPRINGLEAF FINANCIAL SERVICES,   P O BOX 3251,   EVANSVILLE IN 47731-3251
                (address filed with court:  Springleaf Financial Services of PA, Inc.,   519 Baltimore Pike,
                 Springfield, PA 19064-3811)
12778442*      ++SPRINGLEAF FINANCIAL SERVICES,   P O BOX 3251,   EVANSVILLE IN 47731-3251
                (address filed with court:  Springleaf Financial Services, Inc.,   Bankruptcy Department,
                 601 N.W. Second Street,   Evansville, IN  47708-1013)
12778440*      +Shell Credit Card,    Bankruptcy Department,   P.O. Box 2463,   Houston, TX 77252-2463
12778444*       SunTrust Mortgage, Inc.,    Bankruptcy Department,   901 Semmes Avenue,
                 Richmond, VA 23224-2270
12778446*      ++TD BANKNORTH NA,   70 GRAY ROAD,   FALMOUTH ME 04105-2299
                (address filed with court:  TD Banknorth Mortgage,   Bankruptcy Department,   P.O. Box 9547,
                 Portland, ME 04112-9547)
12778445*       TD Bank, f/k/a, Commerce Bank, N.A.,    Collection/Bankruptcy Department,   AIM # 02-203-01-97,
                 6000 Atrium Way,   Mt. Laurel, NJ  08054-3918
12586127       ##+Bank of America, N.A.,   P. O. Box 26012,   NC4-105-03-14,   Greensboro, NC 27420-6012
12572388       ##Household Bank/Finance Corp.,   Consumer Bankruptcy Department,   961 Weigel Drive,
                 Elmhurst, IL  60126-1058
                                                                                              TOTALS: 1, * 38, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018                                  Signature:  /s/Joseph Speetjens

```
District/off: 0313-2            User: Jennifer              Page 5 of 6                Date Rcvd: Jun 26, 2018
                                Form ID: pdf900             Total Noticed: 97
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2018 at the address(es) listed below:
              ANN E. SWARTZ    on behalf of Defendant    JPMorgan Chase Mortgage Corp. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              BEN  VAN STEENBURGH    on behalf of Attorney Leon   Jones lawyers@adlawfirm.com
              BENJAMIN E. WITMER    on behalf of Creditor    Springleaf Financial Services of Pennsylvania, Inc.
               bankruptcy@foxandfoxlaw.com,  bwitmer@foxandfoxlaw.com
              BRIAN E. CAINE    on behalf of Defendant    American Home Mortgage Investment Corp.
               bcaine@parkermccay.com,  BKcourtnotices@parkermccay.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Wells Fargo Bank, NA as Trustee of the Lehman
               Mortgage Trust 2007-1 Trust Fund ecfmail@mwc-law.com
              CHANDRA M. ARKEMA    on behalf of Creditor    American Home Mortgage Servicing, Inc. pabk@logs.com
              CHANDRA M. ARKEMA    on behalf of Defendant    American Home Mortgage Investment Corp. pabk@logs.com
              D. TROY SELLARS    on behalf of Creditor    GMAC MORTGAGE, LLC D.Troy.Sellars@usdoj.gov
              D. TROY SELLARS    on behalf of Defendant    GMAC Mortgage Corporation paeb@fedphe.com
              DAVID  NEEREN    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M2 dneeren@udren.com,
               vbarber@udren.com
              GEORGE M. CONWAY    on behalf of U.S. Trustee    United States Trustee george.m.conway@usdoj.gov
              GREGORY  JAVARDIAN    on behalf of Defendant    SunTrust Mortgage, Inc. greg@javardianlaw.com,
               mary@javardianlaw.com;tami@javardianlaw.com
              JANET L. GOLD    on behalf of Defendant    Capital Bank of Maryland jgold@egalawfirm.com,
               ksantiago@egalawfirm.com,nmccormack@egalawfirm.com
              JANET L. GOLD    on behalf of Creditor    Capital Bank, NA jgold@egalawfirm.com,
               ksantiago@egalawfirm.com,nmccormack@egalawfirm.com
              JEROME B. BLANK    on behalf of Creditor    GMAC MORTGAGE, LLC paeb@fedphe.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CMLTI 2005-7 jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    SunTrust Mortgage, Inc. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              JOHN ERIC KISHBAUGH    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M2
               jkishbaugh@udren.com,  vbarber@udren.com
              JOHN ERIC KISHBAUGH    on behalf of Creditor    OneWest Bank, FSB jkishbaugh@udren.com,
               vbarber@udren.com
              JOHN ERIC KISHBAUGH    on behalf of Creditor    Ocwen Loan Servicing, LLC jkishbaugh@udren.com,
               vbarber@udren.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    GMAC MORTGAGE, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KASSIA  FIALKOFF    on behalf of Defendant    One West Bank, FSB kfialkoff@duanemorris.com
