United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 11-18010-jkf
Fawwaz F. Beyha                                                                 Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2          Date Rcvd: Jun 28, 2018
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2018.
db              Fawwaz F. Beyha,    1551 South 16th Street,    Philadelphia, PA  19146-4828

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2018                                        Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2018 at the address(es) listed below:
              ANN E. SWARTZ    on behalf of Defendant    JPMorgan Chase Mortgage Corp. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              BEN  VAN STEENBURGH    on behalf of Attorney Leon  Jones lawyers@adlawfirm.com
              BENJAMIN E. WITMER    on behalf of Creditor    Springleaf Financial Services of Pennsylvania, Inc.
               bankruptcy@foxandfoxlaw.com,    bwitmer@foxandfoxlaw.com
              BRIAN E. CAINE    on behalf of Defendant    American Home Mortgage Investment Corp.
               bcaine@parkermccay.com,   BKcourtnotices@parkermccay.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Wells Fargo Bank, NA as Trustee of the Lehman
               Mortgage Trust 2007-1 Trust Fund ecfmail@mwc-law.com
              CHANDRA M. ARKEMA    on behalf of Creditor    American Home Mortgage Servicing, Inc. pabk@logs.com
              CHANDRA M. ARKEMA    on behalf of Defendant    American Home Mortgage Investment Corp. pabk@logs.com
              D. TROY SELLARS    on behalf of Creditor    GMAC MORTGAGE, LLC D.Troy.Sellars@usdoj.gov
              D. TROY SELLARS    on behalf of Defendant    GMAC Mortgage Corporation paeb@fedphe.com
              DAVID  NEEREN    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M2 dneeren@udren.com,
               vbarber@udren.com
              GEORGE M. CONWAY    on behalf of U.S. Trustee    United States Trustee george.m.conway@usdoj.gov
              GREGORY  JAVARDIAN    on behalf of Defendant    SunTrust Mortgage, Inc. greg@javardianlaw.com,
               mary@javardianlaw.com;tami@javardianlaw.com
              JANET L. GOLD    on behalf of Defendant    Capital Bank of Maryland jgold@egalawfirm.com,
               ksantiago@egalawfirm.com,nmccormack@egalawfirm.com
              JANET L. GOLD    on behalf of Creditor    Capital Bank, NA jgold@egalawfirm.com,
               ksantiago@egalawfirm.com,nmccormack@egalawfirm.com
              JEROME B. BLANK    on behalf of Creditor    GMAC MORTGAGE, LLC paeb@fedphe.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CMLTI 2005-7 jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    SunTrust Mortgage, Inc. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              JOHN ERIC KISHBAUGH    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M2
               jkishbaugh@udren.com,   vbarber@udren.com
              JOHN ERIC KISHBAUGH    on behalf of Creditor    OneWest Bank, FSB jkishbaugh@udren.com,
               vbarber@udren.com
              JOHN ERIC KISHBAUGH    on behalf of Creditor    Ocwen Loan Servicing, LLC jkishbaugh@udren.com,
               vbarber@udren.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    GMAC MORTGAGE, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KASSIA  FIALKOFF    on behalf of Creditor    Homeward Residential, Inc. kfialkoff@duanemorris.com
              KASSIA  FIALKOFF    on behalf of Defendant    Ocwen Loan Servicing, LLC kfialkoff@duanemorris.com

```
District/off: 0313-2             User: Antoinett             Page 2 of 2              Date Rcvd: Jun 28, 2018
                                 Form ID: pdf900             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          KASSIA   FIALKOFF    on behalf of Creditor    Ocwen Loan Servicing, LLC kfialkoff@duanemorris.com
          KASSIA   FIALKOFF    on behalf of Defendant    One West Bank, FSB kfialkoff@duanemorris.com
          KEVIN T MCQUAIL    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mwc-law.com
          KEVIN T MCQUAIL    on behalf of Defendant    JPMorgan Chase Mortgage Corp. ecfmail@mwc-law.com
          KEVIN T MCQUAIL    on behalf of Creditor    Deutsche Bank National Trust Company ecfmail@mwc-law.com
          KEVIN T MCQUAIL    on behalf of Creditor    JPMorgan Chase Bank, National Association
           ecfmail@mwc-law.com
          LEE   SCHOTTENFELD    on behalf of Creditor    HSBC Bank USA, National Association cblack@udren.com
          LEN   GARZA    on behalf of Creditor    Capital Bank, NA lgarza@egclawfirm.com
          MARIO J. HANYON    on behalf of Creditor    GMAC MORTGAGE, LLC paeb@fedphe.com
          MARIO J. HANYON    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CMLTI
           2005-7 paeb@fedphe.com
          MARIO J. HANYON    on behalf of Creditor    Deutsche Bank National Trust Company paeb@fedphe.com
          MARISA MYERS COHEN    on behalf of Creditor    Deutsche Bank National Trust Company
           mcohen@mwc-law.com
          MARY F. KENNEDY    on behalf of Creditor    SunTrust Mortgage, Inc. mary@javardianlaw.com,
           tami@javardianlaw.com
          MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
           karena.blaylock@phila.gov
          NICOLA G. SUGLIA    on behalf of Defendant    TD Bank, N.A. nsuglia@fleischerlaw.com,
           fleischercases@fleischerlaw.com
          NICOLA G. SUGLIA    on behalf of Creditor    TD Bank, N.A. c/o Fleischer, Fleischer & Suglia
           nsuglia@fleischerlaw.com, fleischercases@fleischerlaw.com
          PHILLIP D. BERGER    on behalf of Creditor    Parke Bank berger@bergerlawpc.com,
           kaufmann@bergerlawpc.com
          REGINA   COHEN    on behalf of Creditor    Ally Financial rcohen@lavin-law.com,
           ksweeney@lavin-law.com
          RONALD G. MCNEIL    on behalf of Plaintiff Fawwaz F. Beyha r.mcneill@verizon.net
          RONALD G. MCNEIL    on behalf of Debtor Fawwaz F. Beyha r.mcneill@verizon.net
          SHERRI J. Smith    on behalf of Defendant    One West Bank, FSB
           sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com
          SHERRI J. Smith    on behalf of Creditor    Deutsche Bank National Trust Company
           sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com
          SHERRI J. Smith    on behalf of Creditor    OneWest Bank, FSB sherri.braunstein@phelanhallinan.com,
           pa.bkecf@fedphe.com
          SHERRI J. Smith    on behalf of Creditor    Ocwen Loan Servicing, LLC servicer for
           sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com
          SHERRI J. Smith    on behalf of Creditor    Ocwen Loan Servicing, LLC
           sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com
          SHERRI J. Smith    on behalf of Creditor    HSBC Bank USA, National Association, as Indenture
           Trustee sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com
          SHERRI J. Smith    on behalf of Creditor    Wells Fargo Bank, NA as Trustee of the Lehman Mortgage
            Trust 2007-1 Trust Fund sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Porsche Financial Services, Inc.
           ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com,
           mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 55
```

UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

| | : | |
|---|---|---|
| In re | : | Case No.  11 - 18010 |
| Fawwaz F. Beyha | : | (Chapter 11) |
| Debtor. | : | |
| | : | Hon. Jean K. FitzSimon |
| | : | |

## ORDER

AND NOW, this         day of                  , 2018, upon consideration of Debtor's Motion to Reopen Case, and any response thereto, it is hereby ORDERED that Debtor shall pay the attached Money Orders into the Court Registry as Unclaimed Funds:

a)  # 94732271-8         $1,000.00 for InSovle Recovery     (P.O.C. # 28)
    # 94732268-5          $63.72 for InSovle Recovery       (P.O.C. # 28);

b)  # 94732270-7         $138.33 for Verizon                 (P.O.C. # 21); and

c)  # 94732269-6         $287.40 for Afni, Inc.              (P.O.C. # 1 and 2).

BY THE COURT:

**Date: June 28, 2018**

_____
Hon. Jean K. FitzSimon
U.S. Bankruptcy Judge

Copies to:
Debtor: Fawwaz F. Beyha
Debtor's Attorney: Ronald G. McNeil, Esquire
Office of the U.S. Trustee



**TD Bank** — PERSONAL MONEY ORDER

52-0133/112    9473 2270-7    DATE: 06/27/2018

PAY TO THE ORDER OF: Verizon
P.O.C. # 21   Acct # x-x-4531

One Hundred Thirty Eight AND 33/100

Fawaz F. Beyha
B/r # 11-18010 JKF

$138.33

NOT TO EXCEED $1,000.00

⑆94732270 7⑆ ⑉011201335⑉ 626500 5099⑈

---

**TD Bank** — PERSONAL MONEY ORDER

52-0133/112    9473 2269-6    DATE: 06/27/2018

PAY TO THE ORDER OF: Asni, Inc.
Verizon P.O.C. #1  $159.81  Acct # x-x-4673
2  $127.59         x-x-9543

Two Hundred Eighty Seven AND 40/100

Fawaz F. Beyha
B/r # 11-18010 JKF

$287.40

NOT TO EXCEED $1,000.00

⑆94732269 6⑆ ⑉011201335⑉ 626500 5099⑈