UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| In re | : | Case No.  11 - 18010 |
| Fawwaz F. Beyha | : | (Chapter 11) |
| Debtor. | : |  |
|  | : | Hon. Jean K. FitzSimon |
|  | : |  |

## PRAECIPE TO WITHDRAW DOCUMENT

To The Clerk:

Please mark the dockets to reflect that Debtor has withdrawn his Motion to Reopen Case (dckt # 480) in the above-captioned matter.

Respectfully submitted,

 /s/ Ronald G. McNeil
Ronald G. McNeil, Esquire
Attorney for Debtor
DATE: May 29, 2019
1333 Race Street
Philadelphia, PA  19107-1585
(215) 564 - 3999 (t)
(215) 564 - 3537 (fx)
   r.mcneil1@verizon.net