United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 11-18010-jkf
Fawwaz F. Beyha                                                           Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: JEGilmore        Page 1 of 3        Date Rcvd: Oct 29, 2019
                            Form ID: 200           Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 31, 2019.
db              Fawwaz F. Beyha,    1551 South 16th Street,    Philadelphia, PA  19146-4828
aty            +Leon Jones,   c/o David H. Denenberg, Esquire,    1315 Walnut Street, 12th Floor,
                 Philadelphia, PA 19107-4712
aty            +MARK C. CLEMM,    Clemm And Associates, LLC,    488 Norristown Road, Suite 140,
                 Blue Bell, PA 19422-2352
cr             +American Home Mortgage Servicing, Inc.,    c/o Parker McCay P.A.,    9000 Midlantic Drive,
                 Suite 300,   P.O. Box 5054,   Mount Laurel, NJ 08054-5054
cr             +Capital Bank, NA,    1 Church Street, Suite 300,    Rockville, MD 20850-4190
cr             +JPMorgan Chase Bank, N.A.,    201 N Central Ave,    Phoenix, AZ 85004-0905
cr              Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,    P.O. BOX 24605,
                 West Palm Beach, FL  33416-4605
cr             +Parke Bank,    601 Delsea Drive,    Sewell, NJ 08080-2833
cr             +Porsche Financial Services, Inc.,    4343 Commerce Court,    Suite 300,   Lisle, IL 60532-3616
cr              Springleaf Financial Services of Pennsylvania, Inc,    c/o Benjamin E. Witmer, Esquire,
                 425 Swede Street, Suite 706,    Norristown, PA  19401
cr             +Suntrust Mortgage, Inc,    Bankruptcy Department RVW 3034,    PO Box 27767,
                 Richmond, VA 23261-7767
cr              TD Bank, N.A. c/o Fleischer, Fleischer & Suglia,    Fleischer, Fleischer & Suglia,
                 Plaza 1000 at Main Street,    Suite 208,   Voorhees, NJ  08043

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: ally@ebn.phinsolutions.com Oct 30 2019 03:31:59      Ally Financial,
                 P.O. Box 130424,   Roseville, MN 55113-0004
cr              E-mail/Text: megan.harper@phila.gov Oct 30 2019 03:32:19      City of Philadelphia,
                 Law Revenue Departments,    c/o James C. Vandermark, Esquire,    1401 JFK Blvd., 5th Floor,
                 Municipal Services Building,    Philadelphia, PA  19102
cr              E-mail/PDF: resurgentbknotifications@resurgent.com Oct 30 2019 03:36:38
                 CR Evergreen II, LLC,    PO Box 10587,   GREENVILLE, SC  29603-0587
cr              E-mail/PDF: gecsedi@recoverycorp.com Oct 30 2019 03:35:32      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
cr              E-mail/PDF: resurgentbknotifications@resurgent.com Oct 30 2019 03:35:43      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC  29603-0587
cr              E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 30 2019 03:35:32
                 Portfolio Recovery Associates, LLC.,    POB 41067,    Norfolk, VA  23541
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NATIONSTAR MORTGAGE LLC
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2019 at the address(es) listed below:
              ANN E. SWARTZ    on behalf of Defendant    JPMorgan Chase Mortgage Corp. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              BEN  VAN STEENBURGH    on behalf of Attorney Leon  Jones lawyers@adlawfirm.com
              BENJAMIN E. WITMER    on behalf of Creditor    Springleaf Financial Services of Pennsylvania, Inc.
               bankruptcy@foxandfoxlaw.com, bwitmer@foxandfoxlaw.com
              BRIAN E. CAINE    on behalf of Defendant    American Home Mortgage Investment Corp.
               bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mwc-law.com

```
District/off: 0313-2            User: JEGilmore            Page 2 of 3            Date Rcvd: Oct 29, 2019
                                Form ID: 200               Total Noticed: 18


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              CELINE P. DERKRIKORIAN    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Wells Fargo Bank, NA as Trustee of the Lehman
               Mortgage Trust 2007-1 Trust Fund ecfmail@mwc-law.com
              CHANDRA M. ARKEMA    on behalf of Creditor    American Home Mortgage Servicing, Inc. pabk@logs.com
              CHANDRA M. ARKEMA    on behalf of Defendant    American Home Mortgage Investment Corp. pabk@logs.com
              D. TROY SELLARS    on behalf of Creditor    GMAC MORTGAGE, LLC D.Troy.Sellars@usdoj.gov
              D. TROY SELLARS    on behalf of Defendant    GMAC Mortgage Corporation paeb@fedphe.com
              DAVID NEEREN    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M2 dneeren@udren.com,
               vbarber@udren.com
              GEORGE M. CONWAY    on behalf of U.S. Trustee    United States Trustee george.m.conway@usdoj.gov
              GREGORY JAVARDIAN    on behalf of Defendant    SunTrust Mortgage, Inc. greg@javardianlaw.com,
               mary@javardianlaw.com;tami@javardianlaw.com
              JANET L. GOLD    on behalf of Defendant    Capital Bank of Maryland jgold@egalawfirm.com,
               ksantiago@egalawfirm.com;dvillari@egalawfirm.com
              JANET L. GOLD    on behalf of Creditor    Capital Bank, NA jgold@egalawfirm.com,
               ksantiago@egalawfirm.com;dvillari@egalawfirm.com
              JEROME B. BLANK    on behalf of Creditor    GMAC MORTGAGE, LLC paeb@fedphe.com
              JILL MANUEL-COUGHLIN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CMLTI 2005-7 jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JILL MANUEL-COUGHLIN    on behalf of Creditor    SunTrust Mortgage, Inc. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JOHN ERIC KISHBAUGH    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M2
               jkishbaugh@udren.com, vbarber@udren.com
              JOHN ERIC KISHBAUGH    on behalf of Creditor    OneWest Bank, FSB jkishbaugh@udren.com,
               vbarber@udren.com
              JOHN ERIC KISHBAUGH    on behalf of Creditor    Ocwen Loan Servicing, LLC jkishbaugh@udren.com,
               vbarber@udren.com
              JOSEPH P. KERRIGAN    on behalf of     Lava Funding, LLC jpklaw@msn.com,
               G21030@notify.cincompass.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    GMAC MORTGAGE, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KASSIA FIALKOFF    on behalf of Defendant    One West Bank, FSB kfialkoff@duanemorris.com
              KASSIA FIALKOFF    on behalf of Creditor    Homeward Residential, Inc. kfialkoff@duanemorris.com
              KASSIA FIALKOFF    on behalf of Defendant    Ocwen Loan Servicing, LLC kfialkoff@duanemorris.com
              KASSIA FIALKOFF    on behalf of Creditor    Ocwen Loan Servicing, LLC kfialkoff@duanemorris.com
              KEVIN T MCQUAIL    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mwc-law.com
              KEVIN T MCQUAIL    on behalf of Defendant    JPMorgan Chase Mortgage Corp. ecfmail@mwc-law.com
              KEVIN T MCQUAIL    on behalf of Creditor    Deutsche Bank National Trust Company ecfmail@mwc-law.com
              KEVIN T MCQUAIL    on behalf of Creditor    JPMorgan Chase Bank, National Association
               ecfmail@mwc-law.com
              LEE SCHOTTENFELD    on behalf of Creditor    HSBC Bank USA, National Association cblack@udren.com
              LEN GARZA    on behalf of Creditor    Capital Bank, NA lgarza@egclawfirm.com
              MARIO J. HANYON    on behalf of Creditor    GMAC MORTGAGE, LLC paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CMLTI
               2005-7 paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    Deutsche Bank National Trust Company paeb@fedphe.com
              MARISA MYERS COHEN    on behalf of Creditor    Deutsche Bank National Trust Company
               mcohen@mwc-law.com
              MARY F. KENNEDY    on behalf of Creditor    SunTrust Mortgage, Inc. mary@javardianlaw.com,
               tami@javardianlaw.com
              MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
               karena.blaylock@phila.gov
