**UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLANIA**

In re                                                                        Case No. 11-18010
    Fawwaz F. Beyha
        Debtor
                                                    Hon. Jean K. FitzSimon

_____

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

    **PLEASE TAKE NOTICE** that the undersigned appears for **CONESTOGA TITLE INSURANCE COMPANY, a creditor and/or party in interest** (the "Creditor"), and pursuant to Bankruptcy Rules 2002(g) and 2002(h) and 9007 and Section 1109(b) of the Bankruptcy Code, demands that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned at the office, post office address and telephone number set forth below.

    **PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect or seek to affect in any way any of the Creditor's rights or interest, with respect to Debtor or the property on which Creditor holds a mortgage lien.

                                                  CLEMM AND ASSOCIATES, LLC

Dated:    October 28, 2019          By:    */s/ Mark C. Clemm*
                                                                  Mark C. Clemm, Esquire
                                                                  CLEMM AND ASSOCIATES, LLC
                                                                  488 Norristown Road, Suite 140
                                                                  Blue Bell, PA   19422
                                                                  (484) 539-1300
                                                                  mclemm@clemmlaw.com