**UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLANIA**

In re                                                                    Case No. 11-18010
  Fawwaz F. Beyha
      Debtor

                                                                           Hon. Jean K. FitzSimon

_____

**CERTIFICATE OF SERVICE**

    I, Katie M. Clemm, Esquire, hereby certify that service upon all interested parties, indicated below, was made by sending true and correct copies of Conestoga Title Insurance Company's Brief Contra Debtor's Motion to Reopen Case on this date by First Class mail, postage prepaid on the following:

CR Evergreen II, LLC
PO Box 10587
Greenville, SC   29603-0587

GE Capital Retail Bank
c/o Recovery Management Systems
Corporate
25 SE 2nd Avenue, Suite 1120
Miami, FL   33131-1605

LVNV Funding LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC   29603—0587

NATIONSTAR MORTGAGE LLC
Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
P.O. Box 24605
West Palm Beach, FL   33416-4605

Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA   23541

Suntrust Mortgage, Inc
Bankruptcy Department RVW 3034
PO Box 27767
Richmond, VA   23261

And via electronic filing on all other parties and creditors.

Respectfully submitted,                                    Date: November 13, 2019

*/s/   Katie M. Clemm*
Mark C. Clemm, Esquire
Katie M. Clemm, Esquire
CLEMM AND ASSOCIATES, LLC
Attorneys for Conestoga Title Insurance Company