United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Fawwaz F. Beyha  
    Debtor

Case No. 11-18010-jkf  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: JEGilmore    Page 1 of 3    Date Rcvd: Mar 04, 2020  
                       Form ID: pdf900    Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2020.
```
db              Fawwaz F. Beyha,    1551 South 16th Street,    Philadelphia, PA   19146-4828
aty            +Leon Jones,   c/o David H. Denenberg, Esquire,    1315 Walnut Street, 12th Floor,
                 Philadelphia, PA 19107-4712
aty            +MARK C. CLEMM,    Clemm And Associates, LLC,    488 Norristown Road, Suite 140,
                 Blue Bell, PA 19422-2352
cr             +American Home Mortgage Servicing, Inc.,    c/o Parker McCay P.A.,    9000 Midlantic Drive,
                 Suite 300,    P.O. Box 5054,    Mount Laurel, NJ 08054-5054
cr             +Capital Bank, NA,    1 Church Street, Suite 300,    Rockville, MD 20850-4190
cr              Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,    P.O. BOX 24605,
                 West Palm Beach, FL   33416-4605
cr             +Parke Bank,    601 Delsea Drive,    Sewell, NJ 08080-2833
cr             +Porsche Financial Services, Inc.,    4343 Commerce Court,    Suite 300,    Lisle, IL 60532-3616
cr              Springleaf Financial Services of Pennsylvania, Inc,    c/o Benjamin E. Witmer, Esquire,
                 425 Swede Street, Suite 706,    Norristown, PA   19401
cr             +Suntrust Mortgage, Inc,    Bankruptcy Department RVW 3034,    PO Box 27767,
                 Richmond, VA 23261-7767
cr              TD Bank, N.A. c/o Fleischer, Fleischer & Suglia,    Fleischer, Fleischer & Suglia,
                 Plaza 1000 at Main Street,    Suite 208,    Voorhees, NJ   08043
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Mar 05 2020 03:51:45     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 05 2020 03:51:12     Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA  19101-7346
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 05 2020 03:51:22
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 05 2020 03:51:40     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: ally@ebn.phinsolutions.com Mar 05 2020 03:51:09     Ally Financial,
                 P.O. Box 130424,    Roseville, MN 55113-0004
cr              E-mail/Text: megan.harper@phila.gov Mar 05 2020 03:51:45     City of Philadelphia,
                 Law Revenue Departments,    c/o James C. Vandermark, Esquire,    1401 JFK Blvd., 5th Floor,
                 Municipal Services Building,    Philadelphia, PA   19102
cr              E-mail/PDF: resurgentbknotifications@resurgent.com Mar 05 2020 03:57:45
                 CR Evergreen II, LLC,    PO Box 10587,    GREENVILLE, SC  29603-0587
cr              E-mail/PDF: gecsedi@recoverycorp.com Mar 05 2020 03:59:02     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
cr              E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 05 2020 03:57:44
                 JPMorgan Chase Bank, N.A.,    201 N Central Ave,    Phoenix, AZ  85004
cr              E-mail/PDF: resurgentbknotifications@resurgent.com Mar 05 2020 03:57:44     LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC  29603-0587
cr              E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 05 2020 04:00:43
                 Portfolio Recovery Associates, LLC.,    POB 41067,    Norfolk, VA  23541
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NATIONSTAR MORTGAGE LLC
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2020                                                Signature:   /s/Joseph Speetjens

```
District/off: 0313-2          User: JEGilmore              Page 2 of 3                   Date Rcvd: Mar 04, 2020
                              Form ID: pdf900              Total Noticed: 22
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2020 at the address(es) listed below:

```
          ANN E. SWARTZ    on behalf of Defendant    JPMorgan Chase Mortgage Corp. ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          BEN   VAN STEENBURGH    on behalf of Attorney Leon  Jones lawyers@adlawfirm.com,
           ddenenberg@adlawfirm.com
          BENJAMIN E. WITMER    on behalf of Creditor    Springleaf Financial Services of Pennsylvania, Inc.
           bankruptcy@foxandfoxlaw.com,  bwitmer@foxandfoxlaw.com
          BRIAN E. CAINE    on behalf of Defendant    American Home Mortgage Investment Corp.
