**UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLANIA**

In re  
   Fawwaz F. Beyha  
                Debtor

Case No. 11-18010

Hon. Jean K. FitzSimon

_____

**CERTIFICATE OF SERVICE**

I, Katie M. Clemm, Esquire, hereby certify that service upon all interested parties, indicated below, was made by sending true and correct copies of Conestoga Title Insurance Company's Notice of Appeal on this date by First Class mail, postage prepaid on the following:

CR Evergreen II, LLC  
PO Box 10587  
Greenville, SC   29603-0587

NATIONSTAR MORTGAGE LLC  
Ocwen Loan Servicing, LLC  
Attn: Bankruptcy Department  
P.O. Box 24605  
West Palm Beach, FL   33416-4605

GE Capital Retail Bank  
c/o Recovery Management Systems Corporate  
25 SE 2nd Avenue, Suite 1120  
Miami, FL   33131-1605

Portfolio Recovery Associates, LLC  
POB 41067  
Norfolk, VA   23541

LVNV Funding LLC  
c/o Resurgent Capital Services  
PO Box 10587  
Greenville, SC   29603—0587

Suntrust Mortgage, Inc  
Bankruptcy Department RVW 3034  
PO Box 27767  
Richmond, VA   23261

And via electronic filing on all other parties and creditors.

Respectfully submitted,

Date: March 17, 2020

*/s/   Katie M. Clemm*  
Mark C. Clemm, Esquire  
Katie M. Clemm, Esquire  
CLEMM AND ASSOCIATES, LLC  
Attorneys for Conestoga Title Insurance Company