              KASSIA  FIALKOFF    on behalf of Creditor    Homeward Residential, Inc. kfialkoff@duanemorris.com
              KASSIA  FIALKOFF    on behalf of Defendant    Ocwen Loan Servicing, LLC kfialkoff@duanemorris.com
              KASSIA  FIALKOFF    on behalf of Creditor    Ocwen Loan Servicing, LLC kfialkoff@duanemorris.com
              KEVIN T MCQUAIL    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mwc-law.com
              KEVIN T MCQUAIL    on behalf of Defendant    JPMorgan Chase Mortgage Corp. ecfmail@mwc-law.com
              KEVIN T MCQUAIL    on behalf of Creditor    Deutsche Bank National Trust Company ecfmail@mwc-law.com
              KEVIN T MCQUAIL    on behalf of Creditor    JPMorgan Chase Bank, National Association
               ecfmail@mwc-law.com
              LEE  SCHOTTENFELD    on behalf of Creditor    HSBC Bank USA, National Association cblack@udren.com
              LEN  GARZA    on behalf of Creditor    Capital Bank, NA lgarza@egclawfirm.com
              MARIO J. HANYON    on behalf of Creditor    GMAC MORTGAGE, LLC paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CMLTI
               2005-7 paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    Deutsche Bank National Trust Company paeb@fedphe.com
              MARISA MYERS COHEN    on behalf of Creditor    Deutsche Bank National Trust Company
               mcohen@mwc-law.com
              MARY F. KENNEDY    on behalf of Creditor    SunTrust Mortgage, Inc. mary@javardianlaw.com,
               tami@javardianlaw.com
              MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
               karena.blaylock@phila.gov
              NICOLA G. SUGLIA    on behalf of Creditor    TD Bank, N.A. c/o Fleischer, Fleischer & Suglia
               nsuglia@fleischerlaw.com,  fleischercases@fleischerlaw.com
              NICOLA G. SUGLIA    on behalf of Defendant    TD Bank, N.A. nsuglia@fleischerlaw.com,
               fleischercases@fleischerlaw.com
              PHILLIP D. BERGER    on behalf of Creditor    Parke Bank berger@bergerlawpc.com,
               kaufmann@bergerlawpc.com
              REGINA  COHEN    on behalf of Creditor    Ally Financial rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              RONALD G. MCNEIL    on behalf of Plaintiff Fawwaz F. Beyha r.mcneill1@verizon.net
```

```
District/off: 0313-2         User: Jennifer              Page 6 of 6          Date Rcvd: Jun 26, 2018
                             Form ID: pdf900             Total Noticed: 97
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      RONALD G. MCNEIL    on behalf of Debtor Fawwaz F. Beyha r.mcneil1@verizon.net
      SHERRI J. Smith    on behalf of Creditor    Wells Fargo Bank, NA as Trustee of the Lehman Mortgage Trust 2007-1 Trust Fund sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com
      SHERRI J. Smith    on behalf of Defendant    One West Bank, FSB sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com
      SHERRI J. Smith    on behalf of Creditor    Deutsche Bank National Trust Company sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com
      SHERRI J. Smith    on behalf of Creditor    OneWest Bank, FSB sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com
      SHERRI J. Smith    on behalf of Creditor    Ocwen Loan Servicing, LLC servicer for sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com
      SHERRI J. Smith    on behalf of Creditor    Ocwen Loan Servicing, LLC sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com
      SHERRI J. Smith    on behalf of Creditor    HSBC Bank USA, National Association, as Indenture Trustee sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM EDWARD CRAIG    on behalf of Creditor    Porsche Financial Services, Inc. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
      WILLIAM EDWARD CRAIG    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

                                                                                                                                                                                   TOTAL: 55

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re                                      :           Chapter 13

Fawwaz F. Beyha
a/k/a Vance T. Rhone

       Debtor(s)                    :           Bankruptcy No. 11-18010

NOTICE

To the debtor, debtor's counsel, and all parties in interest:

NOTICE is hereby given that:

1. This matter is reassigned to the calendar of the Honorable Jean K. FitzSimon from the calendar of the Honorable Stephen Raslavich.

Dated: 6/26/2018

                                                FOR THE COURT

                                                TIMOTHY B. MCGRATH
                                                CLERK

cc:
Judge(s)
Debtor
Counsel to Debtor
Trustee
US Trustee

ntccareyrecusal-oneissue
 (3/01)