              NICOLA G. SUGLIA    on behalf of Creditor    TD Bank, N.A. c/o Fleischer, Fleischer & Suglia
               nsuglia@fleischerlaw.com,    fleischercases@fleischerlaw.com
              NICOLA G. SUGLIA    on behalf of Defendant    TD Bank, N.A. nsuglia@fleischerlaw.com,
               fleischercases@fleischerlaw.com
              PHILLIP D. BERGER    on behalf of Creditor    Parke Bank berger@bergerlawpc.com,
               kaufmann@bergerlawpc.com
              REGINA COHEN    on behalf of Creditor    Ally Financial rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              RONALD G. MCNEIL    on behalf of Plaintiff Fawwaz F. Beyha r.mcneill@verizon.net
              RONALD G. MCNEIL    on behalf of Debtor Fawwaz F. Beyha r.mcneill@verizon.net
              SHERRI J. SMITH    on behalf of Creditor    OneWest Bank, FSB sherri.braunstein@phelanhallinan.com,
               pa.bkecf@fedphe.com
              SHERRI J. SMITH    on behalf of Defendant    One West Bank, FSB
               sherri.braunstein@phelanhallinan.com,    pa.bkecf@fedphe.com
              SHERRI J. SMITH    on behalf of Creditor    Ocwen Loan Servicing, LLC
               sherri.braunstein@phelanhallinan.com,    pa.bkecf@fedphe.com
              SHERRI J. SMITH    on behalf of Creditor    Deutsche Bank National Trust Company
               sherri.braunstein@phelanhallinan.com,    pa.bkecf@fedphe.com
              SHERRI J. SMITH    on behalf of Creditor    HSBC Bank USA, National Association, as Indenture
               Trustee sherri.braunstein@phelanhallinan.com,    pa.bkecf@fedphe.com
```

```
District/off: 0313-2          User: JEGilmore            Page 3 of 3               Date Rcvd: Oct 29, 2019
                              Form ID: 200               Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          SHERRI J. SMITH    on behalf of Creditor    Ocwen Loan Servicing, LLC servicer for
           sherri.braunstein@phelanhallinan.com,   pa.bkecf@fedphe.com
          SHERRI J. SMITH    on behalf of Creditor    Wells Fargo Bank, NA as Trustee of the Lehman Mortgage
           Trust 2007-1 Trust Fund sherri.braunstein@phelanhallinan.com,   pa.bkecf@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Porsche Financial Services, Inc.
           ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com,
           mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 56
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                                                                           : Chapter 11

Fawwaz F. Beyha                                                                                   : Case No. 11−18010−jkf
       Debtor

*ORDER*

    AND NOW, this day October 29, 2019 , this Court having implemented its electronic filing system on April 1, 2003 pursuant to Standing Order;

    And on October 19, 2004 an amendment of the Standing Order providing that as of January 15, 2005 all attorneys shall file all documents electronically unless a prior waiver or extension of the mandatory electronic filing deadline has been secured;[1]

    And it appearing that a document styled " Notice of Appearance and Answer of Conestoga Title Insurance Company To Debtor's Motion To Reopen Case " has not been filed electronically and no waiver or extension of the electronic filing requirement has been secured;

    And such non−complying document has been noted on the docket of this Court but has not been filed in the Court's electronic data base;

    It is hereby ORDERED that no judicial action shall be taken in connection with a non−complying document and any filing fee accompanying such non−complying document will be contemporaneously returned;

    And it is further ORDERED that the non−complying document will be stricken from the docket unless within fourteen (14) days the document and applicable filing fee are submitted in compliance with the Standing Order of this Court.

_____

[1] *On December 1, 2003 an amendment of the Standing Order required that any attorney who was not filing electronically file any paper document accompanied by a disc in PDF format and that the failure to do so would result in the striking of such document from the court record upon notice and opportunity to cure. As of that date the Court's document data base has been maintained electronically.*

        By The Court

        Jean K. FitzSimon
        Judge , United States Bankruptcy Court