           bcaine@parkermccay.com,  BKcourtnotices@parkermccay.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mwc-law.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           ecfmail@mwc-law.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    Wells Fargo Bank, NA as Trustee of the Lehman
           Mortgage Trust 2007-1 Trust Fund ecfmail@mwc-law.com
          CHANDRA M. ARKEMA    on behalf of Creditor    American Home Mortgage Servicing, Inc.
           carkema@squirelaw.com
          CHANDRA M. ARKEMA    on behalf of Defendant    American Home Mortgage Investment Corp.
           carkema@squirelaw.com
          D. TROY SELLARS    on behalf of Creditor    GMAC MORTGAGE, LLC D.Troy.Sellars@usdoj.gov
          D. TROY SELLARS    on behalf of Defendant    GMAC Mortgage Corporation paeb@fedphe.com
          DAVID  NEEREN    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
           Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M2 dneeren@udren.com,
           vbarber@udren.com
          GEORGE M. CONWAY    on behalf of U.S. Trustee    United States Trustee george.m.conway@usdoj.gov
          GREGORY   JAVARDIAN    on behalf of Defendant    SunTrust Mortgage, Inc. greg@javardianlaw.com,
           mary@javardianlaw.com;tami@javardianlaw.com
          JANET L. GOLD    on behalf of Creditor    Capital Bank of Maryland jgold@egalawfirm.com,
           ksantiago@egalawfirm.com;dvillari@egalawfirm.com
          JANET L. GOLD    on behalf of Creditor    Capital Bank, NA jgold@egalawfirm.com,
           ksantiago@egalawfirm.com;dvillari@egalawfirm.com
          JEROME B. BLANK    on behalf of Creditor    GMAC MORTGAGE, LLC paeb@fedphe.com
          JILL  MANUEL-COUGHLIN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
           CMLTI 2005-7 bankruptcy@powerskirn.com
          JILL  MANUEL-COUGHLIN    on behalf of Creditor    SunTrust Mortgage, Inc. bankruptcy@powerskirn.com
          JOHN ERIC KISHBAUGH    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
           for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M2
           jkishbaugh@udren.com,  vbarber@udren.com
          JOHN ERIC KISHBAUGH    on behalf of Creditor    OneWest Bank, FSB jkishbaugh@udren.com,
           vbarber@udren.com
          JOHN ERIC KISHBAUGH    on behalf of Creditor    Ocwen Loan Servicing, LLC jkishbaugh@udren.com,
           vbarber@udren.com
          JOSEPH P. KERRIGAN    on behalf of     Lava Funding, LLC jpklaw@msn.com,
           G21030@notify.cincompass.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    GMAC MORTGAGE, LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KASSIA  FIALKOFF    on behalf of Defendant    One West Bank, FSB kfialkoff@duanemorris.com
          KASSIA  FIALKOFF    on behalf of Creditor    Homeward Residential, Inc. kfialkoff@duanemorris.com
          KASSIA  FIALKOFF    on behalf of Defendant    Ocwen Loan Servicing, LLC kfialkoff@duanemorris.com
          KASSIA  FIALKOFF    on behalf of Creditor    Ocwen Loan Servicing, LLC kfialkoff@duanemorris.com
          KATIE M. CLEMM    on behalf of Creditor    Conestoga Title Insurance Company kclemm@clemmlaw.com
          KEVIN T MCQUAIL    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mwc-law.com
          KEVIN T MCQUAIL    on behalf of Defendant    JPMorgan Chase Mortgage Corp. ecfmail@mwc-law.com
          KEVIN T MCQUAIL    on behalf of Creditor    Deutsche Bank National Trust Company ecfmail@mwc-law.com
          KEVIN T MCQUAIL    on behalf of Creditor    JPMorgan Chase Bank, National Association
           ecfmail@mwc-law.com
          LEE  SCHOTTENFELD    on behalf of Creditor    HSBC Bank USA, National Association cblack@udren.com
          LEN  GARZA    on behalf of Creditor    Capital Bank, NA lgarza@egclawfirm.com
          MARIO J. HANYON    on behalf of Creditor    GMAC MORTGAGE, LLC paeb@fedphe.com
          MARIO J. HANYON    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CMLTI
           2005-7 paeb@fedphe.com
          MARIO J. HANYON    on behalf of Creditor    Deutsche Bank National Trust Company paeb@fedphe.com
          MARISA MYERS COHEN    on behalf of Creditor    Deutsche Bank National Trust Company
           ecfmail@ecf.courtdrive.com,  mcohen@mwc-law.com
          MARK C. CLEMM    on behalf of Creditor    Conestoga Title Insurance Company mclemm@clemmlaw.com
          MARY F. KENNEDY    on behalf of Creditor    SunTrust Mortgage, Inc. mary@javardianlaw.com,
           angie.harrigan@javardianlaw.com
          MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
           karena.blaylock@phila.gov
          NICOLA G. SUGLIA    on behalf of Creditor    TD Bank, N.A. c/o Fleischer, Fleischer & Suglia
           nsuglia@fleischerlaw.com,  fleischercases@fleischerlaw.com
          NICOLA G. SUGLIA    on behalf of Defendant    TD Bank, N.A. nsuglia@fleischerlaw.com,
           fleischercases@fleischerlaw.com
          PHILLIP D. BERGER    on behalf of Creditor    Parke Bank berger@bergerlawpc.com,
           kaufmann@bergerlawpc.com
```

```
District/off: 0313-2          User: JEGilmore             Page 3 of 3           Date Rcvd: Mar 04, 2020
                              Form ID: pdf900             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          REGINA  COHEN    on behalf of Creditor    Ally Financial rcohen@lavin-law.com,
           ksweeney@lavin-law.com
          RONALD G. MCNEIL    on behalf of Plaintiff Fawwaz F. Beyha r.mcneil1@verizon.net
          RONALD G. MCNEIL    on behalf of Debtor   Fawwaz F. Beyha r.mcneil1@verizon.net
          SHERRI J. SMITH    on behalf of Creditor    OneWest Bank, FSB sherri.braunstein@phelanhallinan.com,
           pa.bkecf@fedphe.com
          SHERRI J. SMITH    on behalf of Defendant    One West Bank, FSB
           sherri.braunstein@phelanhallinan.com,  pa.bkecf@fedphe.com
          SHERRI J. SMITH    on behalf of Creditor    Ocwen Loan Servicing, LLC
           sherri.braunstein@phelanhallinan.com,  pa.bkecf@fedphe.com
          SHERRI J. SMITH    on behalf of Creditor    Deutsche Bank National Trust Company
           sherri.braunstein@phelanhallinan.com,  pa.bkecf@fedphe.com
          SHERRI J. SMITH    on behalf of Creditor    HSBC Bank USA, National Association, as Indenture
           Trustee sherri.braunstein@phelanhallinan.com,  pa.bkecf@fedphe.com
          SHERRI J. SMITH    on behalf of Creditor    Ocwen Loan Servicing, LLC servicer for
           sherri.braunstein@phelanhallinan.com,  pa.bkecf@fedphe.com
          SHERRI J. SMITH    on behalf of Creditor    Wells Fargo Bank, NA as Trustee of the Lehman Mortgage
           Trust 2007-1 Trust Fund sherri.braunstein@phelanhallinan.com,  pa.bkecf@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Porsche Financial Services, Inc.
           ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com,
           mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 58
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| Fawwaz Beyha | : | |
| Debtor | : | Case No. 11-18010 (JKF) |

# **ORDER**

AND NOW, this 4th day of March, 2020, upon consideration of the Debtor's Motion to Reopen, the Response of Conestoga Title Insurance Company thereto, and for the reasons set forth in the foregoing Memorandum Opinion, it is hereby

ORDERED that the Motion is Granted.

BY THE COURT

*[signature]*

Dated: March 4, 2020

Jean K. FitzSimon
United States Bankruptcy Judge

1

Copies to:

Ronald G. McNeil, Esquire
McNeil Legal Services
1333 Race Street
Philadelphia, PA 19107-1585

Mark C. Clemm, Esquire
Clemm and Associates, LLC
488 Norristown Road
Suite 140
Blue Bell, PA 19422

2