UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET - SUITE 400
PHILADELPHIA  19107-4299

Timothy B. McGrath                                                              Telephone
Clerk                                    March 19, 2020                        (215) 408-2800

        Re:      Fawwaz F. Beyha

                 Bankruptcy No.  11-18010-jkf

                 Civil Action No.


Dear Kate Barkman, Clerk of Court:

We herewith transmit the following documents filed in the above matter, together with certified copy of docket entries:

        (X)  Certificate of Appeal from Order dated March 4, 2020 by the Honorable Jean K. FitzSimon,
                                                              entered on the docket March 4, 2020.

             Notice of Appeal filing fee      (X)  paid      ( )  not paid

             ( )  Designation of Record on Appeal filed.
             ( )  Designation of Record on Appeal not filed.

        ( )  Supplemental Certificate of Appeal.

        ( )  Motion for Leave to Appeal filed.
             ( )  Answer to Motion filed.

        ( )  Proposed findings of fact and conclusions of law entered.
             ( )  Objections filed.

        ( )  Report and recommendation entered.
             ( )  Objections filed.

        ( )  Original record transferred to the District Court pursuant to order.

        ( )  Other:


        Kindly acknowledge receipt on the copy of the letter provided.

                                  For the Court

                                  Timothy B. McGrath
                                  Clerk

                                  By: John Barbetta
                                  Deputy Clerk

_____

Received Above material or record tile this _____ day of _____ , 2020.

Civil Action No. _____          Signature:_____

Miscellaneous No. _____            Date: _____

Assigned to Judge _____                                          BFL5.frm2

Official Form 417A (12/18)

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

*Appellant Designation due 3/31/2020*
*Transmission due 4/14/2020*

1. Name(s) of appellant(s):
   Conestoga Title Insurance Company

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   - ❏ Plaintiff
   - ❏ Defendant
   - ❏ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   - ❏ Debtor
   - ☒ Creditor
   - ❏ Trustee
   - ❏ Other (describe) _____

### Part 2:  Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from:  Order granting Debtor's Motion to Reopen

2. State the date on which the judgment, order, or decree was entered:  March 4, 2020

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Fawwaz Beyha          Attorney: Ronald G. McNeil, Esquire
   (Debtor)                                McNeal Legal Services
                                           1333 Race Street
                                           Philadelphia, PA   19107-1585
                                           (215) 564-3999

*Lava Funding LLC — creditor*
*Joseph P Kerrigan — counsel for Lava*
*CR Evergreen II LLC*
*GE Capital Retail Bank*
*LVNV Funding LLC*
*Nationstar Mortgage LLC*
*Portfolio Recovery Assoc LLC — creditors*

2. Party: _____       Attorney: _____

*CC's*
*Conestoga Title Insurance Company*
*Appellant / creditor*
*Mark C Clemm*
*Katie M Clemm*
*counsel for Appellant*
*Fawwaz F Beyha*
*Debtor*
*Ronald G McNeil*
*counsel for Debtor*
*Judge Jean K Fitzsimon*

*Springleaf Financial Services of PA — creditor*
*Benjamin E Witmer — counsel for Springleaf*
*Ocwen Loan Servicing LLC — creditor*
*John Eric Kishbaugh — counsel for Ocwen*
*Sherri J Smith — counsel for Ocwen*
*United States District Court*

*Suntrust Mortgage Inc — creditor*
*Mary F Kennedy*
*Jill Manuel-Coughlin — counsel for SunTrust*
*Office of the United States Trustee*
*George M Conway — counsel for US Trustee*

Official Form 417A          Notice of Appeal and Statement of Election

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court.  If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below.  Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

❑  Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

*Mark C. Cle*

Date: __March 17, 2020__

Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):
Mark C. Clemm, Esquire
Clemm and Associates, LLC
488 Norristown Road, Suite 140
Blue Bell, PA  19422
(484) 539-1300

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:**  If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                               :        **Chapter 11**

Fawwaz Beyha                        :

                    **Debtor**       :        **Case No. 11-18010 (JKF)**

---

# ORDER

AND NOW, this 4th day of March, 2020, upon consideration of the Debtor's Motion

to Reopen, the Response of Conestoga Title Insurance Company thereto, and for the

reasons set forth in the foregoing Memorandum Opinion, it is hereby

ORDERED that the Motion is Granted.

BY THE COURT

_____
Jean K. FitzSimon
United States Bankruptcy Judge

Dated:  March 4, 2020

1

Copies to:

Ronald G. McNeil, Esquire
McNeil Legal Services
1333 Race Street
Philadelphia, PA 19107-1585

Mark C. Clemm, Esquire
Clemm and Associates, LLC
488 Norristown Road
Suite 140
Blue Bell, PA 19422

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                       :        **Chapter 11**

Fawwaz Beyha                                 :

            **Debtor**        :        **Case No. 11-18010 (JKF)**

---

# <u>MEMORANDUM OPINION</u>

Before the Court is the Debtor's Motion to Reopen his bankruptcy case.

Conestoga Title Insurance Company (Conestoga) filed a Response in opposition to the

motion. For the reasons set forth below, the Motion will be granted.[1]

*Background*

Prior to bankruptcy the Debtor amassed a portfolio of investment properties. *See*

Sched. A. Among those properties is 1900 South 19th Street in Philadelphia (the 19th

Street property). *Id*. The Debtor purchased that property in 1997 with a mortgage loan

which would later be assigned to Springleaf Financial. Resp. ¶¶ 23-24

*Delta Loan and*
*Title Report*

In 2006 the Debtor sought financing from Delta Funding. *Id*. ¶ 25. As collateral for

a loan, the Debtor pledged the 19th Street property. *Id*. In addition to the mortgage itself,

Delta obtained title insurance from Conestoga as to that property.[2] In preparing the title

---

[1] As the instant proceeding concerns the scope of the discharge injunction arising from §§ 524 and 1141 of the Code, it is a core proceeding under 28 U.S.C. §§ 157(b)(2)(A), (O).

[2] Presumably, this would have been what is known in the industry as a "lender's policy." As a condition to providing refinancing, the lender would have required proof of clear title in order to protect its investment. *See Markocki v. Old Republic Nat. Title Insur. Co.*, 254 F.R.D. 242, 245 (E.D.Pa. 2008) class decertified 2015 WL 3421401 (E.D.Pa. May 27, 2015) (discussing aspects of title insurance associated with refinancing)

report on the 19th Street Property, the abstractor failed to identify the Springleaf lien. *Id.*

¶ 26. Whether this was ever made known to Delta is unclear. What is certain, however,

is that Delta made the loan. Sometime thereafter it was assigned to Ocwen Loan

Servicing. *Id.* ¶ 29.

*Bankruptcy*

      In October 2011 the Debtor commenced this case under Chapter 13 of the

Bankruptcy Code. Both Ocwen and Springleaf filed secured Proofs of Claim. *See*

Claims Docket. While both claims asserted that the 19th Street property secured their

loans, neither indicated that their lien was in any place other than first position. This

discrepancy must have come to the Debtor's attention because in January 2012 he filed

an adversary proceeding against both Ocwen and Springleaf.[3] That action sought to

determine the validity and extent of the two liens. It would be dismissed, however, after

the Debtor converted his case to a Chapter 11 proceeding.[4] In June 2012 the Debtor

Amended his Schedule D to reflect the following lien positions as to the 19th Street

Property and in this order of priority:

        1.  Springleaf

        2.  Ocwen

        3.  Lava Funding

*See* Am. Schedule D.

---

[3] Adv. No. 12-0044

[4] In his Chapter 11 Plan, the Debtor would propose to modify the respective liens on the 19th Street property.

*Pertinent Events
Outside of Bankruptcy*

This is how things stood until September 2012. At that time, Conestoga learned

that it had failed to detect the prior Springleaf mortgage when it insured Delta's loan. In

order to provide Delta with first lien position on the 19th Street property, Conestoga paid

off the Springleaf loan and became assignee of that obligation. *See* Resp. ¶ 31, Ex. A,

Assignment of Mortgage. That, however, just substituted Conestoga for Springleaf as

the first lienholder: more was required to place Delta in first lien position. The

mechanism by which that was achieved was for Conestoga to unilaterally subordinate

its mortgage to Delta's.[5] *Id.* ¶ 32, Ex. B, Subordination of Mortgage. Importantly for

present purposes, there is no indication in the record that the Debtor was apprised of

these actions.

*The Plan is
Confirmed*

In December 2014, the Debtor confirmed his plan. The Plan was consummated,

the Debtor obtained a discharge in June 2016, and a Final Decree was entered that

same month.

*Motion to Reopen*

The Debtor now moves to reopen his case. A bankruptcy case may be reopened

in the court in which such case was closed "to administer assets, to *accord relief to the*

*debtor*, or for other cause." 11 U.S.C.A. § 350(b) (emphasis added). A case will be

reopened only where one of the three stated ground are found to exist. *In re Lee*, 356

B.R. 177, 180 (Bankr.N.D.W.Va.2006). The party moving to reopen a case has the

---

[5] It is unclear why Delta was named as the first lienholder as by that time it had already assigned its interest to Ocwen.

3

burden of proof. *In re Cloninger,* 209 B.R. 125, 126 (Bankr.E.D.Ark.1997). The decision

to reopen a case is within the Court's sound discretion. *Apex Oil Co. v. Sparks (In re*

*Apex Oil Co.),* 406 F.3d 538, 542 (8th Cir.2005); *In re Shondel,* 950 F.2d 1301, 1304

(7th Cir.1991).

Although the Debtor does not expressly state it, his purpose for reopening the

case is to accord relief to him. Conestoga, he contends, is acting in violation of the

discharge injunction: despite the discharge of its claim against the Debtor, Conestoga

continues to demand payment. That is making it impossible for him to sell one of his

real estate properties. *See* Mot. ¶¶ 19-21.

Conestoga responds that it still has a lien on the 19th Street property

notwithstanding confirmation of the plan. It explains that it never received any notice of

the Plan as required by the Code and so was not afforded the opportunity to object

thereto. On that basis, it maintains that the terms of the Plan and resulting discharge

have no legal effect upon it. Resp. ¶¶ 7, 9, 10-12. If that is the case, then there is no

point in reopening the bankruptcy.

*Analysis*

Conestoga would be correct that reopening the case would be futile if either of

two circumstances existed: if its lien was not modified by the Debtor's confirmed plan or,

assuming it was, Conestoga did not receive notice of the proposed plan and its

treatment of Conestoga's claim.

*Effect of Plan on*
*Conestoga Lien*

The first condition does not exist because the plan expressly proposed to modify

the secured interest of Conestoga. The confirmed plan provided that the Debtor would

4

retain the 19th Street property. As to treatment of the liens which encumbered it, the

plan provided as follows:

> The treatment and consideration to be received by Class 3
> claims in connection with their Secured Claims( i.e., ...
> Ocwen......) shall be in monthly installments consistent with
> the below mentioned chart during which these creditors will
> *retain their liens, except the claims of Lava and Springleaf.*
> ...

|       | Mortgage | balance    | modified interest rate |
|-------|----------|------------|------------------------|
| ...   |          |            |                        |
| f)    | Ocwen    | 115,232.18 | 5.0                    |

Eighth Am. Plan, p. 9 [emphasis added]. So as to the 19th Street property, the plan

proposed that only the Ocwen lien would be paid and at a modified rate of interest. The

liens of Springleaf (now Conestoga) and Lava would be extinguished and no payment

would be received. None of the three lienholders objected to this treatment.

What resulted from confirmation as far as the junior lienholders was concerned

was the divesture of their respective secured interests in the 19th Street property.

Section 1141 of the Code provides, in pertinent part:

> Except as provided in subsections (d)(2) and (d)(3) of this section and
> except as otherwise provided in the plan or in the order confirming the
> plan, after confirmation of a plan, the property dealt with by the plan is free
> and clear of all claims and interests of creditors, equity security holders,
> and of general partners in the debtor.

11 U.S.C. § 1141(c). *See In re Omega Optical, Inc.*, 476 B.R. 157, 164 (Bankr. E.D. Pa.

2012) ("This long-standing provision provides that confirmation of a chapter 11 plan can

divest creditors of their security interests, *i.e.,* liens, in certain circumstances.")  To

determine if full lien divestiture resulted from plan confirmation, a four-part test if used:

(1) the plan must be confirmed; (2) the property that is subject to the lien must be dealt

with by the plan; (3) the lien holder must participate in the reorganization; and (4) the

plan must not preserve the lien. *Id.*

The Court finds three of the four elements (##1, 2, and 4) to be definitively

established. First, the Debtor's chapter 11 plan has been confirmed. Second,

Conestoga's collateral—the 19th Street property—was dealt with by the plan as

revesting in the Debtor, subject only to the Ocwen lien and obligation. Fourth, the plan

specifically provided that Springleaf (now Conestoga) would hold no lien after

confirmation, and would not be paid.

*Conestoga's Claim*
*of Lack of Notice*

That leaves the third element: whether Conestoga participated in this bankruptcy

case. Conestoga maintains that it cannot have because it simply was not notified of the

Debtor's plan and disclosure statement. The Supreme Court identified the due process

requirements for notice in *Mullane v. Central Hanover Bank & Trust Co.,* 339 U.S. 306,

314, 70 S.Ct. 652, 94 L.Ed. 865 (1950):

> An elementary and fundamental requirement of due process in any
> proceeding which is to be accorded finality is notice reasonably calculated,
> under all the circumstances, to apprise interested parties of the pendency
> of the action and to afford them an opportunity to present their objections.
> The notice must be of such nature as reasonably to convey the required
> information ... and it must afford a reasonable time for those interested to
> make their appearance.

These requirements apply to all proceedings involving a disposition of property,

including those in bankruptcy. *See, e.g., City of New York v. New York, New Haven, &*

*Hartford Railroad Co.,* 344 U.S. 293, 295-96, 73 S.Ct. 299, 97 L.Ed. 333 (1953).

6

*Chapter 11 Confirmation*
*and Notice Requirements*

Those bankruptcy rules which deal with confirmation of a Chapter 11 plan comport with fundamental notions of fairness and due process. Rule 3017 provides that after a disclosure statement is filed pursuant to § 1125(b), the "court shall hold a hearing *on at least 28 days' notice to ... creditors ... and other parties in interest as provided in Rule 2002.*" B.R. 3017(a) [emphasis added]. Once approved, the disclosure statement, plan, ballot, notice of voting deadline, and notice of the deadline for objecting to confirmation and of the hearing on confirmation are to be mailed to creditor and parties in interest "in accordance with Rule 2002(b)." B.R. 3017(d)

Again, Rule 2002 requires 28 days' notice to parties in interest for filing objections to a disclosure statement, to confirmation of a plan, and of the hearing on confirmation. B.R. 2002(b). The dockets reflect that notice of the adequacy of the disclosure statement, and the hearing on confirmation (with related deadlines) were served in accordance with this rule. On August 11, 2014, the Debtor filed the Motion to Approve Disclosure Statement (#349). It was served on the parties on the Clerk's Service List as required by the Local Rule 3017-1(c). On September 3, 2014, the Court heard the Motion and it was approved. (#359). On September 18, 2014 an Order Approving the Disclosure Statement and setting a hearing on confirmation was entered (#358). It set the last day to object to confirmation as October 22, 2014. That Order was served by the Bankruptcy Noticing Center (BNC) the next day on all parties listed on the Service List (#362).

A review of the Service List confirms Conestoga's contention that it did *not* received notice of these hearings. The Certificate of Notice of the Order approving the

Disclosure Statement issued by the BNC shows that Springleaf, and not Conestoga, was served (#362). Similarly with the Order confirming the Plan: the Certificate likewise listed Springleaf and not Conestoga among the recipients. (#411).

This begs the question, however, of why Conestoga, an interested party, was not receiving notices while Springleaf, long since gone from the case, remained on the Clerks' Service List. Springleaf had assigned its interest in the 19th Street property 2 years before the Court approved the disclosure statement. Yet neither Springleaf nor Conestoga took any action to apprise the Debtor or the Clerk's Office that Conestoga held the lien formerly held by Springleaf as to the 19th Street property. The Debtor's Schedules do not reflect that Conestoga was an interested party. Conestoga never filed a Proof of Claim. Most importantly, Conestoga did not file a request for notices in the case as provided by L.B.R. 2002-1 until November 2019, almost 5 years after confirmation. So if Conestoga did not receive notice of the plan and disclosure statements, it was because it never informed the Debtor or the Bankruptcy Court Clerk's Office that it was a party in interest until it was too late. The fault for that lies squarely with Conestoga.

*Summary*

The upshot of all of this is that Conestoga's lien was divested by the Debtor's Plan. For that reason, the Court finds that the Debtor has stated grounds for reopening the case based on a colorable violation of the discharge injunction.

An appropriate order follows.

BY THE COURT

Dated:  March 4, 2020

_____

Jean K. FitzSimon
United States Bankruptcy Judge

Copies to:

Ronald G. McNeil, Esquire
McNeil Legal Services
1333 Race Street
Philadelphia, PA 19107-1585

Mark C. Clemm, Esquire
Clemm and Associates, LLC
488 Norristown Road
Suite 140
Blue Bell, PA 19422

# UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLANIA

In re                                                    Case No. 11-18010
Fawwaz F. Beyha
Debtor

                                                         Hon. Jean K. FitzSimon

---

## CERTIFICATE OF SERVICE

I, Katie M. Clemm, Esquire, hereby certify that service upon all interested parties, indicated below, was made by sending true and correct copies of Conestoga Title Insurance Company's Notice of Appeal on this date by First Class mail, postage prepaid on the following:

CR Evergreen II, LLC
PO Box 10587
Greenville, SC   29603-0587

NATIONSTAR MORTGAGE LLC
Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
P.O. Box 24605
West Palm Beach, FL   33416-4605

GE Capital Retail Bank
c/o Recovery Management Systems
Corporate
25 SE 2nd Avenue, Suite 1120
Miami, FL   33131-1605

Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA   23541

LVNV Funding LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC   29603—0587

Suntrust Mortgage, Inc
Bankruptcy Department RVW 3034
PO Box 27767
Richmond, VA   23261

And via electronic filing on all other parties and creditors.

Respectfully submitted,                          Date: March 17, 2020

/s/  Katie M. Clemm
Mark C. Clemm, Esquire
Katie M. Clemm, Esquire
CLEMM AND ASSOCIATES, LLC
Attorneys for Conestoga Title Insurance Company

**CONVERTED, CLAIMS, DECREE, DISCHARGED, REOPENED, APPEAL**

## U.S. Bankruptcy Court
### Eastern District of Pennsylvania (Philadelphia)
### Bankruptcy Petition #: 11-18010-jkf

|  |  |
|---|---|
| | *Date filed:* 10/16/2011 |
| *Assigned to:* Judge Jean K. FitzSimon | *Date converted:* 05/23/2012 |
| Chapter 11 | *Date reopened (2):* 03/04/2020 |
| Previous chapter 13 | *Debtor discharged:* 06/28/2018 |
| Voluntary | *Plan confirmed:* 12/03/2014 |
| Asset | *341 meeting:* 06/21/2012 |
| | *Deadline for objecting to discharge:* 08/20/2012 |

*Debtor disposition:* Standard Discharge

| | |
|---|---|
| ***Debtor*** | represented by **RONALD G. MCNEIL** |
| **Fawwaz F. Beyha** | McNeil Legal Services |
| 1551 South 16th Street | 1333 Race Street |
| Philadelphia, PA 19146-4828 | Philadelphia, PA 19107-1585 |
| PHILADELPHIA-PA | (215) 564-3999 |
| SSN / ITIN: xxx-xx-1602 | Fax : (215) 564-3537 |
| *aka* **Vance T. Rhone** | Email: r.mcneil1@verizon.net |
| | |
| ***Trustee*** | represented by **POLLY A. LANGDON** |
| **FREDERICK L. REIGLE** | Office of Scott F. Waterman, Trustee |
| Chapter 13 Trustee | 2901 St. Lawrence Avenue |
| 2901 St. Lawrence Ave. | Suite 100 |
| P.O. Box 4010 | Reading, PA 19606 |
| Reading, PA 19606 | (610) 779-1313 |
| (610)779-1313 | Fax : 610-779-3637 |
| *TERMINATED: 05/23/2012* | Email: ecfmail@readingch13.com |
| | *TERMINATED: 03/15/2016* |
| | |
| ***U.S. Trustee*** | represented by **GEORGE M. CONWAY** |
| **United States Trustee** | United States Trustee |
| Office of the U.S. Trustee | 833 Chestnut Street |
| 200 Chestnut Street | Suite 500 |
| Suite 502 | Philadelphia, PA 19107 |
| Philadelphia, PA 19106 | (215) 597-4411 |
| (215) 597-4411 | Fax : (215) 597 5795 |
| | Email: george.m.conway@usdoj.gov |

| Filing Date | # | Docket Text |
|---|---|---|
| 10/16/2011 | 🖺1 | Chapter 13 Voluntary Petition . Fee Amount $274 Filed by Fawwaz F. Beyha. Government Proof of Claim Deadline: 04/13/2012. Atty Disclosure Statement due 10/30/2011. Chapter 13 Plan due by 10/30/2011. Statement of Current Monthly Income due 10/30/2011. Schedules A-J due 10/30/2011. Statement of Financial Affairs due 10/30/2011. Summary of schedules due 10/30/2011. Statistical Summary of Certain Liabilities due 10/30/2011. Incomplete Filings due by 10/30/2011. (MCNEIL, RONALD) (Entered: 10/16/2011) |
| 10/16/2011 | 🖺2 | Statement of Social Security Number Received. Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 10/16/2011) |
| 10/16/2011 | 🖺3 | Notice to Individual Debtor Primarily Consumer Debts Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 10/16/2011) |
| 10/16/2011 | 🖺4 | |

| | | Exhibit D - Debtor has received counseling and has attached required documents. Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (Attachments: # 1 ( Counseling Certificate )) (MCNEIL, RONALD) (Entered: 10/16/2011) |
|---|---|---|
| 10/16/2011 | 5 | Certificate of Credit Counseling Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 10/16/2011) |
| 10/16/2011 | 6 | Matrix Filed. Number of pages filed: 3, Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 10/16/2011) |
| 10/16/2011 | | Receipt of Voluntary Petition (Chapter 13)(11-18010) [misc,volp13a] ( 274.00) Filing Fee. Receipt number 10921369. Fee Amount $ 274.00. (U.S. Treasury) (Entered: 10/16/2011) |
| 10/17/2011 | | FREDERICK L. REIGLE added to case. (S., Antoinette) (Entered: 10/17/2011) |
| 10/17/2011 | 7 | Order Entered that unless the following missing documents are filed: Atty Disclosure Statement due 10/30/2011. Chapter 13 Plan due by 10/30/2011. Statement of Current Monthly Income due 10/30/2011. Schedules A-J due 10/30/2011. Statement of Financial Affairs due 10/30/2011. Summary of schedules due 10/30/2011. Statistical Summary of Certain Liabilities due 10/30/2011; It is hereby ORDERED that, if the debtor has not filed the Matrix List of Creditors (as required by L.B.R. 1007.2) or the Certificate of Credit Counseling or a Request for a Waiver from the Credit Counseling Requirement, then those documents are due within seven days of filing of the petition or else this case may be dismissed without additional notice or hearing after that date. It is further ORDERED that all other missing documents are due within 14 days of the date of the filing of the petition, unless an extension for cause, sought prior to the expiration of 14 days, is granted. If not, this case may be dismissed without additional notice or hearing after 14 days after petition date. (S., Antoinette) (Entered: 10/17/2011) |
| 10/19/2011 | 8 | BNC Certificate of Mailing - Voluntary Petition. Number of Notices Mailed: (related document (s) (Related Doc # 7 )). No. of Notices: 1. Notice Date 10/19/2011. (Admin.) (Entered: 10/20/2011) |
| 10/21/2011 | 9 | Notice of Appearance and Request for Notice by BENJAMIN E. WITMER Filed by BENJAMIN E. WITMER on behalf of Springleaf Financial Services of Pennsylvania, Inc., f/k/a American General Consumer Discount Company. (WITMER, BENJAMIN) (Entered: 10/21/2011) |
| 10/25/2011 | 10 | Notice of Appearance and Request for Notice by LEE SCHOTTENFELD Filed by LEE SCHOTTENFELD on behalf of HSBC Bank USA, National Association, as Indenture Trustee for the Registered Noteholders of Renaissance Home Equity Loan Trust 2006-4. (SCHOTTENFELD, LEE) (Entered: 10/25/2011) |
| 10/26/2011 | 11 | Notice of Appearance and Request for Notice Filed by GE Capital Retail Bank. (SINGH, RAMESH) (Entered: 10/26/2011) |
| 10/26/2011 | 12 | Motion to Extend time to file missing documents Filed by Fawwaz F. Beyha Represented by RONALD G. MCNEIL (Counsel). (Attachments: # 1 Proposed Order # 2 Service List) (MCNEIL, RONALD) (Entered: 10/26/2011) |
| 11/02/2011 | 13 | Order Granting Motion to Extend Time to file Schedules and Statements. (Related Doc # 12) Incomplete Filings due by 11/13/2011. Atty Disclosure Statement due 11/13/2011. Chapter 13 Plan due by 11/13/2011. Schedules A-J due 11/13/2011. Statement of Financial Affairs due 11/13/2011. Statistical Summary of Certain Liabilities due 11/13/2011. Summary of schedules due 11/13/2011. Statement of Current Monthly Income due 11/13/2011. If Debtor fails to file these required documents with the required time, this case may be dismissed without additional notice or opportunity for a hearing. (C., Jacqueline) (Entered: 11/02/2011) |
| 11/04/2011 | 14 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 13 )). No. of Notices: 1. Notice Date 11/04/2011. (Admin.) (Entered: 11/05/2011) |
| 11/12/2011 | 15 | Summary of Schedules Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 11/12/2011) |

| | | |
|---|---|---|
| 11/12/2011 | 💬16 | Statistical Summary of Certain Liabilities Filed By RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 11/12/2011) |
| 11/12/2011 | 💬17 | Schedules A - J *with Addendum and with Declaration Concerning Debtor's Schedules* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 11/12/2011) |
| 11/12/2011 | 💬18 | Statement of Financial Affairs Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 11/12/2011) |
| 11/12/2011 | 💬19 | Chapter 13 Plan Filed by Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 11/12/2011) |
| 11/12/2011 | 💬20 | Chapter 13 Statement of Current Monthly and Disposable Income (Form 22C) Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 11/12/2011) |
| 11/12/2011 | 💬21 | Disclosure of Compensation of Attorney for Debtor in the amount of $1,500.00 Debtor Fawwaz F. Beyha Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 11/12/2011) |
| 11/12/2011 | 💬22 | Application for Compensation for RONALD G. MCNEIL, Debtor's Attorney, Period: 9/15/2011 to 2/16/2012, Fee: $1,500.00, Expenses: $0.00. Filed by RONALD G. MCNEIL Represented by Self(Counsel). (Attachments: # 1 Proposed Order # 2 Exhibit A - 2016(b) statement# 3 ( Notice of Filing )# 4 Service List) (MCNEIL, RONALD) (Entered: 11/12/2011) |
| 11/21/2011 | 💬23 | Notice of Appearance and Request for Notice by PHILLIP D. BERGER Filed by PHILLIP D. BERGER on behalf of Parke Bank. (BERGER, PHILLIP) (Entered: 11/21/2011) |
| 11/22/2011 | 💬24 | Notice of Appearance and Request for Notice by NICOLA G. SUGLIA Filed by NICOLA G. SUGLIA on behalf of TD Bank, N.A. c/o Fleischer, Fleischer & Suglia. (SUGLIA, NICOLA) (Entered: 11/22/2011) |
| 11/30/2011 | 💬25 | Notice of Appearance and Request for Notice *of service* by WILLIAM EDWARD CRAIG Filed by WILLIAM EDWARD CRAIG on behalf of JPMorgan Chase Bank, N.A.. (CRAIG, WILLIAM) (Entered: 11/30/2011) |
| 12/08/2011 | 💬26 | Meeting of Creditors. The Debtor has filed a Plan. This Plan proposes payment to the trustee of $156.83 per month for 60 months. Filed by FREDERICK L. REIGLE. 341(a) meeting to be held on 1/6/2012 at 11:00 AM at b104 - Bourse Bldg #B104 Lower Level. Objection to Dischargeability of Certain Debts due: 3/6/2012. Proofs of Claims due by 4/5/2012. Government Proof of Claim Deadline: 04/13/2012.Confirmation Hearing scheduled 2/8/2012 at 10:00 AM at nix4 - Courtroom #4. (REIGLE, FREDERICK) (Entered: 12/08/2011) |
| 12/11/2011 | 💬27 | BNC Certificate of Mailing - Meeting of Creditors. Number of Notices Mailed: (related document(s) (Related Doc # 26)). No. of Notices: 31. Notice Date 12/11/2011. (Admin.) (Entered: 12/12/2011) |
| 12/13/2011 | 💬28 | Motion for Relief from Stay *RE: 2005 Bentley Continental*. Fee Amount $176.00, Filed by JPMorgan Chase Bank, N.A. Represented by WILLIAM EDWARD CRAIG (Counsel). Objections due by 12/28/2011. (Attachments: # 1 Contract# 2 Title# 3 Proposed Order # 4 Certificate Of Service) (CRAIG, WILLIAM) (Entered: 12/13/2011) |
| 12/13/2011 | 💬29 | Notice of (related document(s): 28 Motion for Relief from Stay *RE: 2005 Bentley Continental*. Fee Amount $176.00,) *Hearing Date and Response Deadline* Filed by JPMorgan Chase Bank, N.A.. Hearing scheduled 1/11/2012 at 10:00 AM at nix4 - Courtroom #4. (CRAIG, WILLIAM) (Entered: 12/13/2011) |
| 12/13/2011 | | Receipt of Motion for Relief From Stay(11-18010-sr) [motion,mrlfsty] ( 176.00) Filing Fee. Receipt number 11200954. Fee Amount $ 176.00. (U.S. Treasury) (Entered: 12/13/2011) |
| 12/15/2011 | 💬30 | |

| | | |
|---|---|---|
| | | Notice of Appearance and Request for Notice *of service* by WILLIAM EDWARD CRAIG Filed by WILLIAM EDWARD CRAIG on behalf of Porsche Financial Services, Inc.. (CRAIG, WILLIAM) (Entered: 12/15/2011) |
| 12/15/2011 | 🔘31 | Objection to Confirmation of Plan Filed by American Home Mortgage Servicing, Inc., as servicing agent for Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M2 (related document(s)19). (Attachments: # 1 Service List)(ARKEMA, CHANDRA) (Entered: 12/15/2011) |
| 12/21/2011 | 🔘32 | Motion for Relief from Stay *RE: 2009 Porsche Cayenne*. Fee Amount $176.00, Filed by Porsche Financial Services, Inc. Represented by WILLIAM EDWARD CRAIG (Counsel). Objections due by 1/5/2012. (Attachments: # 1 Contract# 2 Title# 3 Proposed Order # 4 Certificate Of Service) (CRAIG, WILLIAM) (Entered: 12/21/2011) |
| 12/21/2011 | 🔘33 | Notice of (related document(s): 32 Motion for Relief from Stay *RE: 2009 Porsche Cayenne.* Fee Amount $176.00,) *Hearing Date and Response Deadline* Filed by Porsche Financial Services, Inc.. Hearing scheduled 1/18/2012 at 10:00 AM at nix4 - Courtroom #4. (CRAIG, WILLIAM) (Entered: 12/21/2011) |
| 12/21/2011 | | Receipt of Motion for Relief From Stay(11-18010-sr) [motion,mrlfsty] ( 176.00) Filing Fee. Receipt number 11243115. Fee Amount $ 176.00. (U.S. Treasury) (Entered: 12/21/2011) |
| 12/26/2011 | 🔘34 | Response to Motion for Relief From Stay filed by Creditor JPMorgan Chase Bank, N.A. Filed by Fawwaz F. Beyha (related document(s)28). (Attachments: # 1 Proposed Order # 2 Service List) (MCNEIL, RONALD) (Entered: 12/26/2011) |
| 12/27/2011 | 🔘35 | Notice of Appearance and Request for Notice by JANET L. GOLD Filed by JANET L. GOLD on behalf of Capital Bank of Maryland. (GOLD, JANET) (Entered: 12/27/2011) |
| 01/05/2012 | 🔘36 | Response to Motion for Relief From Stay filed by Creditor Porsche Financial Services, Inc. Filed by Fawwaz F. Beyha (related document(s)32). (Attachments: # 1 Proposed Order # 2 Service List) (MCNEIL, RONALD) (Entered: 01/05/2012) |
| 01/09/2012 | 🔘37 | Meeting of Creditors Continued. Reason for continuance: 1/6/12 continued at counsel for debtors request. New date and time to be announced... (REIGLE, FREDERICK) (Entered: 01/09/2012) |
| 01/10/2012 | 🔘38 | Meeting of Creditors Continued. Reason for continuance:.. 341(a) meeting to be held on 2/3/2012 at 11:00 AM at b104 - Bourse Bldg #B104 Lower Level. (REIGLE, FREDERICK) (Entered: 01/10/2012) |
| 01/11/2012 | 🔘39 | Objection to Confirmation of Plan *by Secured Creditor, Capital Bank of Maryland* Filed by JANET L. GOLD on behalf of Capital Bank of Maryland (related document(s)19). (GOLD, JANET) (Entered: 01/11/2012) |
| 01/11/2012 | 🔘40 | Hearing Held on 28 Motion for Relief from Stay *RE: 2005 Bentley Continental*. Fee Amount $176.00, Filed by JPMorgan Chase Bank, N.A. Represented by WILLIAM EDWARD CRAIG. Motion settled - stipulation to be filed. (related document(s),28). (C., Jacqueline) (Entered: 01/12/2012) |
| 01/13/2012 | 🔘41 | Motion for Relief from Stay *Re: Property Address 1518 Tasker Street, Philadelphia, PA 19145*. Fee Amount $176.00, Filed by GMAC MORTGAGE, LLC Represented by JOSHUA ISAAC GOLDMAN (Counsel). Objections due by 1/31/2012. (Attachments: # 1 Certificate of Service# 2 Proposed Order) (GOLDMAN, JOSHUA) (Entered: 01/13/2012) |
| 01/13/2012 | 🔘42 | Notice of (related document(s): 41 Motion for Relief from Stay *Re: Property Address 1518 Tasker Street, Philadelphia, PA 19145*. Fee Amount $176.00,) *with the Response Deadline and Hearing Date* Filed by GMAC MORTGAGE, LLC. Hearing scheduled 2/8/2012 at 10:00 AM at nix4 - Courtroom #4. (GOLDMAN, JOSHUA) (Entered: 01/13/2012) |
| 01/17/2012 | | Receipt of Motion for Relief From Stay(11-18010-sr) [motion,mrlfsty] ( 176.00) Filing Fee. Receipt number 11349931. Fee Amount $ 176.00. (U.S. Treasury) (Entered: 01/17/2012) |

| | | |
|---|---|---|
| 01/18/2012 | ◉43 | Notice of Appearance and Request for Notice by REGINA COHEN Filed by REGINA COHEN on behalf of Ally Financial. (COHEN, REGINA) (Entered: 01/18/2012) |
| 01/18/2012 | ◉44 | Adversary case 12-00042. Complaint by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha against Capital Bank of Maryland. Fee Amount $0.00 . (21 (Validity, priority or extent of lien or other interest in property)) (MCNEIL, RONALD) ***See Corrective Entry dated 1/19/2012***Modified on 1/19/2012 (G., Jennifer). (Entered: 01/18/2012) |
| 01/18/2012 | ◉45 | Adversary case 12-00043. Complaint by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha against SunTrust Mortgage, Inc.. Fee Amount $0.00 . (21 (Validity, priority or extent of lien or other interest in property)) (MCNEIL, RONALD)***See Corrective Entry dated 1/19/2012*** Modified on 1/19/2012 (G., Jennifer). (Entered: 01/18/2012) |
| 01/18/2012 | ◉46 | Adversary case 12-00044. Complaint by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha against Springleaf Financial Services, Inc., Ocwen Loan Servicing, LLC. Fee Amount $0.00 . (21 (Validity, priority or extent of lien or other interest in property)) (MCNEIL, RONALD) ***See Corrective Entry dated 1/19/2012***Modified on 1/19/2012 (G., Jennifer). (Entered: 01/18/2012) |
| 01/18/2012 | ◉47 | Adversary case 12-00045. Complaint by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha against JPMorgan Chase Mortgage Corp.. Fee Amount $0.00 . (21 (Validity, priority or extent of lien or other interest in property)) (MCNEIL, RONALD) ***See Corrective Entry dated 1/19/2012***Modified on 1/19/2012 (G., Jennifer). (Entered: 01/18/2012) |
| 01/18/2012 | ◉48 | Adversary case 12-00046. Complaint by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha against GMAC Mortgage Corporation. Fee Amount $0.00 . (21 (Validity, priority or extent of lien or other interest in property)) (MCNEIL, RONALD)***See Corrective Entry dated 1/19/2012*** Modified on 1/19/2012 (G., Jennifer). (Entered: 01/18/2012) |
| 01/18/2012 | ◉49 | Adversary case 12-00047. Complaint by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha against American Home Mortgage Investment Corp.. Fee Amount $0.00 . (21 (Validity, priority or extent of lien or other interest in property)) (MCNEIL, RONALD) ***See Corrective Entry dated 1/19/2012***Modified on 1/19/2012 (G., Jennifer). (Entered: 01/18/2012) |
| 01/18/2012 | ◉50 | Adversary case 12-00048. Complaint by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha against One West Bank, FSB. Fee Amount $0.00 . (21 (Validity, priority or extent of lien or other interest in property)) (MCNEIL, RONALD)***See Corrective Entry dated 1/19/2012*** Modified on 1/19/2012 (G., Jennifer). (Entered: 01/18/2012) |
| 01/18/2012 | ◉51 | Adversary case 12-00049. Complaint by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha against TD Bank, N.A.. Fee Amount $0.00 . (21 (Validity, priority or extent of lien or other interest in property)) (MCNEIL, RONALD) ***See Corrective Entry dated 1/19/2012***Modified on 1/19/2012 (G., Jennifer). (Entered: 01/18/2012) |
| 01/18/2012 | ◉52 | Hearing Held on 32 Motion for Relief from Stay *RE: 2009 Porsche Cayenne*. Fee Amount $176.00, Filed by Porsche Financial Services, Inc. Represented by WILLIAM EDWARD CRAIG. Motion settled - stipulation to be filed. (related document(s),32). (C., Jacqueline) (Entered: 01/19/2012) |
| 01/19/2012 | ◉ | Corrective Entry re: Removed Frederick Reigle as a Defendant and Re-entered as Chapter 13 Standing Trustee per complaint filed (related document(s)44). (G., Jennifer) (Entered: 01/19/2012) |
| 01/19/2012 | ◉ | Corrective Entry re: Removed Frederick Reigle as a Defendant and Re-entered as Chapter 13 Standing Trustee per complaint filed(related document(s)45). (G., Jennifer) (Entered: 01/19/2012) |
| 01/19/2012 | ◉ | Corrective Entry re: Removed Frederick Reigle as a Defendant and Re-entered as Chapter 13 Standing Trustee per complaint filed (related document(s)46). (G., Jennifer) (Entered: 01/19/2012) |

| | | |
|---|---|---|
| 01/19/2012 | ● | Corrective Entry re: Removed Frederick Reigle as a Defendant and Re-entered as Chapter 13 Standing Trustee per complaint filed (related document(s)47). (G., Jennifer) (Entered: 01/19/2012) |
| 01/19/2012 | ● | Corrective Entry re: Removed Frederick Reigle as a Defendant and Re-entered as Chapter 13 Standing Trustee per complaint filed (related document(s)48). (G., Jennifer) (Entered: 01/19/2012) |
| 01/19/2012 | ● | Corrective Entry re: Removed Frederick Reigle as a Defendant and Re-entered as Chapter 13 Standing Trustee per complaint filed (related document(s)49). (G., Jennifer) (Entered: 01/19/2012) |
| 01/19/2012 | ● | Corrective Entry re: Removed Frederick Reigle as a Defendant and Re-entered as Chapter 13 Standing Trustee per complaint filed (related document(s)50). (G., Jennifer) (Entered: 01/19/2012) |
| 01/19/2012 | ● | Corrective Entry re: Removed Frederick Reigle as a Defendant and Re-entered as Chapter 13 Standing Trustee per complaint filed(related document(s)51). (G., Jennifer) (Entered: 01/19/2012) |
| 01/19/2012 | ●53 | Motion for Relief from Stay *re: 2011 Dodge Ram Truck*. Fee Amount $176.00,, in addition to Motion to Reject Lease or Executory Contract *re: 2011 Dodge Ram Truck* Filed by Ally Financial Represented by REGINA COHEN (Counsel). Objections due by 2/6/2012. (Attachments: # 1 Proposed Order # 2 Certificate of Service# 3 Exhibit Contract) (COHEN, REGINA) (Entered: 01/19/2012) |
| 01/19/2012 | | Receipt of Motion for Relief From Stay(11-18010-sr) [motion,mrlfsty] ( 176.00) Filing Fee. Receipt number 11366313. Fee Amount $ 176.00. (U.S. Treasury) (Entered: 01/19/2012) |
| 01/19/2012 | ●54 | Notice of (related document(s): 53 Motion for Relief from Stay *re: 2011 Dodge Ram Truck*. Fee Amount $176.00,) Filed by Ally Financial. Hearing scheduled 2/15/2012 at 10:00 AM at nix4 - Courtroom #4. (COHEN, REGINA) (Entered: 01/19/2012) |
| 01/20/2012 | ●55 | Objection to Confirmation of Plan Filed by Ocwen Loan Servicing, LLC (related document(s) 19). (Attachments: # 1 Certificate of Service)(FIALKOFF, KASSIA) (Entered: 01/20/2012) |
| 01/23/2012 | ●56 | Notice of Appearance and Request for Notice by MARY F. KENNEDY Filed by MARY F. KENNEDY on behalf of SunTrust Mortgage, Inc.. (Attachments: # 1 Certificate of Service) (KENNEDY, MARY) (Entered: 01/23/2012) |
| 01/23/2012 | ●57 | Motion for Relief from Stay . Fee Amount $176.00, Filed by JPMorgan Chase Bank, National Association Represented by KEVIN T MCQUAIL (Counsel). Objections due by 2/7/2012. (Attachments: # 1 Proposed Order) (MCQUAIL, KEVIN) (Entered: 01/23/2012) |
| 01/23/2012 | ●58 | Notice of (related document(s): 57 Motion for Relief from Stay . Fee Amount $176.00,) Filed by JPMorgan Chase Bank, National Association. Hearing scheduled 2/22/2012 at 10:00 AM at nix4 - Courtroom #4. (MCQUAIL, KEVIN) (Entered: 01/23/2012) |
| 01/23/2012 | ●59 | Certificate of Service Filed by KEVIN T MCQUAIL on behalf of JPMorgan Chase Bank, National Association (related document(s)58, 57). (MCQUAIL, KEVIN) (Entered: 01/23/2012) |
| 01/25/2012 | ●60 | Objection to Confirmation of Plan Filed by NICOLA G. SUGLIA on behalf of TD Bank, N.A. c/o Fleischer, Fleischer & Suglia (related document(s)19). (SUGLIA, NICOLA) (Entered: 01/25/2012) |
| 01/27/2012 | ●61 | Motion for Relief from Stay . Fee Amount $176.00, Filed by TD Bank, N.A. c/o Fleischer, Fleischer & Suglia Represented by NICOLA G. SUGLIA (Counsel). Objections due by 12/28/2011. (Attachments: # 1 Certification of Service# 2 Proposed Order # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit) (SUGLIA, NICOLA) (Entered: 01/27/2012) |
| 01/27/2012 | | Receipt of Motion for Relief From Stay(11-18010-sr) [motion,mrlfsty] ( 176.00) Filing Fee. Receipt number 11404446. Fee Amount $ 176.00. (U.S. Treasury) (Entered: 01/27/2012) |

| 01/27/2012 | | Receipt of Motion for Relief From Stay(11-18010-sr) [motion,mrlfsty] ( 176.00) Filing Fee. Receipt number 11404888. Fee Amount $ 176.00. (U.S. Treasury) (Entered: 01/27/2012) |
|---|---|---|
| 01/27/2012 | 🖥62 | Response to Motion for Relief From Stay filed by Creditor GMAC MORTGAGE, LLC Filed by Fawwaz F. Beyha (related document(s)41). (Attachments: # 1 Proposed Order # 2 Service List) (MCNEIL, RONALD) (Entered: 01/27/2012) |
| 01/27/2012 | 🖥63 | Response to Motion for Relief From Stay filed by Creditor Ally Financial, Motion to Reject Lease or Executory Contract Filed by Fawwaz F. Beyha (related document(s)53). (Attachments: # 1 Proposed Order # 2 Service List) (MCNEIL, RONALD) (Entered: 01/27/2012) |
| 01/31/2012 | 🖥64 | Notice of Appearance and Request for Notice by SHERRI J. BRAUNSTEIN Filed by SHERRI J. BRAUNSTEIN on behalf of OneWest Bank, FSB. (BRAUNSTEIN, SHERRI) (Entered: 01/31/2012) |
| 01/31/2012 | 🖥65 | Objection to Confirmation of Plan Filed by SunTrust Mortgage, Inc. (related document(s)19). (Attachments: # 1 Proposed Order # 2 Exhibit A)(JAVARDIAN, GREGORY) (Entered: 01/31/2012) |
| 01/31/2012 | 🖥66 | Certificate of Service *Objection to Confirmation of Plan* Filed by GREGORY JAVARDIAN on behalf of SunTrust Mortgage, Inc. (related document(s)65). (JAVARDIAN, GREGORY) (Entered: 01/31/2012) |
| 02/01/2012 | 🖥67 | Amended Objection to Confirmation of Plan *by Secured Creditor, Capital Bank of Maryland, successor in interest to Public Savings Bank* Filed by JANET L. GOLD on behalf of Capital Bank of Maryland (related document(s)19). (Attachments: # 1 Proposed Order Denying Confirmation# 2 Certification of Service) (GOLD, JANET) (Entered: 02/01/2012) |
| 02/03/2012 | 🖥68 | Notice of (related document(s): 61 Motion for Relief from Stay . Fee Amount $176.00,) Filed by TD Bank, N.A. c/o Fleischer, Fleischer & Suglia. Hearing scheduled 2/29/2012 at 10:00 AM at nix4 - Courtroom #4. (SUGLIA, NICOLA) (Entered: 02/03/2012) |
| 02/06/2012 | 🖥69 | Objection to Confirmation of Plan Filed by BENJAMIN E. WITMER on behalf of Springleaf Financial Services of Pennsylvania, Inc. (related document(s)19). (WITMER, BENJAMIN) (Entered: 02/06/2012) |
| 02/06/2012 | 🖥70 | Certificate of Service *of Objection to Confirmation* Filed by BENJAMIN E. WITMER on behalf of Springleaf Financial Services of Pennsylvania, Inc. (related document(s)69). (WITMER, BENJAMIN) (Entered: 02/06/2012) |
| 02/06/2012 | 🖥71 | Meeting of Creditors Continued. Reason for continuance: 2/3/12 continued at counsel for debtors request. New date and time to be announced... (REIGLE, FREDERICK) (Entered: 02/06/2012) |
| 02/08/2012 | 🖥72 | Response to Motion for Relief From Stay filed by Creditor JPMorgan Chase Bank, National Association Filed by Fawwaz F. Beyha (related document(s)57). (Attachments: # 1 Proposed Order # 2 Service List) (MCNEIL, RONALD) (Entered: 02/08/2012) |
| 02/08/2012 | 🖥73 | Hearing Continued on 61 Motion for Relief from Stay . Fee Amount $176.00, Filed by TD Bank, N.A. c/o Fleischer, Fleischer & Suglia Represented by NICOLA G. SUGLIA filed by Creditor TD Bank, N.A. c/o Fleischer, Fleischer & Suglia. Hearing scheduled 3/21/2012 at 10:00 AM at nix4 - Courtroom #4. (W., Yvette) (Entered: 02/08/2012) |
| 02/08/2012 | 🖥74 | Confirmation Hearing Continued on 26 3/21/2012 at 10:00 AM at nix4 - Courtroom #4. (W., Yvette) (Entered: 02/08/2012) |
| 02/08/2012 | 🖥75 | Proposed Consent Order RE: *Motion For Stay Relief, 2005 Bentley Continental* Filed by WILLIAM EDWARD CRAIG on behalf of JPMorgan Chase Bank, N.A. (related document(s) 28). (CRAIG, WILLIAM) (Entered: 02/08/2012) |

| | | |
|---|---|---|
| 02/08/2012 | ●99 | Hearing Continued on 41 Motion for Relief from Stay *Re: Property Address 1518 Tasker Street, Philadelphia, PA 19145*. Fee Amount $176.00, Filed by GMAC MORTGAGE, LLC Represented by JOSHUA ISAAC GOLDMAN filed by Creditor GMAC MORTGAGE, LLC. Hearing scheduled 3/21/2012 at 10:00 AM at nix4 - Courtroom #4. (M., Nancy) (Entered: 03/08/2012) |
| 02/10/2012 | ●76 | Meeting of Creditors Continued. Reason for continuance:.. 341(a) meeting to be held on 3/9/2012 at 01:00 PM at b104 - Bourse Bldg #B104 Lower Level. (REIGLE, FREDERICK) (Entered: 02/10/2012) |
| 02/12/2012 | ●77 | Praecipe to Withdraw *Debtor's Response to Motion for Relief From Stay filed by Creditor, Ally Financial,* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha (related document (s)63). (MCNEIL, RONALD) (Entered: 02/12/2012) |
| 02/12/2012 | ●78 | Response to Motion for Relief From Stay filed by Creditor TD Bank, N.A. c/o Fleischer, Fleischer & Suglia Filed by Fawwaz F. Beyha (related document(s)61). (Attachments: # 1 Proposed Order # 2 Service List) (MCNEIL, RONALD) (Entered: 02/12/2012) |
| 02/13/2012 | ●79 | Certificate of No Response to *Ally Financial's Motion for Relief from the Automatic Stay re: 2011 Dodge Ram* Filed By REGINA COHEN on behalf of Ally Financial (related document(s) 54, 53). (COHEN, REGINA) (Entered: 02/13/2012) |
| 02/14/2012 | ●80 | Proposed Consent Order RE: *Stay Relief, 2009 Porsche Cayenne* Filed by WILLIAM EDWARD CRAIG on behalf of Porsche Financial Services, Inc. (related document(s)32). (CRAIG, WILLIAM) (Entered: 02/14/2012) |
| 02/15/2012 | ●81 | Certificate of Service *of Amended Notice of Meeting of Creditors* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha (related document(s)26). (MCNEIL, RONALD) (Entered: 02/15/2012) |
| 02/15/2012 | ●82 | Consent Order Re: Motion for Relief from Stay RE: 2005 Bentley Continental Filed by JPMorgan Chase Bank, N.A. Represented by WILLIAM EDWARD CRAIG (Counsel). **It is further Ordered that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).**(related document(s)28). (C., Jacqueline) (Entered: 02/16/2012) |
| 02/15/2012 | ●83 | Consent Order Re: Motion for Relief from Stay RE: 2009 Porsche Cayenne Filed by Porsche Financial Services, Inc. Represented by WILLIAM EDWARD CRAIG (Counsel). **It is further Ordered that the stay shall lift immediately, without regard to Bankr. R. 4001(a)(3). IT IS FURTHER RESOLVED that the Lease is hereby REJECTED.** (related document(s)32). (C., Jacqueline) (Entered: 02/16/2012) |
| 02/15/2012 | ●84 | \*\*\*INCORRECT ENTRY\*\*\*(SHOULD OF BEEN CNR FILED)Hearing Held on 53 Motion for Relief from Stay *re: 2011 Dodge Ram Truck*. Fee Amount $176.00,, in addition to Motion to Reject Lease or Executory Contract *re: 2011 Dodge Ram Truck* Filed by Ally Financial Represented by REGINA COHEN. Consent order to be submitted. (related document(s),53). (C., Jacqueline) Modified on 2/22/2012 (M., Nancy). (Entered: 02/16/2012) |
| 02/15/2012 | ●89 | \*\*\*CORRECTED ENTRY\*\*\*Hearing Held on Motion for Relief from Stay Re: 2011 Dodge Ram Truck, in addition to Motion to Reject Lease or Executory Contract Re: 2011 Dodge Ram Truck filed by Ally Financial Represented by Regina Cohen. CERTIFICATION OF NO RESPONSE FILED/ORDER TO BE ENTERED. (M., Nancy) (Entered: 02/22/2012) |
| 02/16/2012 | ●85 | Praecipe to Withdraw *Motion for Relief from the Automatic Stay* Filed by KEVIN T MCQUAIL on behalf of JPMorgan Chase Bank, National Association (related document(s)58, 57, 72). (Attachments: # 1 certificate of service) (MCQUAIL, KEVIN) (Entered: 02/16/2012) |
| 02/18/2012 | ●86 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 82)). No. of Notices: 3. Notice Date 02/18/2012. (Admin.) (Entered: 02/19/2012) |
| 02/18/2012 | ●87 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 83)). No. of Notices: 3. Notice Date 02/18/2012. (Admin.) (Entered: 02/19/2012) |

| | | |
|---|---|---|
| 02/21/2012 | ●88 | Answer to Complaint Filed by Capital Bank of Maryland. (Attachments: # 1 Proposed Order # 2 Certificate of Service)(GOLD, JANET) (Entered: 02/21/2012) |
| 02/22/2012 | ●90 | Praecipe to Withdraw *Answer to Complaint filed by Capital Bank of Maryland* Filed by JANET L. GOLD on behalf of Capital Bank of Maryland (related document(s)88). (GOLD, JANET) (Entered: 02/22/2012) |
| 02/22/2012 | ●91 | Order Granting Motion For Relief From Stay, Granting Motion To Reject Lease or Executory Contract of Ally Financial Inc. f/k/a GMAC with respect to a 2011 Dodge Ram Truck. FURTHER RESOLVED, that the Lease is hereby rejected. (Related Doc # 53) (C., Jacqueline) (Entered: 02/23/2012) |
| 02/22/2012 | ●93 | Hearing Held on 57 Motion for Relief from Stay . Fee Amount $176.00, Filed by JPMorgan Chase Bank, National Association Represented by KEVIN T MCQUAIL (Counsel). Motion withdrawn. . (C., Jacqueline) (Entered: 02/23/2012) |
| 02/23/2012 | ●doc | Notice of Postpetition Mortgage Fees, Expenses, and Charges (Claim # 17) Filed by SunTrust Mortgage, Inc.. (Attachments: # 1 Certificate of Service)(JAVARDIAN, GREGORY) (Entered: 02/23/2012) |
| 02/23/2012 | ●92 | Notice of Appearance and Request for Notice by MARIO J. HANYON Filed by MARIO J. HANYON on behalf of GMAC MORTGAGE, LLC. (HANYON, MARIO) (Entered: 02/23/2012) |
| 02/25/2012 | ●94 | Motion for Relief from Stay . Fee Amount $176.00, Filed by Springleaf Financial Services of Pennsylvania, Inc. Represented by BENJAMIN E. WITMER (Counsel). Objections due by 3/19/2012. (Attachments: # 1 Proposed Order # 2 Cert of Service) (WITMER, BENJAMIN) (Entered: 02/25/2012) |
| 02/25/2012 | | Receipt of Motion for Relief From Stay(11-18010-sr) [motion,mrlfsty] ( 176.00) Filing Fee. Receipt number 11528857. Fee Amount $ 176.00. (U.S. Treasury) (Entered: 02/25/2012) |
| 02/25/2012 | ●95 | Notice of (related document(s): 94 Motion for Relief from Stay . Fee Amount $176.00,) Filed by Springleaf Financial Services of Pennsylvania, Inc.. Hearing scheduled 3/21/2012 at 10:00 AM at nix4 - Courtroom #4. (WITMER, BENJAMIN) (Entered: 02/25/2012) |
| 02/25/2012 | ●96 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 91)). No. of Notices: 4. Notice Date 02/25/2012. (Admin.) (Entered: 02/26/2012) |
| 03/06/2012 | ●97 | Motion to Dismiss Case. underfunded, feasibility & exceeds limits Filed by FREDERICK L. REIGLE Represented by POLLY A. LANGDON (Counsel). (Attachments: # 1 Proposed Order # 2 Certificate of Service) (LANGDON, POLLY) (Entered: 03/06/2012) |
| 03/06/2012 | ●98 | Notice of (related document(s): 97 Motion to Dismiss Case. underfunded, feasibility & exceeds limits ) *Motion, Response Deadline and Hearing Date* Filed by FREDERICK L. REIGLE. Hearing scheduled 3/21/2012 at 10:00 AM at nix4 - Courtroom #4. (LANGDON, POLLY) (Entered: 03/06/2012) |
| 03/13/2012 | ●100 | Objection to Confirmation of Plan *to Debtor's Chapter 13* Filed by GMAC MORTGAGE, LLC. (Attachments: # 1 Proposed Order # 2 Exhibit A, Proof of Claim# 3 Exhibit B, Chapter 13 Plan# 4 Certificate of Service)(BLANK, JEROME) (Entered: 03/13/2012) |
| 03/14/2012 | ●101 | Document in re: *Change of Name of Secured Creditor, Capital Bank of Maryland to Capital Bank, NA* Filed by JANET L. GOLD on behalf of Capital Bank of Maryland (related document (s)35). (Attachments: # 1 Exhibit Assignment - 2337 Fernon Street) (GOLD, JANET) (Entered: 03/14/2012) |
| 03/15/2012 | ● | Meeting of Creditors Pending and Not Concluded. *3/9/12 Information Due on: 3/19/2012.* (REIGLE, FREDERICK) (Entered: 03/15/2012) |
| 03/19/2012 | ●102 | Praecipe to Withdraw *Document #101* Filed by JANET L. GOLD on behalf of Capital Bank, NA (related document(s)101). (GOLD, JANET) (Entered: 03/19/2012) |

| | | |
|---|---|---|
| 03/19/2012 | 🌑103 | Document in re: *Change of Name of Secured Creditor, Capital Bank of Maryland to Capital Bank, NA* Filed by JANET L. GOLD on behalf of Capital Bank, NA (related document(s)35). (Attachments: # 1 Exhibit Assignment - 2337 Fernon Street) (GOLD, JANET) (Entered: 03/19/2012) |
| 03/19/2012 | 🌑104 | Response to Motion for Relief From Stay filed by Creditor Springleaf Financial Services of Pennsylvania, Inc. Filed by Fawwaz F. Beyha (related document(s)94). (Attachments: # 1 Proposed Order # 2 Service List) (MCNEIL, RONALD) (Entered: 03/19/2012) |
| 03/20/2012 | 🌑 | Meeting of Creditors Held and Concluded on: 3/20/2012. (REIGLE, FREDERICK) (Entered: 03/20/2012) |
| 03/21/2012 | 🌑105 | Hearing Continued on Confirmation Hearing scheduled 4/18/2012 at 10:00 AM at nix4 - Courtroom #4. (D., Stacey) (Entered: 03/21/2012) |
| 03/21/2012 | 🌑106 | Hearing Continued on 97 Motion to Dismiss Case. underfunded, feasibility & exceeds limits Filed by FREDERICK L. REIGLE Represented by POLLY A. LANGDON filed by Trustee FREDERICK L. REIGLE. Hearing scheduled 4/18/2012 at 10:00 AM at nix4 - Courtroom #4. (D., Stacey) (Entered: 03/21/2012) |
| 03/21/2012 | 🌑107 | Hearing Continued on 61 Motion for Relief from Stay . Fee Amount $176.00, Filed by TD Bank, N.A. c/o Fleischer, Fleischer & Suglia Represented by NICOLA G. SUGLIA filed by Creditor TD Bank, N.A. c/o Fleischer, Fleischer & Suglia. Hearing scheduled 4/11/2012 at 10:00 AM at nix4 - Courtroom #4. (D., Stacey) (Entered: 03/21/2012) |
| 03/21/2012 | 🌑108 | Hearing Held on 61 Motion for Relief from Stay . Fee Amount $176.00, Filed by TD Bank, N.A. c/o Fleischer, Fleischer & Suglia Represented by NICOLA G. SUGLIA. Revised order to be submitted. (related document(s),61). (C., Jacqueline) (Entered: 03/21/2012) |
| 03/21/2012 | 🌑109 | Objection to Claim Number 14 by Claimant Parke Bank. Filed by Fawwaz F. Beyha. (Attachments: # 1 Proposed Order # 2 Exhibit A - copy of P.O.C.# 3 Service List)(MCNEIL, RONALD) (Entered: 03/21/2012) |
| 03/21/2012 | 🌑110 | Notice of Objection to claim *# 14 by Claimant, Parke Bank,* Filed by Fawwaz F. Beyha (related document(s)109). Hearing scheduled 4/18/2012 at 10:00 AM at nix4 - Courtroom #4. (MCNEIL, RONALD) (Entered: 03/21/2012) |
| 03/21/2012 | 🌑111 | Hearing Held on 94 Motion for Relief from Stay . Fee Amount $176.00, Filed by Springleaf Financial Services of Pennsylvania, Inc. Represented by BENJAMIN E. WITMER. Order entered. (related document(s),94). (C., Jacqueline) (Entered: 03/22/2012) |
| 03/21/2012 | 🌑112 | Order Granting Motion For Relief From Stay by SpringLeaf Financial Services of Pennsylvania, Inc. successor by merger to American General Finance, nka American General Finance Services, Inc. (Related Doc # 94) (C., Jacqueline) (Entered: 03/22/2012) |
| 03/24/2012 | 🌑113 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 112)). No. of Notices: 3. Notice Date 03/24/2012. (Admin.) (Entered: 03/25/2012) |
| 03/27/2012 | 🌑114 | Reply to Objection to Claim filed by Debtor Fawwaz F. Beyha Filed by Parke Bank (related document(s)109). (Attachments: # 1 Proposed Order # 2 Exhibit A# 3 Exhibit B# 4 Certificate of Service) (BERGER, PHILLIP) Additional attachment(s) added on 3/28/2012 (C., Jacqueline). (Entered: 03/27/2012) |
| 03/28/2012 | 🌑115 | Corrective Entry re: Reply to Objection to Claim. *Replaced incorrect main document (response originally filed did not match this case).* (related document(s)114). (C., Jacqueline) (Entered: 03/28/2012) |
| 03/28/2012 | 🌑116 | Motion to Reconsider (related documents Order on Motion For Relief From Stay) Filed by Fawwaz F. Beyha Represented by RONALD G. MCNEIL (Counsel) (related document(s)112). (Attachments: # 1 Proposed Order # 2 Service List) (MCNEIL, RONALD) (Entered: 03/28/2012) |

| | | |
|---|---|---|
| 03/28/2012 | 🔘117 | Notice of (related document(s): 116 Motion to Reconsider (related documents Order on Motion For Relief From Stay ) ) Filed by Fawwaz F. Beyha. Hearing scheduled 5/2/2012 at 10:00 AM at nix4 - Courtroom #4. (MCNEIL, RONALD) (Entered: 03/28/2012) |
| 04/10/2012 | 🔘118 | Reply to Motion to Reconsider filed by Debtor Fawwaz F. Beyha Filed by Springleaf Financial Services of Pennsylvania, Inc. (related document(s)116). (Attachments: # 1 Proposed Order # 2 Cert of Service) (WITMER, BENJAMIN) (Entered: 04/10/2012) |
| 04/11/2012 | 🔘119 | Hearing Held on 41 Motion for Relief from Stay *Re: Property Address 1518 Tasker Street, Philadelphia, PA 19145.* Fee Amount $176.00, Filed by GMAC MORTGAGE, LLC Represented by JOSHUA ISAAC GOLDMAN filed by Creditor GMAC MORTGAGE, LLC (related document(s),41). Motion Moot case dismissed. (D., Tasha) (Entered: 04/12/2012) |
| 04/12/2012 | 🔘120 | Objection to Confirmation of Plan Filed by JPMorgan Chase Bank, N.A. (related document(s) 19). (Attachments: # 1 certificate of service# 2 Proposed Order)(MCQUAIL, KEVIN) (Entered: 04/12/2012) |
| 04/13/2012 | 🔘 | Hearing Continued on 41 Motion for Relief from Stay *Re: Property Address 1518 Tasker Street, Philadelphia, PA 19145.* Fee Amount $176.00, Filed by GMAC MORTGAGE, LLC Represented by JOSHUA ISAAC GOLDMAN. Hearing scheduled 4/18/2012 at 10:00 AM at nix4 - Courtroom #4. (C., Jacqueline) (Entered: 04/13/2012) |
| 04/16/2012 | 🔘doc | Notice of Postpetition Mortgage Fees, Expenses, and Charges (Claim # 27) Filed by JPMorgan Chase Bank, National Association. (Attachments: # 1 Certificate of Service)(MCQUAIL, KEVIN) (Entered: 04/16/2012) |
| 04/17/2012 | 🔘121 | Praecipe to Re-list *Motion for Relief from Stay* Filed by NICOLA G. SUGLIA on behalf of TD Bank, N.A. c/o Fleischer, Fleischer & Suglia (related document(s)61). (Attachments: # 1 Certificate of Service) (SUGLIA, NICOLA) (Entered: 04/17/2012) |
| 04/18/2012 | 🔘122 | Hearing Continued on 97 Motion to Dismiss Case. underfunded, feasibility & exceeds limits Filed by FREDERICK L. REIGLE Represented by POLLY A. LANGDON. Hearing scheduled 5/23/2012 at 10:00 AM at nix4 - Courtroom #4. (C., Jacqueline) (Entered: 04/19/2012) |
| 04/18/2012 | 🔘123 | Confirmation Hearing Continued to 5/23/2012 at 10:00 AM at nix4 - Courtroom #4. (C., Jacqueline) (Entered: 04/19/2012) |
| 04/18/2012 | 🔘124 | Hearing Held on 41 Motion for Relief from Stay *Re: Property Address 1518 Tasker Street, Philadelphia, PA 19145.* Fee Amount $176.00, Filed by GMAC MORTGAGE, LLC Represented by JOSHUA ISAAC GOLDMAN. Motion settled - stipulation to be filed. (related document(s),41). (C., Jacqueline) (Entered: 04/19/2012) |
| 04/18/2012 | 🔘125 | Hearing Held on 109 Objection to Claim Number 14 by Claimant Parke Bank. Filed by Fawwaz F. Beyha. Objection settled. (related document(s),109). (C., Jacqueline) (Entered: 04/19/2012) |
| 04/19/2012 | 🔘126 | Notice of (related document(s): 61 Motion for Relief from Stay . Fee Amount $176.00,) Filed by TD Bank, N.A. c/o Fleischer, Fleischer & Suglia. Hearing scheduled 5/16/2012 at 10:00 AM at nix4 - Courtroom #4. (SUGLIA, NICOLA) (Entered: 04/19/2012) |
| 04/20/2012 | 🔘127 | Amended Objection to Confirmation of Plan Filed by NICOLA G. SUGLIA on behalf of TD Bank, N.A. c/o Fleischer, Fleischer & Suglia (related document(s)19). (Attachments: # 1 Service List Certification of Service# 2 Exhibit Appraisal) (SUGLIA, NICOLA) (Entered: 04/20/2012) |
| 04/20/2012 | 🔘128 | Stipulation of Settlement By GMAC MORTGAGE, LLC and Between Fawwaz F. Beyha and Ronald G. Mcneil, Esquire *Motion for Relief from Stay* Filed by D. TROY SELLARS on behalf of GMAC MORTGAGE, LLC (related document(s)41). (Attachments: # 1 Proposed Order) (SELLARS, D.) (Entered: 04/20/2012) |
| 04/24/2012 | 🔘129 | Order Granting Stipulation of Settlement By GMAC MORTGAGE, LLC and Between Fawwaz F. Beyha and Ronald G. Mcneil, Esquire Motion for Relief from Stay Filed by D. TROY |

| | | |
|---|---|---|
| | | SELLARS with respect to the premises located at 1518 Tasker Street, Philadelphia, PA 19145 (related document(s)41, 128). (C., Jacqueline) (Entered: 04/24/2012) |
| 04/24/2012 | ◉ | Disposition of Adversary 2:12-ap-47 SETTLED (related document(s)1). (C., Jacqueline) (Entered: 04/24/2012) |
| 04/26/2012 | ◉130 | Motion to Convert Case From Chapter 13 to 11 . Fee Amount $765.00 Filed by Fawwaz F. Beyha Represented by RONALD G. MCNEIL (Counsel). (Attachments: # 1 Proposed Order # 2 Service List) (MCNEIL, RONALD) (Entered: 04/26/2012) |
| 04/26/2012 | ◉131 | Notice of (related document(s): 130 Motion to Convert Case From Chapter 13 to 11 . Fee Amount $765.00) Filed by Fawwaz F. Beyha. Hearing scheduled 5/23/2012 at 10:00 AM at nix4 - Courtroom #4. (MCNEIL, RONALD) (Entered: 04/26/2012) |
| 04/26/2012 | ◉132 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 129)). No. of Notices: 3. Notice Date 04/26/2012. (Admin.) (Entered: 04/27/2012) |
| 04/29/2012 | | Receipt of Motion to Convert Case From Chapter 13 to 11 (11-18010-sr) [motion,cm13to11] ( 765.00) Filing Fee. Receipt number 11823678. Fee Amount $ 765.00. (U.S. Treasury) (Entered: 04/29/2012) |
| 04/30/2012 | ◉ | Adversary Case 2:12-ap-47 Closed. (C., Jacqueline) (Entered: 04/30/2012) |
| 04/30/2012 | ◉133 | Joint Transfer Agreement 3001 (e) 2 Transferor: Chase Bank USA, N.A. (Claim No. 13) To Portfolio Recovery Associates, LLC To Portfolio Recovery Associates, LLCPOB 41067NORFOLK, VA 23541 Filed by Portfolio Recovery Associates, LLC.. (GARCIA, DOLORES) (Entered: 04/30/2012) |
| 04/30/2012 | ◉134 | Joint Transfer Agreement 3001 (e) 2 Transferor: Chase Bank USA, N.A. (Claim No. 11) To Portfolio Recovery Associates, LLC To Portfolio Recovery Associates, LLC Filed by Portfolio Recovery Associates, LLC.. (GARCIA, DOLORES) (Entered: 04/30/2012) |
| 05/02/2012 | ◉135 | Certificate of No Response to *TD Bank, N.A.'s Re-Listed Motion for Relief from Stay* Filed by NICOLA G. SUGLIA on behalf of TD Bank, N.A. c/o Fleischer, Fleischer & Suglia (related document(s)61). (SUGLIA, NICOLA) Modified on 5/3/2012 (C., Jacqueline). (Entered: 05/02/2012) |
| 05/02/2012 | ◉136 | Hearing Held on 116 Motion to Reconsider (related documents Order on Motion For Relief From Stay) filed by Debtor Fawwaz F. Beyha Order entered. (related document(s),116). (C., Jacqueline) (Entered: 05/03/2012) |
| 05/02/2012 | ◉137 | Order Denying Motion to Reconsider. It is hereby ORDERED that Debtor's Motion for Reconsideration is denied, and Springleaf Financial Services of Pennsylvania, Inc. is free to proceed with it's mortgage foreclosure action with respect to the property located at 1900 South 19th Street, Philadelphia, PA 19145, on or after May 16, 2012. (Related Doc # 116) (C., Jacqueline) (Entered: 05/03/2012) |
| 05/03/2012 | ◉138 | BNC Certificate of Mailing - Transfer of Claim. Number of Notices Mailed: (related document (s) (Related Doc # 133)). No. of Notices: 1. Notice Date 05/03/2012. (Admin.) (Entered: 05/04/2012) |
| 05/03/2012 | ◉139 | BNC Certificate of Mailing - Transfer of Claim. Number of Notices Mailed: (related document (s) (Related Doc # 134)). No. of Notices: 1. Notice Date 05/03/2012. (Admin.) (Entered: 05/04/2012) |
| 05/04/2012 | ◉140 | Second Objection to Confirmation of Plan Filed by Capital Bank, NA (related document(s)19). (Attachments: # 1 Exhibit A - Appraisal# 2 Proposed Order # 3 Certification of Service) (GOLD, JANET) (Entered: 05/04/2012) |
| 05/04/2012 | ◉141 | Motion for 2004 Examination *RE: 2009 Porsche Cayenne* Filed by Porsche Financial Services, Inc. Represented by WILLIAM EDWARD CRAIG (Counsel). (Attachments: # 1 Proposed Order # 2 Certificate Of Service) (CRAIG, WILLIAM) (Entered: 05/04/2012) |

| | | |
|---|---|---|
| 05/04/2012 | 💬142 | Notice of (related document(s): 141 Motion for 2004 Examination *RE: 2009 Porsche Cayenne*) *Hearing Date and Response Deadline* Filed by Porsche Financial Services, Inc.. Hearing scheduled 6/6/2012 at 10:00 AM at nix4 - Courtroom #4. (CRAIG, WILLIAM) (Entered: 05/04/2012) |
| 05/05/2012 | 💬143 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 137)). No. of Notices: 3. Notice Date 05/05/2012. (Admin.) (Entered: 05/06/2012) |
| 05/08/2012 | 💬doc | Notice of Mortgage Payment Change (Claim # 17) with Certificate of Service Filed by Suntrust Mortgage, Inc. (FIFE, MILDRED) (Entered: 05/08/2012) |
| 05/08/2012 | 💬144 | Amended Chapter 13 Plan Filed by Fawwaz F. Beyha (related document(s)19). (Attachments: # 1 Service List)(MCNEIL, RONALD) (Entered: 05/08/2012) |
| 05/10/2012 | 💬145 | Response to Motion for Relief from the Automatic Stay filed by Creditor TD Bank, N.A. c/o Fleischer, Fleischer & Suglia Filed by Fawwaz F. Beyha (related document(s)61). (Attachments: # 1 Proposed Order # 2 Service List) (MCNEIL, RONALD) Modified on 5/11/2012 (C., Jacqueline). (Entered: 05/10/2012) |
| 05/16/2012 | 💬146 | Objection to Confirmation of Plan Filed by SunTrust Mortgage, Inc. (related document(s)144). (Attachments: # 1 Proposed Order # 3 Exhibit A - Completed)(JAVARDIAN, GREGORY) Additional attachment(s) added and Modified on 5/18/2012 (C., Jacqueline). (Entered: 05/16/2012) |
| 05/16/2012 | 💬147 | Certificate of Service *Objection to Confirmation of Plan* Filed by GREGORY JAVARDIAN on behalf of SunTrust Mortgage, Inc. (related document(s)146). (JAVARDIAN, GREGORY) (Entered: 05/16/2012) |
| 05/16/2012 | 💬150 | Hearing Held on 61 Motion for Relief from Stay . Fee Amount $176.00, Filed by TD Bank, N.A. c/o Fleischer, Fleischer & Suglia Represented by NICOLA G. SUGLIA. Revised Order to be submitted. (related document(s),61). (C., Jacqueline) (Entered: 05/18/2012) |
| 05/17/2012 | 💬148 | Proposed Order Re: Filed by NICOLA G. SUGLIA on behalf of TD Bank, N.A. c/o Fleischer, Fleischer & Suglia (related document(s)61). (SUGLIA, NICOLA) (Entered: 05/17/2012) |
| 05/18/2012 | 💬149 | Corrective Entry re: Objection to Confirmation of Plan. *Replaced exhibit (pages missing from exhibit that was originally filed).* (related document(s)146). (C., Jacqueline) (Entered: 05/18/2012) |
| 05/22/2012 | 💬151 | Certificate of No Response to *Debtor's Motion to Convert Case From Chapter 13 to 11* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha (related document(s)130). (MCNEIL, RONALD) (Entered: 05/22/2012) |
| 05/23/2012 | 💬152 | Hearing Held on 97 Motion to Dismiss Case. underfunded, feasibility & exceeds limits Filed by FREDERICK L. REIGLE Represented by POLLY A. LANGDON. Moot, case converted to chapter 11.(related document(s),97). (C., Jacqueline) (Entered: 05/23/2012) |
| 05/23/2012 | 💬153 | Confirmation Hearing Held - Moot, case converted to chapter 11. (related document(s), 105 ). (C., Jacqueline) (Entered: 05/23/2012) |
| 05/23/2012 | 💬154 | Motion for Relief from Stay *RE: 1614 South 5th Street, Philadelphia, PA 19148.* Fee Amount $176.00,, or in the alternative Motion for Adequate Protection *RE: 1614 South 5th Street, Philadelphia, PA 19148* Filed by SunTrust Mortgage, Inc. Represented by GREGORY JAVARDIAN (Counsel). Objections due by 6/7/2012. (Attachments: # 1 Proposed Order # 2 Proposed Order # 3 Certificate of Service# 4 Exhibit A) (JAVARDIAN, GREGORY) (Entered: 05/23/2012) |
| 05/23/2012 | 💬155 | Notice of (related document(s): 154 Motion for Relief from Stay *RE: 1614 South 5th Street, Philadelphia, PA 19148.* Fee Amount $176.00,) Filed by SunTrust Mortgage, Inc.. Hearing scheduled 6/20/2012 at 10:00 AM at nix4 - Courtroom #4. (JAVARDIAN, GREGORY) (Entered: 05/23/2012) |

| 05/23/2012 | | Receipt of Motion for Relief From Stay(11-18010-sr) [motion,mrlfsty] ( 176.00) Filing Fee. Receipt number 11939794. Fee Amount $ 176.00. (U.S. Treasury) (Entered: 05/23/2012) |
|---|---|---|
| 05/23/2012 | ⊙156 | Order Granting Motion For Relief From Stay by TD Bank, N.A. f/k/a Commerce Bank, N.A. (Related Doc # 61) (C., Jacqueline) (Entered: 05/24/2012) |
| 05/23/2012 | ⊙157 | Hearing Held on 130 Motion to Convert Case From Chapter 13 to 11 . Fee Amount $765.00 Filed by Fawwaz F. Beyha Represented by RONALD G. MCNEIL. Order entered. (related document(s),130). (C., Jacqueline) (Entered: 05/24/2012) |
| 05/23/2012 | ⊙158 | Order Granting Motion To Convert Case from Chapter 13 to Chapter 11 (Related Doc # 130) Trustee FREDERICK L. REIGLE removed from the case. Within 14 days of the date of this Order Debtor shall file amendments to previously filed schedules and statements as necessary. The Chapter 13 Trustee shall immediately turnover to the Office of the Trustee, all records and property of the estate in his custody or control. The Chapter 13 Trustee shall file an accounting of all receipts and distributions made, together with a report on the administration of the case, file a Request for Payment of Administrative Expenses,if appropriate. The Debtor shall file a list containing Debtor's 20 largest unsecured creditors within 14 days of the date of this Order. If Debtor fails to file such documents, this case shall be dismissed or converted to Chapter 7 without further notice. If you object to the dismissal or conversion of the case, you may submit a response setting forth the reasons why the action would not be proper. Such response must be received by the Court prior to the expiration of this 14 day submission period. (C., Jacqueline) (Entered: 05/24/2012) |
| 05/24/2012 | ⊙159 | Motion for Relief from Stay *against Secured Creditor, Capital Bank, N.A.*. Fee Amount $176.00, Filed by Capital Bank, NA Represented by JANET L. GOLD (Counsel). Objections due by 6/8/2012. (Attachments: # 1 Exhibit A - Appraisal 2337 Fernon St.# 2 Proposed Order # 3 Certification of Service) (GOLD, JANET) (Entered: 05/24/2012) |
| 05/24/2012 | | Receipt of Motion for Relief From Stay(11-18010-sr) [motion,mrlfsty] ( 176.00) Filing Fee. Receipt number 11945686. Fee Amount $ 176.00. (U.S. Treasury) (Entered: 05/24/2012) |
| 05/24/2012 | ⊙160 | Notice of (related document(s): 159 Motion for Relief from Stay *against Secured Creditor, Capital Bank, N.A.*. Fee Amount $176.00,) *Re: 2337 Fernon Street, Philadelphia, PA* Filed by Capital Bank, NA. Hearing scheduled 6/21/2012 at 10:30 AM at nix4 - Courtroom #4. (GOLD, JANET) (Entered: 05/24/2012) |
| 05/25/2012 | ⊙161 | Notice of Appearance and Request for Notice by GEORGE M. CONWAY Filed by GEORGE M. CONWAY on behalf of United States Trustee. (CONWAY, GEORGE) (Entered: 05/25/2012) |
| 05/25/2012 | ⊙162 | Meeting of Creditors . 341(a) meeting to be held on 6/21/2012 at 02:00 PM at 833 Chestnut Street, Suite 501, Philadelphia, PA. Last day to oppose discharge or dischargeability is 8/20/2012. (P., Cathy) (Entered: 05/25/2012) |
| 05/26/2012 | ⊙163 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 156)). No. of Notices: 2. Notice Date 05/26/2012. (Admin.) (Entered: 05/27/2012) |
| 05/26/2012 | ⊙164 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 158)). No. of Notices: 50. Notice Date 05/26/2012. (Admin.) (Entered: 05/27/2012) |
| 05/27/2012 | ⊙165 | BNC Certificate of Mailing - Meeting of Creditors. Number of Notices Mailed: (related document(s) (Related Doc # 162)). No. of Notices: 55. Notice Date 05/27/2012. (Admin.) (Entered: 05/28/2012) |
| 05/30/2012 | ⊙166 | Joint Transfer Agreement 3001 (e) 2 Transferor: Chase Bank USA, N.A. (Claim No. 12) To CR Evergreen II, LLC To CR Evergreen II, LLCPO Box 10587Greenville, SC 29603-0587 Filed by CR Evergreen II, LLC. (GAINES, SUSAN) (Entered: 05/30/2012) |
| 05/30/2012 | ⊙167 | Praecipe to Withdraw *Motion For Leave To Conduct 2004 Exam* Filed by WILLIAM EDWARD CRAIG on behalf of Porsche Financial Services, Inc. (related document(s)141). (Attachments: # 1 Certificate Of Service) (CRAIG, WILLIAM) (Entered: 05/30/2012) |

| | | |
|---|---|---|
| 06/02/2012 | 🗔168 | BNC Certificate of Mailing - Transfer of Claim. Number of Notices Mailed: (related document (s) (Related Doc # 166)). No. of Notices: 1. Notice Date 06/02/2012. (Admin.) (Entered: 06/03/2012) |
| 06/05/2012 | 🗔169 | Joint Transfer Agreement 3001 (e) 2 Transferor: CR Evergreen II, LLC (Claim No. 12) To LVNV Funding LLC To LVNV Funding LLCc/o Resurgent Capital ServicesPO Box 10587Greenville, SC 29603-0587 Filed by LVNV Funding LLC. (GAINES, SUSAN) (Entered: 06/05/2012) |
| 06/06/2012 | 🗔170 | Response to Motion for Relief From Stay filed by Creditor SunTrust Mortgage, Inc., Motion for Adequate Protection Filed by Fawwaz F. Beyha (related document(s)154). (Attachments: # 1 Proposed Order # 2 Service List) (MCNEIL, RONALD) (Entered: 06/06/2012) |
| 06/06/2012 | 🗔171 | Response to Motion for Relief From Stay filed by Creditor Capital Bank, NA Filed by Fawwaz F. Beyha (related document(s)159). (Attachments: # 1 Proposed Order # 2 Service List) (MCNEIL, RONALD) (Entered: 06/06/2012) |
| 06/06/2012 | 🗔172 | 20 Largest Unsecured Creditors Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 06/06/2012) |
| 06/06/2012 | 🗔173 | Hearing Held on [141-motion for 2004 examination re: 2009 Porsche Cayenne. Motion withdrawn. (D., Virginia) (Entered: 06/07/2012) |
| 06/07/2012 | 🗔174 | Certification of Default of *Fawwaz F. Beyha* Filed by NICOLA G. SUGLIA on behalf of TD Bank, N.A. c/o Fleischer, Fleischer & Suglia (related document(s)156). (Attachments: # 1 Exhibit May 23rd Order) (SUGLIA, NICOLA) (Entered: 06/07/2012) |
| 06/07/2012 | 🗔175 | Amended Document ( *signed 20 Largest Unsecured Creditors* ) Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha (related document(s)172). (MCNEIL, RONALD) (Entered: 06/07/2012) |
| 06/07/2012 | 🗔176 | Amended Document ( *Amended Summary of Schedules* ) Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha (related document(s)15). (MCNEIL, RONALD) (Entered: 06/07/2012) |
| 06/07/2012 | 🗔177 | Amended Document ( *Amended Statistical Summary of Certain Liabilities* ) Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha (related document(s)16). (MCNEIL, RONALD) (Entered: 06/07/2012) |
| 06/07/2012 | 🗔178 | Amended Summary of Schedules Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 06/07/2012) |
| 06/07/2012 | 🗔179 | Amended Schedule A Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 06/07/2012) |
| 06/07/2012 | 🗔180 | Amended Schedule B Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 06/07/2012) |
| 06/07/2012 | 🗔181 | Amended Schedule C Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 06/07/2012) |
| 06/07/2012 | 🗔182 | Amended Schedule(s), Schedule D - Creditors Holding Secured Claims, Schedule E - Creditors Holding Unsecured Priority Claims, Schedule F - Creditors Holding Unsecured Nonpriority Claims, *with Declaration Concerning Debtor's Schedules with Declaration Concerning Debtor's Schedules* Fee Amount $30 Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 06/07/2012) |
| 06/07/2012 | 🗔183 | Matrix Filed. Number of pages filed: 5, Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 06/07/2012) |
| 06/07/2012 | 🗔184 | |

| | | |
|---|---|---|
| | | Support Document ( *Verification of Creditor Matrix* ) Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha (related document(s) 183 ). (MCNEIL, RONALD) (Entered: 06/07/2012) |
| 06/07/2012 | 185 | Amended Document ( *Amended Statement of Financial Affairs* ) Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha (related document(s)18). (MCNEIL, RONALD) (Entered: 06/07/2012) |
| 06/07/2012 | 186 | Disclosure of Compensation of Attorney for Debtor in the amount of $2,500.00 Debtor Fawwaz F. Beyha Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 06/07/2012) |
| 06/07/2012 | | Receipt of Schedules D,E,F - (for initial filing of individual schedules and amendments)(11-18010-sr) [misc,schnew2] ( 30.00) Filing Fee. Receipt number 12007907. Fee Amount $ 30.00. (U.S. Treasury) (Entered: 06/07/2012) |
| 06/08/2012 | 187 | BNC Certificate of Mailing - Transfer of Claim. Number of Notices Mailed: (related document (s) (Related Doc # 169)). No. of Notices: 0. Notice Date 06/08/2012. (Admin.) (Entered: 06/09/2012) |
| 06/10/2012 | 188 | Objection to Certification of Default filed by Creditor TD Bank, N.A. c/o Fleischer, Fleischer & Suglia filed by Fawwaz F. Beyha (related document(s)174). (Attachments: # 1 Proposed Order # 2 Service List) (MCNEIL, RONALD) (Entered: 06/10/2012) |
| 06/10/2012 | 189 | Notice of *Hearing for Objection to Certification of Default filed by Creditor TD Bank, N.A. (related document 188)* Filed by Fawwaz F. Beyha. Hearing scheduled 7/12/2012 at 10:30 AM at nix4 - Courtroom #4. (MCNEIL, RONALD) (Entered: 06/10/2012) |
| 06/11/2012 | 190 | Motion to Use Cash Collateral Filed by Fawwaz F. Beyha Represented by RONALD G. MCNEIL (Counsel). (Attachments: # 1 Proposed Order # 2 Service List) (MCNEIL, RONALD) (Entered: 06/11/2012) |
| 06/11/2012 | 191 | Notice of (related document(s): 190 Motion to Use Cash Collateral ) Filed by Fawwaz F. Beyha. Hearing scheduled 7/12/2012 at 10:30 AM at nix4 - Courtroom #4. (MCNEIL, RONALD) (Entered: 06/11/2012) |
| 06/12/2012 | 192 | Hearing rescheduled on 159 Motion for Relief from Stay *against Secured Creditor, Capital Bank, N.A.*. Fee Amount $176.00, Filed by Capital Bank, NA Represented by JANET L. GOLD filed by Creditor Capital Bank, NA. Hearing rescheduled 6/20/2012 at 10:00 AM at nix4 - Courtroom #4. (M., Nancy) (Entered: 06/12/2012) |
| 06/12/2012 | 193 | Application to Employ Ronald G. McNeil, Esquire as Counsel Filed by Fawwaz F. Beyha Represented by RONALD G. MCNEIL (Counsel). (Attachments: # 1 Proposed Order # 2 Exhibit A - Declaration in Support# 3 Service List) (MCNEIL, RONALD) (Entered: 06/12/2012) |
| 06/18/2012 | 194 | Chapter 13 Trustee's Final Report and Account, Converted. Filed by FREDERICK L. REIGLE. (REIGLE, FREDERICK) (Entered: 06/18/2012) |
| 06/19/2012 | 195 | Monthly Operating Report for Filing Period May/2012 Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 06/19/2012) |
| 06/20/2012 | | Hearing RESCHEDULED 188 Objection to Certification of Default filed by Creditor TD Bank, N.A. c/o Fleischer, Fleischer & Suglia Filed by Fawwaz F. Beyha filed by Debtor Fawwaz F. Beyha, 190 Motion to Use Cash Collateral Filed by Fawwaz F. Beyha Represented by RONALD G. MCNEIL filed by Debtor Fawwaz F. Beyha. Hearing rescheduled 7/19/2012 at 10:30 AM at nix4 - Courtroom #4. (M., Nancy) (Entered: 06/20/2012) |
| 06/20/2012 | 196 | Hearing Held on 154 Motion for Relief from Stay *RE: 1614 South 5th Street, Philadelphia, PA 19148, or in the alternative Motion for Adequate Protection RE: 1614 South 5th Street, Philadelphia, PA 19148 filed by Creditor SunTrust Mortgage, Inc. (related document(s),154). Motion settled - Stipulation filed (G., Jeanette) (Entered: 06/21/2012)* |

| | | |
|---|---|---|
| 06/20/2012 | 197 | Hearing Continued on 159 Motion for Relief from Stay *against Secured Creditor, Capital Bank, N.A filed by Creditor Capital Bank, NA. Hearing scheduled 7/11/2012 at 10:00 AM at nix4 - Courtroom #4. (G., Jeanette) (Entered: 06/21/2012)* |
| 06/21/2012 | | Meeting of Creditors Held and Concluded on: 6/21/2012. (CONWAY, GEORGE) (Entered: 06/21/2012) |
| 06/22/2012 | 198 | Objection to Motion to Use Cash Collateral filed by Debtor Fawwaz F. Beyha, Notice of Motion filed by Debtor Fawwaz F. Beyha Filed by Capital Bank, NA (related document(s)190, 191). (Attachments: # 1 Exhibit A to Objection# 2 Certification of Service) (GOLD, JANET) (Entered: 06/22/2012) |
| 06/26/2012 | doc | Notice of Postpetition Mortgage Fees, Expenses, and Charges (Claim # 27) Filed by JPMorgan Chase Bank, National Association. (Attachments: # 1 Certificate of Service)(MCQUAIL, KEVIN) (Entered: 06/26/2012) |
| 06/27/2012 | 199 | Certificate of No Response to *Debtor's Application to Employ Ronald G. McNeil, Esquire as Counsel* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha (related document(s) 193). (MCNEIL, RONALD) (Entered: 06/27/2012) |
| 06/28/2012 | 200 | Notice of Appearance and Request for Notice by SHERRI J. BRAUNSTEIN Filed by SHERRI J. BRAUNSTEIN on behalf of Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M2. (BRAUNSTEIN, SHERRI) (Entered: 06/28/2012) |
| 07/05/2012 | 201 | Amended Schedule B *( Second Amended Schedule B )* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 07/05/2012) |
| 07/05/2012 | 202 | Amended Schedule(s), Schedule E - Creditors Holding Unsecured Priority Claims, Schedule F - Creditors Holding Unsecured Nonpriority Claims, *( Second Amended Schedules E and F ) ( Second Amended Schedules E and F )* Fee Amount $30 Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 07/05/2012) |
| 07/05/2012 | 203 | Amended Schedule H Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 07/05/2012) |
| 07/05/2012 | 204 | Amended Document *( page 3 of Amended Statement of Financial Affairs )* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha (related document(s)185). (MCNEIL, RONALD) (Entered: 07/05/2012) |
| 07/05/2012 | 205 | Chapter 11 Plan of Reorganization Filed by Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 07/05/2012) |
| 07/05/2012 | | Receipt of Schedules D,E,F - (for initial filing of individual schedules and amendments)(11-18010-sr) [misc,schnew2] ( 30.00) Filing Fee. Receipt number 12131684. Fee Amount $ 30.00. (U.S. Treasury) (Entered: 07/05/2012) |
| 07/09/2012 | 206 | Stipulation of Settlement By SunTrust Mortgage, Inc. and Between Fawwaz Beyha and SunTrust Mortgage, Inc. Filed by GREGORY JAVARDIAN on behalf of SunTrust Mortgage, Inc. (related document(s)154). (JAVARDIAN, GREGORY) (Entered: 07/09/2012) |
| 07/11/2012 | | Disposition of Adversary 2:12-ap-42 STIPULATED DISMISSAL (related document(s)1). (C., Jacqueline) (Entered: 07/11/2012) |
| 07/11/2012 | | Disposition of Adversary 2:12-ap-44 STIPULATED DISMISSAL (related document(s)1). (C., Jacqueline) (Entered: 07/11/2012) |
| 07/11/2012 | | Disposition of Adversary 2:12-ap-45 STIPULATED DISMISSAL (related document(s)1). (C., Jacqueline) (Entered: 07/11/2012) |
| 07/11/2012 | | |

| | | |
|---|---|---|
| | | Disposition of Adversary 2:12-ap-46 STIPULATED DISMISSAL (related document(s)1). (C., Jacqueline) (Entered: 07/11/2012) |
| 07/11/2012 | ● | Disposition of Adversary 2:12-ap-48 STIPULATED DISMISSAL (related document(s)1). (C., Jacqueline) (Entered: 07/11/2012) |
| 07/11/2012 | ●207 | Hearing Continued on 159 Motion for Relief from Stay *against Secured Creditor, Capital Bank, N.A.*. Fee Amount $176.00, Filed by Capital Bank, NA Represented by JANET L. GOLD filed by Creditor Capital Bank, NA. Hearing scheduled 8/1/2012 at 10:00 AM at nix4 - Courtroom #4. (L., Linda) (Entered: 07/12/2012) |
| 07/11/2012 | ●208 | Order Granting Stipulation of Settlement By SunTrust Mortgage, Inc. and Between Fawwaz Beyha and SunTrust Mortgage, Inc. Filed by GREGORY JAVARDIAN inre: Motion for Relief from the Automatic Stay with respect to the premises located at 1614 South 5th Street, Philadelphia, PA 19148 (related document(s)154, 206). (C., Jacqueline) (Entered: 07/13/2012) |
| 07/11/2012 | ●209 | Order Granting Application to Employ Ronald G. McNeil, Esquire as Counsel for Debtor Filed by Fawwaz F. Beyha Represented by RONALD G. MCNEIL (Related Doc # 193) (C., Jacqueline) (Entered: 07/13/2012) |
| 07/13/2012 | ● | Disposition of Adversary 2:12-ap-45 STIPULATED DISMISSAL (related document(s)1). (C., Jacqueline) (Entered: 07/13/2012) |
| 07/13/2012 | ● | Disposition of Adversary 2:12-ap-43 STIPULATED DISMISSAL (related document(s)1). (C., Jacqueline) (Entered: 07/13/2012) |
| 07/15/2012 | ●210 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 208)). No. of Notices: 4. Notice Date 07/15/2012. (Admin.) (Entered: 07/16/2012) |
| 07/15/2012 | ●211 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 209)). No. of Notices: 62. Notice Date 07/15/2012. (Admin.) (Entered: 07/16/2012) |
| 07/17/2012 | ●212 | ***Docketed Incorrectly*** Objection to Chapter 11 Plan filed by Debtor Fawwaz F. Beyha Filed by Capital Bank, NA (related document(s)205). (Attachments: # 1 Certification of Service) (GOLD, JANET) Modified on 7/19/2012 (C., Jacqueline). (Entered: 07/17/2012) |
| 07/17/2012 | ●215 | Objection to Confirmation of Chapter 11 Plan filed by Capital Bank, NA (related document(s) 205). (Attachments: # 1 Certification of Service)(C., Jacqueline) (Entered: 07/19/2012) |
| 07/18/2012 | ●213 | Notice of Appearance and Request for Notice by SHERRI J. BRAUNSTEIN Filed by SHERRI J. BRAUNSTEIN on behalf of Wells Fargo Bank, NA as Trustee of the Lehman Mortgage Trust 2007-1 Trust Fund. (BRAUNSTEIN, SHERRI) (Entered: 07/18/2012) |
| 07/18/2012 | ●214 | Stipulation By Fawwaz F. Beyha and Between Capital Bank . Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha (related document(s)159, 190). (MCNEIL, RONALD) (Entered: 07/18/2012) |
| 07/19/2012 | ● | Corrective Entry re: Objection. *This document has been filed incorrectly and is to be disregarded (wrong event used) - see correct entry at doc. #215.* (related document(s)212). (C., Jacqueline) (Entered: 07/19/2012) |
| 07/19/2012 | ●216 | Hearing Held on 190 Motion to Use Cash Collateral Filed by Fawwaz F. Beyha Represented by RONALD G. MCNEIL filed by Debtor Fawwaz F. Beyha. Order entered. (related document (s),190). (C., Jacqueline) (Entered: 07/23/2012) |
| 07/19/2012 | ●217 | Order Granting Stipulation By and Between Fawwaz F. Beyha a/k/a Vance T. Rhone and Capital Bank, N.A inre: Motion for Relief from the Automatic Stay; Motion to Use Cash Collateral. (related document(s)159, 214, 190). (C., Jacqueline) (Entered: 07/23/2012) |
| 07/19/2012 | ●218 | Hearing Held on 188 Objection to Certification of Default filed by Creditor TD Bank, N.A. c/o Fleischer, Fleischer & Suglia Filed by Fawwaz F. Beyha filed by Debtor Fawwaz F. Beyha |

| | | |
|---|---|---|
| | | (related document(s),188).Certification of Default withdrawn (C., Amelia) (Entered: 07/25/2012) |
| 07/25/2012 | 🔵219 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 217)). No. of Notices: 4. Notice Date 07/25/2012. (Admin.) (Entered: 07/26/2012) |
| 07/31/2012 | 🔵 | Disposition of Adversary 2:12-ap-49 Dismissed without prejudice (related document(s)1). (G., Jeanette) (Entered: 07/31/2012) |
| 08/01/2012 | 🔵220 | Hearing Held on 159 Motion for Relief from Stay *against Secured Creditor, Capital Bank, N.A..* Fee Amount $176.00, Filed by Capital Bank, NA Represented by JANET L. GOLD filed by Creditor Capital Bank, NA (related document(s),159). Motion SETTLED Stipulation Filed and Approved. (L., Linda) (Entered: 08/01/2012) |
| 08/02/2012 | 🔵221 | Monthly Operating Report for Filing Period June/2012 Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 08/02/2012) |
| 08/02/2012 | 🔵222 | Monthly Operating Report for Filing Period July/2012 Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 08/02/2012) |
| 08/06/2012 | 🔵 | Adversary Case 2:12-ap-48 Closed. (C., Jacqueline) (Entered: 08/06/2012) |
| 08/06/2012 | 🔵 | Adversary Case 2:12-ap-46 Closed. (C., Jacqueline) (Entered: 08/06/2012) |
| 08/06/2012 | 🔵 | Adversary Case 2:12-ap-45 Closed. (C., Jacqueline) (Entered: 08/06/2012) |
| 08/06/2012 | 🔵 | Adversary Case 2:12-ap-44 Closed. (C., Jacqueline) (Entered: 08/06/2012) |
| 08/06/2012 | 🔵 | Adversary Case 2:12-ap-42 Closed. (C., Jacqueline) (Entered: 08/06/2012) |
| 08/06/2012 | 🔵 | Adversary Case 2:12-ap-43 Closed. (C., Jacqueline) (Entered: 08/06/2012) |
| 08/17/2012 | 🔵223 | Objection to Confirmation of Plan Filed by Homeward Residential, Inc. (related document(s) 205). (Attachments: # 1 Certificate of Service)(FIALKOFF, KASSIA) (Entered: 08/17/2012) |
| 08/22/2012 | 🔵 | Adversary Case 2:12-ap-49 Closed. (C., Jacqueline) (Entered: 08/22/2012) |
| 09/20/2012 | 🔵224 | Monthly Operating Report for Filing Period August/2012 Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 09/20/2012) |
| 09/27/2012 | 🔵225 | Motion to Set Last Day to File Proofs of Claim Filed by Fawwaz F. Beyha Represented by RONALD G. MCNEIL (Counsel). (Attachments: # 1 Proposed Order # 2 Service List) (MCNEIL, RONALD) (Entered: 09/27/2012) |
| 10/03/2012 | 🔵226 | Order Granting Motion To Set Last Day To File Proofs of Claim (Related Doc # 225) Proofs of Claims due by 12/23/2012. Government Proof of Claim Deadline: 12/28/2012. (G., Jeanette) (Entered: 10/04/2012) |
| 10/06/2012 | 🔵227 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 226)). No. of Notices: 12. Notice Date 10/06/2012. (Admin.) (Entered: 10/07/2012) |
| 10/26/2012 | 🔵228 | Monthly Operating Report for Filing Period September/2012 Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 10/26/2012) |
| 11/05/2012 | 🔵229 | Motion for Relief from Stay *Re: 1324 South 31st Street, Philadelphia, Pennsylvania 19146.* Fee Amount $176.00, Filed by Deutsche Bank National Trust Company Represented by KEVIN T MCQUAIL (Counsel). Objections due by 11/20/2012. (Attachments: # 1 Loan Documents# 2 Proposed Order) (MCQUAIL, KEVIN) (Entered: 11/05/2012) |
| 11/05/2012 | 🔵230 | Notice of (related document(s): 229 Motion for Relief from Stay *Re: 1324 South 31st Street, Philadelphia, Pennsylvania 19146.* Fee Amount $176.00,) Filed by Deutsche Bank National |

|  |  |  |
|---|---|---|
|  |  | Trust Company. Hearing scheduled 12/12/2012 at 01:30 PM at nix4 - Courtroom #4. (MCQUAIL, KEVIN) (Entered: 11/05/2012) |
| 11/05/2012 | 🔘231 | Certificate of Service Filed by KEVIN T MCQUAIL on behalf of Deutsche Bank National Trust Company (related document(s)230, 229). (MCQUAIL, KEVIN) (Entered: 11/05/2012) |
| 11/05/2012 |  | Receipt of Motion for Relief From Stay(11-18010-sr) [motion,mrlfsty] ( 176.00) Filing Fee. Receipt number 12648383. Fee Amount $ 176.00. (U.S. Treasury) (Entered: 11/05/2012) |
| 11/21/2012 | 🔘232 | Response to Motion for Relief From Stay filed by Creditor Deutsche Bank National Trust Company Filed by Fawwaz F. Beyha (related document(s)229). (Attachments: # 1 Proposed Order # 2 Service List) (MCNEIL, RONALD) (Entered: 11/21/2012) |
| 11/27/2012 | 🔘233 | Monthly Operating Report for Filing Period October/2012 Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 11/27/2012) |
| 12/03/2012 | 🔘234 | Notice of Change of Address Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 12/03/2012) |
| 12/12/2012 | 🔘235 | Hearing Continued on 229 Motion for Relief from Stay *Re: 1324 South 31st Street, Philadelphia, Pennsylvania 19146 filed by Creditor Deutsche Bank National Trust Company. Hearing scheduled 1/2/2013 at 10:00 AM at nix4 - Courtroom #4. (G., Jeanette) (Entered: 12/13/2012)* |
| 12/31/2012 | 🔘236 | Praecipe to Withdraw *Motion for Relief from the Automatic Stay* Filed by MARISA MYERS COHEN on behalf of Deutsche Bank National Trust Company (related document(s) 235 , 229). (Attachments: # 1 certificate of service) (COHEN, MARISA) (Entered: 12/31/2012) |
| 01/02/2013 | 🔘237 | Hearing Held on 229 Motion for Relief from Stay *Re: 1324 South 31st Street, Philadelphia, Pennsylvania 19146 filed by Creditor Deutsche Bank National Trust Company (related document(s)229). Motion withdrawn (G., Jeanette) (Entered: 01/02/2013)* |
| 01/07/2013 | 🔘238 | Monthly Operating Report for Filing Period November/2012 Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 01/07/2013) |
| 01/28/2013 | 🔘239 | Monthly Operating Report for Filing Period December/2012 Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 01/28/2013) |
| 02/16/2013 | 🔘240 | Monthly Operating Report for Filing Period January/2013 Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 02/16/2013) |
| 02/18/2013 | 🔘241 | Amended Chapter 11 Plan *( Second Modified Chapter 11 Plan )* Filed by Fawwaz F. Beyha (related document(s)205). (Attachments: # 1 Service List)(MCNEIL, RONALD) (Entered: 02/18/2013) |
| 03/13/2013 | 🔘242 | Notice of Appearance and Request for Notice by JAMES CHRISTOPHER VANDERMARK Filed by JAMES CHRISTOPHER VANDERMARK on behalf of City of Philadelphia. (VANDERMARK, JAMES) (Entered: 03/13/2013) |
| 03/18/2013 | 🔘243 | Objection to Confirmation of Plan Filed by JPMorgan Chase Bank, National Association (related document(s)241). (Attachments: # 1 Service List # 2 Proposed Order)(MCQUAIL, KEVIN) (Entered: 03/18/2013) |
| 03/21/2013 | 🔘244 | Objection to Confirmation of Plan Filed by OneWest Bank, FSB (related document(s)241). (Attachments: # 1 Service List)(KISHBAUGH, JOHN) (Entered: 03/21/2013) |
| 04/03/2013 | 🔘245 | Monthly Operating Report for Filing Period February/2013 Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 04/03/2013) |
| 04/10/2013 | 🔘246 |  |

| | | |
|---|---|---|
| | | Objection to Amended Chapter 11 Plan (pre-confirmation) filed by Debtor Fawwaz F. Beyha Filed by Capital Bank, NA (related document(s)241). (Attachments: # 1 Certification of Service) (GOLD, JANET) (Entered: 04/10/2013) |
| 04/13/2013 | 247 | Monthly Operating Report for Filing Period March/2013 Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 04/13/2013) |
| 04/30/2013 | 248 | Amended Schedule A *( Debtor's Third Modified Schedule A )* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 04/30/2013) |
| 04/30/2013 | 249 | Amended Schedule B *( Debtor's Third Modified Schedule B )* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 04/30/2013) |
| 04/30/2013 | 250 | Statement of Financial Affairs *( Debtor's Third Modified S. F. A. )* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 04/30/2013) |
| 05/22/2013 | 251 | Monthly Operating Report for Filing Period April/2013 Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 05/22/2013) |
| 06/22/2013 | 252 | Monthly Operating Report for Filing Period May/2013 Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 06/22/2013) |
| 06/22/2013 | 253 | Amended Chapter 11 Plan *( Third Modified Chapter 11 Plan )* Filed by Fawwaz F. Beyha (related document(s)241, 205). (MCNEIL, RONALD) (Entered: 06/22/2013) |
| 06/22/2013 | 254 | Disclosure Statement Filed by Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 06/22/2013) |
| 06/23/2013 | 255 | Motion to Approve Disclosure Statement *( and for the Fixing of Dates for the Filing of Acceptances, Rejections or Objections to the Plan of Reorganization )*. Filed by Fawwaz F. Beyha Represented by RONALD G. MCNEIL (Counsel). (Attachments: # 1 Proposed Order # 2 Service List) (MCNEIL, RONALD) (Entered: 06/23/2013) |
| 06/23/2013 | 256 | Notice of (related document(s): 255 Motion to Approve Disclosure Statement *( and for the Fixing of Dates for the Filing of Acceptances, Rejections or Objections to the Plan of Reorganization )*.) Filed by Fawwaz F. Beyha. Hearing scheduled 7/17/2013 at 01:30 PM at nix4 - Courtroom #4. (MCNEIL, RONALD) (Entered: 06/23/2013) |
| 06/24/2013 | 257 | Objection to Disclosure Statement filed by Debtor Fawwaz F. Beyha, Approve Disclosure Statement filed by Debtor Fawwaz F. Beyha, Notice of Motion filed by Debtor Fawwaz F. Beyha Filed by United States Trustee (related document(s)256, 255, 254). (Attachments: # 1 Service List) (CONWAY, GEORGE) (Entered: 06/24/2013) |
| 06/27/2013 | 258 | Amended Disclosure Statement *( Addendum to Disclosure Statement )* Filed by Fawwaz F. Beyha (related document(s)254). (MCNEIL, RONALD) (Entered: 06/27/2013) |
| 07/08/2013 | 259 | Objection to Notice of Motion filed by Debtor Fawwaz F. Beyha Filed by Capital Bank, NA (related document(s)256). (GOLD, JANET) (Entered: 07/08/2013) |
| 07/10/2013 | 260 | Objection to Approve Disclosure Statement filed by Debtor Fawwaz F. Beyha Filed by TD Bank, N.A. c/o Fleischer, Fleischer & Suglia (related document(s)255). (SUGLIA, NICOLA) (Entered: 07/10/2013) |
| 07/17/2013 | 261 | Hearing Continued on 255 Motion to Approve Disclosure Statement *( and for the Fixing of Dates for the Filing of Acceptances, Rejections or Objections to the Plan of Reorganization filed by Debtor Fawwaz F. Beyha. Hearing scheduled 8/7/2013 at 10:00 AM at nix4 - Courtroom #4. (G., Jeanette) (Entered: 07/17/2013)* |
| 07/17/2013 | 262 | Objection to Confirmation of Plan Filed by Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M2 (related document(s)253). (Attachments: # 1 Service List)(KISHBAUGH, JOHN) (Entered: 07/17/2013) |

| 07/22/2013 | 🖱263 | Monthly Operating Report for Filing Period June/2013 Filed By RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 07/22/2013) |
| 07/26/2013 | 🖱264 | Amended Chapter 11 Plan ( *Addendum to Third Modified Chapter 11 Plan* ) Filed by Fawwaz F. Beyha (related document(s)241, 205, 253). (MCNEIL, RONALD) (Entered: 07/26/2013) |
| 07/26/2013 | 🖱265 | Amended Disclosure Statement ( *Second Addendum to Disclosure Statement* ) Filed by Fawwaz F. Beyha (related document(s)254). (MCNEIL, RONALD) (Entered: 07/26/2013) |
| 08/07/2013 | 🖱266 | Hearing Held on 255 Motion to Approve Disclosure Statement ( *and for the Fixing of Dates for the Filing of Acceptances, Rejections or Objections to the Plan of Reorganization* ) filed by Debtor Fawwaz F. Beyha (related document(s),255). Amended Blacklined Disclosure Statement to be filed by 8/9/2013 (G., Jeanette) (Entered: 08/07/2013) |
| 08/09/2013 | 🖱267 | Amended Chapter 11 Plan ( *Debtor's Fourth Modified Chapter 11 Plan* ) Filed by Fawwaz F. Beyha (related document(s)241, 205, 253). (MCNEIL, RONALD) (Entered: 08/09/2013) |
| 08/09/2013 | 🖱268 | Amended Disclosure Statement Filed by Fawwaz F. Beyha (related document(s)254). (MCNEIL, RONALD) (Entered: 08/09/2013) |
| 08/15/2013 | 🖱269 | Monthly Operating Report for Filing Period July/2013 Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 08/15/2013) |
| 08/19/2013 | 🖱270 | Objection to Confirmation of Plan Filed by Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M2 (related document(s)267). (Attachments: # 1 Service List)(KISHBAUGH, JOHN) (Entered: 08/19/2013) |
| 08/19/2013 | 🖱271 | Praecipe to Withdraw *Objection to Debtor's Motion to Approve Disclosure Statement* Filed by JANET L. GOLD on behalf of Capital Bank, NA (related document(s)259). (GOLD, JANET) (Entered: 08/19/2013) |
| 08/23/2013 | 🖱272 | Amended Chapter 11 Plan ( *Debtor's Fifth Modified Chapter 11 Plan* ) Filed by Fawwaz F. Beyha (related document(s)241, 267, 205, 253). (MCNEIL, RONALD) (Entered: 08/23/2013) |
| 08/23/2013 | 🖱273 | Amended Disclosure Statement ( *Debtor's Second Modified Disclosure Statement* ) Filed by Fawwaz F. Beyha (related document(s)254). (MCNEIL, RONALD) (Entered: 08/23/2013) |
| 08/27/2013 | 🖱274 | Praecipe to Withdraw Filed by DAVID NEEREN on behalf of Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M2 (related document(s)270). (Attachments: # 1 Service List) (NEEREN, DAVID) (Entered: 08/27/2013) |
| 08/28/2013 | 🖱275 | Order Approving Disclosure Statement and Fixing Time For Filing Acceptances Or Rejections Of Plan Combined with Notice. Confirmation Hearing scheduled 10/23/2013 at 01:30 PM at nix4 - Courtroom #4. Last day to Object to Confirmation 10/2/2013. (G., Jeanette) (Entered: 08/28/2013) |
| 08/30/2013 | 🖱276 | BNC Certificate of Mailing - PDF Document. (related document(s) Related Doc # 275)). No. of Notices: 11. Notice Date 08/30/2013. (Admin.) (Entered: 08/31/2013) |
| 09/17/2013 | 🖱277 | Monthly Operating Report for Filing Period August/2013 Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 09/17/2013) |
| 10/02/2013 | 🖱278 | Objection to Confirmation of Plan Filed by Wells Fargo Bank, NA as Trustee of the Lehman Mortgage Trust 2007-1 Trust Fund (related document(s)272). (Attachments: # 1 Certificate of Service)(DERKRIKORIAN, CELINE) (Entered: 10/02/2013) |
| 10/03/2013 | 🖱279 | Amended Schedule B ( *Third Modified Schedule B* ) Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 10/03/2013) |
| | 🖱 | |

| | | |
|---|---|---|
| 10/03/2013 | 280 | Amended Schedule(s), Schedule F - Creditors Holding Unsecured Nonpriority Claims, *( Third Modified Schedule F ) ( Third Modified Schedule F )* Fee Amount $30 Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 10/03/2013) |
| 10/03/2013 | 281 | Statement of Financial Affairs *( modified S.F.A. )* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 10/03/2013) |
| 10/04/2013 | | Receipt of Schedules D,E,F - (for initial filing of individual schedules and amendments)(11-18010-sr) [misc,schnew2] ( 30.00) Filing Fee. Receipt number 14046567. Fee Amount $ 30.00. (re: Doc# 280) (U.S. Treasury) (Entered: 10/04/2013) |
| 10/15/2013 | 282 | Report of Plan Voting Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 10/15/2013) |
| 10/23/2013 | 283 | Hearing Continued on 273 Confirmation Hearing scheduled 11/6/2013 at 01:30 PM at nix4 - Courtroom #4. (G., Jeanette) (Entered: 10/23/2013) |
| 10/25/2013 | 284 | Monthly Operating Report for Filing Period September/2013 Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 10/25/2013) |
| 10/31/2013 | 285 | Certification of Default of *Debtor Regarding Stipulation Re: Motion for Relief* Filed by JANET L. GOLD, LEN GARZA on behalf of Capital Bank, NA (related document(s)159, 214, 217). (Attachments: # 1 Proposed Order # 2 Certification of Service) (GARZA, LEN) (Entered: 10/31/2013) |
| 11/05/2013 | 286 | Objection to Certification of Default filed by Creditor Capital Bank, NA Filed by Fawwaz F. Beyha (related document(s)285). (Attachments: # 1 Proposed Order # 2 Service List) (MCNEIL, RONALD) (Entered: 11/05/2013) |
| 11/05/2013 | 287 | Notice of *Hearing for Debtor's Objection to Certification of Default of Debtor Regarding Stipulation Re: Motion for Relief (related document 286)* Filed by Fawwaz F. Beyha. Hearing scheduled 12/4/2013 at 01:30 PM at nix4 - Courtroom #4. (MCNEIL, RONALD) (Entered: 11/05/2013) |
| 11/05/2013 | 288 | Transfer of Claim Transfer Agreement 3001 (e) 2 Transferor: ONE WEST BANK,FSB (Claim No. 9) To Ocwen Loan Servicing, LLC. Fee Amount $25 To Ocwen Loan Servicing, LLC1100 Virginia Drive, suite 175Fort Washington, PA 19034Attn: Bankruptcy Department Filed by Ocwen Loan Servicing, LLC. (Attachments: # 1 Ceritficate of Service)(KISHBAUGH, JOHN) (Entered: 11/05/2013) |
| 11/06/2013 | 289 | Notice of Appearance and Request for Notice by SHERRI J. BRAUNSTEIN Filed by SHERRI J. BRAUNSTEIN on behalf of Ocwen Loan Servicing, LLC. (BRAUNSTEIN, SHERRI) (Entered: 11/06/2013) |
| 11/06/2013 | 290 | Chapter 11 confirmation hearing adjourned to 11/20/2013 at 01:30 PM at nix4 - Courtroom #4. (G., Jeanette) (Entered: 11/07/2013) |
| 11/07/2013 | | Receipt of Transfer of Claim(11-18010-sr) [claims,trclm] ( 25.00) Filing Fee. Receipt number 14183809. Fee Amount $ 25.00. (re: Doc# 288) (U.S. Treasury) (Entered: 11/07/2013) |
| 11/08/2013 | 291 | BNC Certificate of Mailing - Transfer of Claim. Number of Notices Mailed: (related document (s) (Related Doc # 288)). No. of Notices: 1. Notice Date 11/08/2013. (Admin.) (Entered: 11/09/2013) |
| 11/20/2013 | 292 | Hearing Continued on 290 Chapter 11 confirmation hearing adjourned to 12/11/2013 at 01:30 PM at nix4 - Courtroom #4. (G., Jeanette) (Entered: 11/21/2013) |
| 12/04/2013 | 293 | Hearing Continued on 286 Objection to Certification of Default filed by Creditor Capital Bank, NA filed by Debtor Fawwaz F. Beyha. Hearing scheduled 12/18/2013 at 01:30 PM at nix4 - Courtroom #4. (G., Jeanette) (Entered: 12/05/2013) |
| | | |

| | | |
|---|---|---|
| 12/10/2013 | 294 | Monthly Operating Report for Filing Period October/2013 Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 12/10/2013) |
| 12/11/2013 | 295 | Hearing Continued on Confirmation Hearing scheduled 12/18/2013 at 01:30 PM at nix4 - Courtroom #4. (G., Jeanette) (Entered: 12/12/2013) |
| 12/16/2013 | 296 | Confirmation rescheduled 2/5/2014 at 01:30 PM at nix4 - Courtroom #4. (M., Nancy) (Entered: 12/16/2013) |
| 12/18/2013 | 297 | Hearing Held on Objection to Certification of Default filed by Creditor Capital Bank, NA filed by Debtor Fawwaz F. Beyha (related document(s), 286). Certification of Default Resolved (G., Jeanette) (Entered: 12/19/2013) |
| 12/18/2013 | 298 | Hearing on Confirmation adjourned to 2/4/2014 at 01:30 PM at nix4 - Courtroom #4. (G., Jeanette) (Entered: 12/19/2013) |
| 01/07/2014 | 299 | Monthly Operating Report for Filing Period November/2013 Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 01/07/2014) |
| 01/27/2014 | 300 | Monthly Operating Report for Filing Period December/2013 Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 01/27/2014) |
| 02/05/2014 | 301 | Hearing Continued on Confirmation adjourned to 2/12/2014 at 01:30 PM at nix4 - Courtroom #4. (G., Jeanette) (Entered: 02/05/2014) |
| 02/10/2014 | 302 | Motion to Approve Loan Modification Agreement Filed by Fawwaz F. Beyha Represented by RONALD G. MCNEIL (Counsel). (Attachments: # 1 Proposed Order # 2 Exhibit A - terms of mortgage modification # 3 Service List) (MCNEIL, RONALD) (Entered: 02/10/2014) |
| 02/10/2014 | 303 | Notice of (related document(s): 302 Motion to Approve Loan Modification Agreement) Filed by Fawwaz F. Beyha. Hearing scheduled 3/12/2014 at 01:30 PM at nix4 - Courtroom #4. (MCNEIL, RONALD) (Entered: 02/10/2014) |
| 02/11/2014 | 304 | Stipulation of Settlement By JPMorgan Chase Bank, N.A. and Between Debtor Filed by CELINE P. DERKRIKORIAN on behalf of JPMorgan Chase Bank, N.A. (related document(s) 272, 243). (Attachments: # 1 Proposed Order) (DERKRIKORIAN, CELINE) (Entered: 02/11/2014) |
| 02/11/2014 | 305 | Stipulation of Settlement By Wells Fargo Bank, NA as Trustee of the Lehman Mortgage Trust 2007-1 Trust Fund and Between Debtor Filed by CELINE P. DERKRIKORIAN on behalf of Wells Fargo Bank, NA as Trustee of the Lehman Mortgage Trust 2007-1 Trust Fund (related document(s)272, 278). (Attachments: # 1 Proposed Order) (DERKRIKORIAN, CELINE) (Entered: 02/11/2014) |
| 02/12/2014 | 306 | Monthly Operating Report for Filing Period January/2014 Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 02/12/2014) |
| 02/12/2014 | 308 | Hearing Continued on 296 Confirmation Hearing scheduled 3/12/2014 at 01:30 PM at nix4 - Courtroom #4. (G., Jeanette) (Entered: 02/19/2014) |
| 02/18/2014 | 307 | Amended Chapter 11 Plan ( *Debtor's Sixth Modified Chapter 11 Plan* ) Filed by Fawwaz F. Beyha (related document(s)241, 272, 267, 205, 253). (MCNEIL, RONALD) (Entered: 02/18/2014) |
| 02/18/2014 | 309 | Order Granting Settlement Stipulation (related document(s)305). (G., Jeanette) (Entered: 02/19/2014) |
| 02/21/2014 | 310 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 309)). No. of Notices: 9. Notice Date 02/21/2014. (Admin.) (Entered: 02/22/2014) |
| 02/28/2014 | 311 | |

|  |  |  |
|---|---|---|
|  |  | Amended Chapter 11 Plan ( *Debtor's Seventh Modified Chapter 11 Plan* ) Filed by Fawwaz F. Beyha (related document(s)241, 272, 267, 307, 205, 253). (MCNEIL, RONALD) (Entered: 02/28/2014) |
| 03/06/2014 | 312 | Chapter 11 Ballots ( *related document(s) 311* ) Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (Attachments: # 1 Service List) (MCNEIL, RONALD) (Entered: 03/06/2014) |
| 03/11/2014 | 313 | Transfer of Claim Transfer Agreement 3001 (e) 2 Transferor: OneWest Bank, FSB (Claim No. 8) To Ocwen Loan Servicing, LLC. Fee Amount $25 To Ocwen Loan Servicing, LLC1661 Worthington Road Ste. 100West Palm Beach, FL 33409 Filed by Ocwen Loan Servicing, LLC. (Attachments: # 1 Certificate of Service)(KISHBAUGH, JOHN) (Entered: 03/11/2014) |
| 03/12/2014 |  | Receipt of Transfer of Claim(11-18010-sr) [claims,trclm] ( 25.00) Filing Fee. Receipt number 14619341. Fee Amount $ 25.00. (re: Doc# 313) (U.S. Treasury) (Entered: 03/12/2014) |
| 03/12/2014 | 314 | Certificate of No Response to *Debtor's Motion to Approve Loan Modification Agreement* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha (related document(s)302). (MCNEIL, RONALD) (Entered: 03/12/2014) |
| 03/12/2014 | 315 | Hearing Continued on Confirmation adjourned to 4/9/2014 at 01:30 PM at nix4 - Courtroom #4. (G., Jeanette) (Entered: 03/12/2014) |
| 03/12/2014 | 316 | Notice of Appearance and Request for Notice by SHERRI J. BRAUNSTEIN Filed by SHERRI J. BRAUNSTEIN on behalf of Ocwen Loan Servicing, LLC servicer for. (BRAUNSTEIN, SHERRI) (Entered: 03/12/2014) |
| 03/12/2014 | 317 | Hearing Held on 302 Motion to Approve Loan Modification Agreement filed by Debtor Fawwaz F. Beyha (related document(s),302). Order entered (G., Jeanette) (Entered: 03/14/2014) |
| 03/12/2014 | 318 | Order Granting Motion to Approve Loan Modification Agreement (Related Doc # 302) (G., Jeanette) (Entered: 03/14/2014) |
| 03/14/2014 | 319 | BNC Certificate of Mailing - Transfer of Claim. Number of Notices Mailed: (related document (s) (Related Doc # 313)). No. of Notices: 1. Notice Date 03/14/2014. (Admin.) (Entered: 03/15/2014) |
| 03/16/2014 | 320 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 318)). No. of Notices: 9. Notice Date 03/16/2014. (Admin.) (Entered: 03/17/2014) |
| 03/24/2014 | 321 | Monthly Operating Report for Filing Period February/2014 Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 03/24/2014) |
| 04/02/2014 | 322 | Transfer of Claim Transfer Agreement 3001 (e) 2 Transferor: American Home Mortgage Servicing, Inc (Claim No. 5) To Ocwen Loan Servicing, LLC. Fee Amount $25 To Ocwen Loan Servicing, LLC1661 Worthington Road Ste. 100West Palm Beach, FL 33409 Filed by Ocwen Loan Servicing, LLC. (Attachments: # 1 Certificate of Service)(KISHBAUGH, JOHN) (Entered: 04/02/2014) |
| 04/02/2014 |  | Receipt of Transfer of Claim(11-18010-sr) [claims,trclm] ( 25.00) Filing Fee. Receipt number 14704977. Fee Amount $ 25.00. (re: Doc# 322) (U.S. Treasury) (Entered: 04/02/2014) |
| 04/04/2014 | 323 | Objection to Confirmation of Plan Filed by City of Philadelphia (related document(s)311). (Attachments: # 1 Exhibits A-D # 2 Certificate of Service # 3 Proposed Order) (VANDERMARK, JAMES) (Entered: 04/04/2014) |
| 04/05/2014 | 324 | BNC Certificate of Mailing - Transfer of Claim. Number of Notices Mailed: (related document (s) (Related Doc # 322)). No. of Notices: 1. Notice Date 04/05/2014. (Admin.) (Entered: 04/06/2014) |
|  | ○ |  |

| Date | Doc # | Description |
|---|---|---|
| 04/09/2014 | 325 | Hearing Continued on Confirmation. Hearing scheduled 4/30/2014 at 10:00 AM at nix4 - Courtroom #4. (G., Jeanette) (Entered: 04/10/2014) |
| 04/29/2014 | 326 | Objection to Confirmation of Plan Filed by SunTrust Mortgage, Inc. (related document(s)311). (Attachments: # 1 Proposed Order # 2 Exhibit A # 3 Certificate of Service)(MANUEL-COUGHLIN, JILL) (Entered: 04/29/2014) |
| 04/30/2014 | 327 | Hearing Continued on 325 Confirmation Hearing scheduled 5/14/2014 at 10:00 AM at nix4 - Courtroom #4. (G., Jeanette) (Entered: 04/30/2014) |
| 05/06/2014 | 328 | Stipulation By City of Philadelphia and Between Fawwaz F. Beyha . Filed by JAMES CHRISTOPHER VANDERMARK on behalf of City of Philadelphia (related document(s)323). (Attachments: # 1 Service List) (VANDERMARK, JAMES) (Entered: 05/06/2014) |
| 05/06/2014 | 329 | Monthly Operating Report for Filing Period March/2014 Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 05/06/2014) |
| 05/08/2014 | 330 | Order re: Stipulation Resolving The City of Philadelphia's Objection to Confirmation (related document(s)328, 323). (G., Jeanette) (Entered: 05/09/2014) |
| 05/11/2014 | 331 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 330)). No. of Notices: 9. Notice Date 05/11/2014. (Admin.) (Entered: 05/12/2014) |
| 05/13/2014 | 332 | Stipulation By Fawwaz F. Beyha and Between SunTrust Mortgage, Inc. ( *regarding Objection to Confirmation of Plan Filed by SunTrust Mortgage, Inc.* ). Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha (related document(s)326). (MCNEIL, RONALD) (Entered: 05/13/2014) |
| 05/13/2014 | 333 | Report of Plan Voting Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 05/13/2014) |
| 05/14/2014 | 335 | Order re: Stipulation By Fawwaz F. Beyha and Between SunTrust Mortgage, Inc. ( regarding Objection to Confirmation of Plan(related document(s)332). (G., Jeanette) (Entered: 05/20/2014) |
| 05/14/2014 | 336 | CONFIRMATION Hearing Held. HELD UNDER ADVISEMENT; BRIEFS TO BE FILED (M., Nancy) (Entered: 05/22/2014) |
| 05/16/2014 | 334 | Memorandum in Opposition to *Confirmation of Plan* Filed by GEORGE M. CONWAY on behalf of United States Trustee (related document(s)311). (Attachments: # 1 Service List) (CONWAY, GEORGE) (Entered: 05/16/2014) |
| 05/22/2014 | 337 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 335)). No. of Notices: 9. Notice Date 05/22/2014. (Admin.) (Entered: 05/23/2014) |
| 05/23/2014 | 339 | Transcript regarding Hearing Held The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] (related document(s) 336 ). Notice of Intent to Request Redaction Deadline Due By 5/30/2014. Redaction Request Due By 6/13/2014. Redacted Transcript Submission Due By 6/23/2014. Transcript access will be restricted through 8/21/2014. (L., Linda) (Entered: 05/29/2014) |
| 05/28/2014 | 338 | Memorandum in Support of *Confirmation of Plan* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha (related document(s)334). (Attachments: # 1 Service List) (MCNEIL, RONALD) (Entered: 05/28/2014) |
| 06/05/2014 | 340 | Order Denying Confirmation of Chapter 11 Plan. (G., Jeanette) (Entered: 06/06/2014) |
| 06/08/2014 | 341 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 340)). No. of Notices: 9. Notice Date 06/08/2014. (Admin.) (Entered: 06/09/2014) |
| 06/10/2014 | 342 | |

| | | |
|---|---|---|
| | | Transfer of Claim Transfer Agreement 3001 (e) 2 Transferor: GMAC MORTGAGE, LLC (Claim No. 23) To The Bank of New York Mellon Trust Company N.A.. Fee Amount $25 To The Bank of New York Mellon Trust Company N.A.c/o Ocwen Loan Servicing, LLCAttn: Bankruptcy DepartmentP.O. BOX 24605West Palm Beach, FL 33416-4605 Filed by Ocwen Loan Servicing, LLC. (Lewis, Vanessa) (Entered: 06/10/2014) |
| 06/10/2014 | | Receipt of Transfer of Claim(11-18010-sr) [claims,trclm] ( 25.00) Filing Fee. Receipt number 14969424. Fee Amount $ 25.00. (re: Doc# 342) (U.S. Treasury) (Entered: 06/10/2014) |
| 06/13/2014 | 343 | BNC Certificate of Mailing - Transfer of Claim. Number of Notices Mailed: (related document (s) (Related Doc # 342)). No. of Notices: 1. Notice Date 06/13/2014. (Admin.) (Entered: 06/14/2014) |
| 06/20/2014 | 344 | Monthly Operating Report for Filing Period April/2014 Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 06/20/2014) |
| 06/20/2014 | 345 | Monthly Operating Report for Filing Period May/2014 Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 06/20/2014) |
| 07/24/2014 | 346 | Monthly Operating Report for Filing Period June/2014 Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 07/24/2014) |
| 08/06/2014 | 347 | Amended Chapter 11 Plan ( *Debtor's Eighth Modified Chapter 11 Plan* ) Filed by Fawwaz F. Beyha (related document(s)241, 272, 267, 307, 205, 253, 311). (MCNEIL, RONALD) (Entered: 08/06/2014) |
| 08/06/2014 | 348 | Amended Disclosure Statement ( *Debtor's Third Modified Disclosure Statement* ) Filed by Fawwaz F. Beyha (related document(s)254). (MCNEIL, RONALD) (Entered: 08/06/2014) |
| 08/11/2014 | 349 | Motion to Approve Disclosure Statement Filed by Fawwaz F. Beyha Represented by RONALD G. MCNEIL (Counsel). (Attachments: # 1 Proposed Order # 2 Exhibit A - proposed Ballot # 3 Service List) (MCNEIL, RONALD) (Entered: 08/11/2014) |
| 08/11/2014 | 350 | Notice of (related document(s): 349 Motion to Approve Disclosure Statement) Filed by Fawwaz F. Beyha. Hearing scheduled 9/3/2014 at 10:00 AM at nix4 - Courtroom #4. (MCNEIL, RONALD) (Entered: 08/11/2014) |
| 08/13/2014 | 351 | Order Granting Settlement Stipulation (related document(s)304). (G., Jeanette) (Entered: 08/13/2014) |
| 08/15/2014 | 352 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 351)). No. of Notices: 9. Notice Date 08/15/2014. (Admin.) (Entered: 08/16/2014) |
| 08/26/2014 | 353 | Withdrawal of Appearance of Gregory Javardian and entry of appearance of Jill Manuel-Coughlin Filed by JILL MANUEL-COUGHLIN on behalf of SunTrust Mortgage, Inc.. (MANUEL-COUGHLIN, JILL) (Entered: 08/26/2014) |
| 09/01/2014 | 354 | Certificate of No Response to *Debtor's Motion to Approve Disclosure Statement* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha (related document(s)349). (MCNEIL, RONALD) (Entered: 09/01/2014) |
| 09/03/2014 | 359 | Hearing Held on Motion to Approve Disclosure Statement filed by Debtor Fawwaz F. Beyha (related document(s),349). Order entered (G., Jeanette) (Entered: 09/18/2014) |
| 09/09/2014 | 355 | Motion for Relief from Stay *re: 1614 S. 5th Street, Philadelphia, PA 19148.* Fee Amount $176.00, Filed by U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CMLTI 2005-7 Represented by JILL MANUEL-COUGHLIN (Counsel). Objections due by 9/24/2014. (Attachments: # 1 Proposed Order # 2 Proposed Default Order # 3 Exhibit A - Note # 4 Exhibit B - Mortgage # 5 Exhibit C - Assignment(s) # 6 Exhibit D - BPO # 7 Certificate of Service) (MANUEL-COUGHLIN, JILL) (Entered: 09/09/2014) |
| | | |

| | | |
|---|---|---|
| 09/09/2014 | 356 | Notice of (related document(s): 355 Motion for Relief from Stay *re: 1614 S. 5th Street, Philadelphia, PA 19148.* Fee Amount $176.00,) Filed by U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CMLTI 2005-7. Hearing scheduled 10/8/2014 at 01:30 PM at nix4 - Courtroom #4. (Attachments: # 1 Certificate of Service) (MANUEL-COUGHLIN, JILL) (Entered: 09/09/2014) |
| 09/09/2014 | | Receipt of Motion for Relief From Stay(11-18010-sr) [motion,mrlfsty] ( 176.00) Filing Fee. Receipt number 15299646. Fee Amount $ 176.00. (re: Doc# 355) (U.S. Treasury) (Entered: 09/09/2014) |
| 09/10/2014 | 357 | Amended Disclosure Statement ( *Fourth Modified Disclosure Statement* ) Filed by Fawwaz F. Beyha (related document(s)254). (MCNEIL, RONALD) (Entered: 09/10/2014) |
| 09/17/2014 | 358 | Order Approving Disclosure Statement and Setting Hearing on Confirmation. Confirmation Hearing scheduled 11/12/2014 at 01:30 PM at nix4 - Courtroom #4. Last day to Object to Confirmation 10/22/2014. Proofs of Claims due by 12/16/2014. (G., Jeanette) (Entered: 09/17/2014) |
| 09/19/2014 | 360 | Monthly Operating Report for Filing Period July/2014 Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 09/19/2014) |
| 09/19/2014 | 361 | Monthly Operating Report for Filing Period August/2014 Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 09/19/2014) |
| 09/19/2014 | 362 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 358)). No. of Notices: 60. Notice Date 09/19/2014. (Admin.) (Entered: 09/20/2014) |
| 09/22/2014 | 363 | Response to Motion for Relief From Stay filed by Creditor U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CMLTI 2005-7 Filed by Fawwaz F. Beyha (related document(s)355). (Attachments: # 1 Proposed Order # 2 Exhibit D - 5/14/2014 Stipulation and Order # 3 Service List) (MCNEIL, RONALD) (Entered: 09/22/2014) |
| 09/26/2014 | 364 | Certificate of Service *of this Court's September 17, 2014 Order* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha (related document(s)358). (MCNEIL, RONALD) (Entered: 09/26/2014) |
| 10/08/2014 | 365 | Hearing Continued on 355 Motion for Relief from Stay *re: 1614 S. 5th Street, Philadelphia, PA 19148 filed by Creditor U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CMLTI 2005-7. Hearing scheduled 11/5/2014 at 10:00 AM at nix4 - Courtroom #4.* (G., Jeanette) (Entered: 10/09/2014) |
| 10/21/2014 | 366 | *Objection to Confirmation of Amended Plan of Reorganization* Filed by GEORGE M. CONWAY on behalf of United States Trustee (related document(s)358, 347). (Attachments: # 1 Service List) (CONWAY, GEORGE) (Entered: 10/21/2014) |
| 10/21/2014 | 367 | Motion to Convert Case to Chapter 7 . Fee Amount $0.00, or in the alternative Motion to Dismiss Case. Inability to confirm a Plan of Reorganization Filed by United States Trustee Represented by GEORGE M. CONWAY (Counsel). (Attachments: # 1 Service List # 2 Proposed Order Converting Case # 3 Proposed Order Dismissing Case) (CONWAY, GEORGE) (Entered: 10/21/2014) |
| 10/21/2014 | 368 | Notice of Motion to Convert Case to Chapter 7367 Filed by United States Trustee. Hearing scheduled 11/12/2014 at 01:30 PM at nix3 - Courtroom #3. (CONWAY, GEORGE) (Entered: 10/21/2014) |
| 10/24/2014 | 369 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 368)). No. of Notices: 59. Notice Date 10/24/2014. (Admin.) (Entered: 10/25/2014) |
| 10/26/2014 | 370 | Objection to Claim Number 6 by Claimant, Bank of America, N.A. Filed by Fawwaz F. Beyha. (Attachments: # 1 Proposed Order # 2 Exhibit A - copy of P.O.C. # 3 Service List)(MCNEIL, RONALD) (Entered: 10/26/2014) |

| | | |
|---|---|---|
| 10/26/2014 | 🔘371 | Notice of Objection to claim *# 6 by Claimant, Bank of America, N.A.* Filed by Fawwaz F. Beyha (related document(s)370). Hearing scheduled 11/19/2014 at 01:30 PM at nix4 - Courtroom #4. (MCNEIL, RONALD) (Entered: 10/26/2014) |
| 10/26/2014 | 🔘372 | Objection to Claim Number 11,12,13 by Claimant, Portfolio Recovery Associates, LLC, f/k/a, LVNV Funding, LLC, f/k/a, JPMorgan Chase & Co. Filed by Fawwaz F. Beyha. (Attachments: # 1 Proposed Order # 2 Exhibit A - copy of P.O.C. # 3 Exhibit B - copy of P.O.C. # 4 Exhibit C - copy of P.O.C. # 5 Service List)(MCNEIL, RONALD) (Entered: 10/26/2014) |
| 10/26/2014 | 🔘373 | Notice of Objection to claim *# 11,12,13 by Claimant, Portfolio Recovery Associates, LLC, f/k/a, LVNV Funding, LLC, f/k/a, JPMorgan Chase & Co.* Filed by Fawwaz F. Beyha (related document(s)372). Hearing scheduled 11/19/2014 at 01:30 PM at nix4 - Courtroom #4. (MCNEIL, RONALD) (Entered: 10/26/2014) |
| 10/26/2014 | 🔘374 | Objection to Claim Number 14 by Claimant, Parke Bank. Filed by Fawwaz F. Beyha. (Attachments: # 1 Proposed Order # 2 Exhibit A - copy of P.O.C. # 3 Service List)(MCNEIL, RONALD) (Entered: 10/26/2014) |
| 10/26/2014 | 🔘375 | Notice of Objection to claim *# 14 by Claimant, Parke Bank,* Filed by Fawwaz F. Beyha (related document(s)374). Hearing scheduled 11/19/2014 at 01:30 PM at nix4 - Courtroom #4. (MCNEIL, RONALD) (Entered: 10/26/2014) |
| 10/26/2014 | 🔘376 | Objection to Claim Number 15,30 by Claimant, American Express. Filed by Fawwaz F. Beyha. (Attachments: # 1 Proposed Order # 2 Exhibit A - copy of P.O.C. # 3 Exhibit B - copy of P.O.C. # 4 Service List)(MCNEIL, RONALD) (Entered: 10/26/2014) |
| 10/26/2014 | 🔘377 | Objection to Claim Number 36 by Claimant, Leon Jones. Filed by Fawwaz F. Beyha. (Attachments: # 1 Proposed Order # 2 Exhibit A - copy of P.O.C. # 3 Service List)(MCNEIL, RONALD) (Entered: 10/27/2014) |
| 10/27/2014 | 🔘378 | Notice of Objection to claim *# 15 and 30 by Claimant, American Express,* Filed by Fawwaz F. Beyha (related document(s)376). Hearing scheduled 11/19/2014 at 01:30 PM at nix4 - Courtroom #4. (MCNEIL, RONALD) (Entered: 10/27/2014) |
| 10/27/2014 | 🔘379 | Notice of Objection to claim *# 36 by Claimant, Leon Jones,* Filed by Fawwaz F. Beyha (related document(s)377). Hearing scheduled 11/19/2014 at 01:30 PM at nix4 - Courtroom #4. (MCNEIL, RONALD) (Entered: 10/27/2014) |
| 11/04/2014 | 🔘380 | Objection to Confirmation of Plan *to Debtor's Chapter 13* Filed by Deutsche Bank National Trust Company. (Attachments: # 1 Proposed Order # 2 Exhibit A, Proof of Claim # 3 Exhibit B, Chapter 13 Plan # 4 Certificate of Service)(HANYON, MARIO) (Entered: 11/04/2014) |
| 11/05/2014 | 🔘381 | Hearing Continued on 355 Motion for Relief from Stay *re: 1614 S. 5th Street, Philadelphia, PA 19148 filed by Creditor U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CMLTI 2005-7. Hearing scheduled 11/19/2014 at 01:30 PM at nix4 - Courtroom #4. (G., Jeanette) (Entered: 11/06/2014)* |
| 11/06/2014 | 🔘382 | Monthly Operating Report for Filing Period September/2014 Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 11/06/2014) |
| 11/07/2014 | 🔘383 | Response to Objection to Claim filed by Debtor Fawwaz F. Beyha Filed by Parke Bank (related document(s)374). (Attachments: # 1 Proposed Order) (BERGER, PHILLIP) (Entered: 11/07/2014) |
| 11/10/2014 | 🔘384 | Report of Plan Voting Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 11/10/2014) |
| 11/10/2014 | 🔘385 | Response to Motion to Convert Case to Chapter 7 filed by U.S. Trustee United States Trustee, Motion to Dismiss Case for Other Filed by Fawwaz F. Beyha (related document(s)367). (Attachments: # 1 Proposed Order # 2 Service List) (MCNEIL, RONALD) (Entered: 11/10/2014) |

| | | |
|---|---|---|
| 11/12/2014 | 🔵386 | Hearing Continued on Confirmation Hearing scheduled 11/19/2014 at 01:30 PM at nix4 - Courtroom #4. (G., Jeanette) (Entered: 11/13/2014) |
| 11/12/2014 | 🔵387 | Hearing Continued on 367 Motion to Convert Case to Chapter 7 . Fee Amount $0.00, or in the alternative Motion to Dismiss Case. Inability to confirm a Plan of Reorganization filed by U.S. Trustee United States Trustee. Hearing scheduled 11/19/2014 at 01:30 PM at nix4 - Courtroom #4. (G., Jeanette) (Entered: 11/13/2014) |
| 11/18/2014 | 🔵388 | Certificate of Service *of Debtor's Request for Production of Documents, regarding Objection to Claim # 6,* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha (related document (s)370). (MCNEIL, RONALD) (Entered: 11/18/2014) |
| 11/18/2014 | 🔵389 | Certificate of Service *of Debtor's Request for Production of Documents, regarding Objection to Claim # 14,* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha (related document (s)374. (MCNEIL, RONALD) (Entered: 11/18/2014) |
| 11/19/2014 | 🔵390 | Response to Objection to Claim filed by Debtor Fawwaz F. Beyha Filed by Leon Jones (related document(s)377). (Attachments: # 1 Certification of Service) (VAN STEENBURGH, BEN) (Entered: 11/19/2014) |
| 11/19/2014 | 🔵391 | Hearing Held on Confirmation. Order to be submitted. (G., Jeanette) (Entered: 11/20/2014) |
| 11/19/2014 | 🔵392 | Hearing Held on 377 Objection to Claim Number 36 by Claimant, Leon Jones. filed by Debtor Fawwaz F. Beyha (related document(s),377). (G., Jeanette) (Entered: 11/20/2014) |
| 11/19/2014 | 🔵393 | Hearing Held on 367 Motion to Convert Case to Chapter 7 . Fee Amount $0.00, or in the alternative Motion to Dismiss Case. Inability to confirm a Plan of Reorganization filed by U.S. Trustee United States Trustee (related document(s),367). (G., Jeanette) (Entered: 11/20/2014) |
| 11/19/2014 | 🔵394 | Hearing Held on 370 Objection to Claim Number 6 by Claimant, Bank of America, N.A. filed by Debtor Fawwaz F. Beyha (related document(s),370). Order entered (G., Jeanette) (Entered: 11/20/2014) |
| 11/19/2014 | 🔵395 | Hearing Held on 372 Objection to Claim Number 11,12,13 by Claimant, Portfolio Recovery Associates, LLC, f/k/a, LVNV Funding, LLC, f/k/a, JPMorgan Chase & Co. filed by Debtor Fawwaz F. Beyha (related document(s),372). Order entered (G., Jeanette) (Entered: 11/20/2014) |
| 11/19/2014 | 🔵396 | Hearing Held on 374 Objection to Claim Number 14 by Claimant, Parke Bank filed by Debtor Fawwaz F. Beyha (related document(s),374). Order entered (G., Jeanette) (Entered: 11/20/2014) |
| 11/19/2014 | 🔵397 | Hearing Held on 376 Objection to Claim Number 15,30 by Claimant, American Express filed by Debtor Fawwaz F. Beyha (related document(s),376). Order entered (G., Jeanette) (Entered: 11/20/2014) |
| 11/19/2014 | 🔵398 | Hearing Continued on 355 Motion for Relief from Stay *re: 1614 S. 5th Street, Philadelphia, PA 19148 filed by Creditor U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CMLTI 2005-7. Hearing scheduled 12/10/2014 at 01:30 PM at nix4 - Courtroom #4. (G., Jeanette) (Entered: 11/20/2014)* |
| 11/19/2014 | 🔵399 | Order Re: Objection to Claim filed by Debtor Fawwaz F. Beyha (related document(s)376). Debtor's objection to the Proof of claim of American Express. Claim #30 is duplicative of claim #15 and is disallowed, and claim #15 is allowed as an unsecured non priority claim $4898.27 (G., Jeanette) (Entered: 11/20/2014) |
| 11/19/2014 | 🔵400 | Order Re: Objection to Claim filed by Debtor Fawwaz F. Beyha (related document(s)374). Proof of Claim of Parke Bank (Claim #14) is Disallowed (G., Jeanette) (Entered: 11/20/2014) |
| 11/19/2014 | 🔵401 | Order Re: 372Objection to Claim Number 11,12,13 by Claimant, Portfolio Recovery Associates, LLC, f/k/a, LVNV Funding, LLC, f/k/a, JPMorgan Chase & Co. Filed by Fawwaz |

| | | |
|---|---|---|
| | | F. Beyha. Claim Collectively allowed as an unsecured, nonpriority claim, in the amount of $8591.31(G., Jeanette) (Entered: 11/20/2014) |
| 11/19/2014 | 402 | Order Re: Objection to Claim Number 6 by Claimant, Bank of America, N.A. Filed by Fawwaz F. Beyha. (related document(s)370). Disallowed (G., Jeanette) (Entered: 11/20/2014) |
| 11/19/2014 | 403 | Order Re: Objection to Claim Number 36 by Claimant, Leon Jones. Filed by Fawwaz F. Beyha (related document(s)377). Claim is DISALLOWED (G., Jeanette) (Entered: 11/20/2014) |
| 11/22/2014 | 404 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 399)). No. of Notices: 10. Notice Date 11/22/2014. (Admin.) (Entered: 11/23/2014) |
| 11/22/2014 | 405 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 400)). No. of Notices: 10. Notice Date 11/22/2014. (Admin.) (Entered: 11/23/2014) |
| 11/22/2014 | 406 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 401)). No. of Notices: 10. Notice Date 11/22/2014. (Admin.) (Entered: 11/23/2014) |
| 11/22/2014 | 407 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 402)). No. of Notices: 10. Notice Date 11/22/2014. (Admin.) (Entered: 11/23/2014) |
| 11/22/2014 | 408 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 403)). No. of Notices: 10. Notice Date 11/22/2014. (Admin.) (Entered: 11/23/2014) |
| 11/24/2014 | 409 | Proposed Order Re: *Amended Chapter 11 Plan ( Debtor's Eighth Modified Chapter 11 Plan )* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha (related document(s)347). (MCNEIL, RONALD) (Entered: 11/24/2014) |
| 12/03/2014 | 410 | Order Confirming Chapter 11 Plan. (G., Jeanette) Additional attachment(s) added on 12/4/2014 (G., Jeanette). (Entered: 12/04/2014) |
| 12/06/2014 | 411 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 410)). No. of Notices: 10. Notice Date 12/06/2014. (Admin.) (Entered: 12/07/2014) |
| 12/09/2014 | 412 | Praecipe to Withdraw *Motion for Relief* Filed by JILL MANUEL-COUGHLIN on behalf of U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CMLTI 2005-7 (related document(s) 398 , 355, 356). (MANUEL-COUGHLIN, JILL) (Entered: 12/09/2014) |
| 12/10/2014 | 413 | Hearing Held on 355 Motion for Relief from Stay *re: 1614 S. 5th Street, Philadelphia, PA 19148 filed by Creditor U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CMLTI 2005-7 (related document(s)355). Motion Moot . Plan Confirmed (G., Jeanette) (Entered: 12/10/2014)* |
| 12/11/2014 | 414 | Notice of Appearance and Request for Notice by SHERRI J. BRAUNSTEIN Filed by SHERRI J. BRAUNSTEIN on behalf of HSBC Bank USA, National Association, as Indenture Trustee. (BRAUNSTEIN, SHERRI) (Entered: 12/11/2014) |
| 12/17/2014 | 415 | Monthly Operating Report for Filing Period October/2014 Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 12/17/2014) |
| 12/17/2014 | 416 | Monthly Operating Report for Filing Period November/2014 Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 12/17/2014) |
| 01/29/2015 | 417 | Application for Compensation for RONALD G. MCNEIL, Debtor's Attorney, Period: 9/26/2011 to 1/29/2015, Fee: $5,000.00, Expenses: $60.00. Filed by RONALD G. MCNEIL Represented by Self(Counsel). (Attachments: # 1 Proposed Order # 2 ( Notice of Filing ) # 3 Service List) (MCNEIL, RONALD) (Entered: 01/29/2015) |
| 02/24/2015 | 418 | Monthly Operating Report for Filing Period December/2014 Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 02/24/2015) |

| | | |
|---|---|---|
| 03/03/2015 | 🔘419 | Certificate of No Response to *Debtor's Attorney Application for Compensation* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha (related document(s)417). (MCNEIL, RONALD) (Entered: 03/03/2015) |
| 03/04/2015 | 🔘420 | Order Granting Application For Compensation (Related Doc # 417) Granting for RONALD G. MCNEIL, fees awarded: $5000.00, expenses awarded: $60.00 (G., Jeanette) (Entered: 03/06/2015) |
| 03/08/2015 | 🔘421 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 420)). No. of Notices: 10. Notice Date 03/08/2015. (Admin.) (Entered: 03/09/2015) |
| 04/08/2015 | 🔘422 | Withdrawal of Appearance of James Christopher Vandermark and entry of appearance of Megan N Harper Filed by JAMES CHRISTOPHER VANDERMARK, MEGAN N. HARPER on behalf of City of Philadelphia. (HARPER, MEGAN) (Entered: 04/08/2015) |
| 04/19/2015 | 🔘423 | Report on Postconfirmation Distribution for the month of 1st Quarter/2015 Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 04/19/2015) |
| 07/15/2015 | 🔘424 | Motion for Relief from Stay *re: 1900 South 19th Street, Philadelphia, PA 19145*. Fee Amount $176.00, Filed by Ocwen Loan Servicing, LLC Represented by JOHN ERIC KISHBAUGH (Counsel). Objections due by 7/29/2015. (Attachments: # 1 Declaration # 2 Exhibit # 3 Loan Documents # 4 Loan Document # 5 Proposed Order # 6 certificate of service) (KISHBAUGH, JOHN) (Entered: 07/15/2015) |
| 07/15/2015 | 🔘425 | Notice of (related document(s): 424 Motion for Relief from Stay *re: 1900 South 19th Street, Philadelphia, PA 19145*. Fee Amount $176.00,) Filed by Ocwen Loan Servicing, LLC. Hearing scheduled 8/12/2015 at 01:30 PM at nix4 - Courtroom #4. (KISHBAUGH, JOHN) (Entered: 07/15/2015) |
| 07/15/2015 | | Receipt of Motion for Relief From Stay(11-18010-sr) [motion,mrlfsty] ( 176.00) Filing Fee. Receipt number 16395679. Fee Amount $ 176.00. (re: Doc# 424) (U.S. Treasury) (Entered: 07/15/2015) |
| 07/17/2015 | 🔘426 | Report on Postconfirmation Distribution for the month of 2nd Quarter/2015 Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 07/17/2015) |
| 07/26/2015 | 🔘427 | Support Document *( bank statements for Post-Confirmation Report )* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha (related document(s)426). (MCNEIL, RONALD) (Entered: 07/26/2015) |
| 07/28/2015 | 🔘428 | Response to Motion for Relief From Stay filed by Creditor Ocwen Loan Servicing, LLC Filed by Fawwaz F. Beyha (related document(s)424). (Attachments: # 1 Proposed Order # 2 Service List) (MCNEIL, RONALD) (Entered: 07/28/2015) |
| 08/12/2015 | 🔘429 | Hearing Continued on 424 Motion for Relief from Stay *re: 1900 South 19th Street, Philadelphia, PA 19145, Filed by Ocwen Loan Servicing, LLC Represented by JOHN ERIC KISHBAUGH (Counsel). Hearing scheduled 9/9/2015 at 10:00 AM at nix4 - Courtroom #4. (L., Linda) (Entered: 08/13/2015)* |
| 09/09/2015 | 🔘430 | Hearing Continued on 424 Motion for Relief from Stay *re: 1900 South 19th Street, Philadelphia, PA 19145 filed by Creditor Ocwen Loan Servicing, LLC. Hearing scheduled 10/7/2015 at 01:30 PM at nix4 - Courtroom #4. (G., Jeanette) (Entered: 09/10/2015)* |
| 10/06/2015 | 🔘431 | Praecipe to Withdraw *MOTION FOR RELIEF FROM AUTOMATIC STAY* Filed by JOHN ERIC KISHBAUGH on behalf of Ocwen Loan Servicing, LLC (related document(s)424, 425). (Attachments: # 1 certificate of service) (KISHBAUGH, JOHN) (Entered: 10/06/2015) |
| 10/07/2015 | 🔘432 | Hearing Held on 424 Motion for Relief from Stay *re: 1900 South 19th Street, Philadelphia, PA 19145 filed by Creditor Ocwen Loan Servicing, LLC (related document(s),424). Motion withdrawn (G., Jeanette) (Entered: 10/08/2015)* |
| 10/18/2015 | 🔘433 | |

| | | Report on Postconfirmation Distribution for the month of 3rd Quarter/2015 Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 10/18/2015) |
|---|---|---|
| 12/08/2015 | 434 | Notice of Appearance and Request for Notice Filed by NATIONSTAR MORTGAGE LLC. (Cahill, Jonathan) (Entered: 12/08/2015) |
| 12/14/2015 | 435 | Order to Show Cause Why A Final Decree Should Not Be Entered. Hearing scheduled 1/13/2016 at 01:30 PM at nix4 - Courtroom #4. (G., Jeanette) (Entered: 12/14/2015) |
| 12/16/2015 | 436 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 435)). No. of Notices: 1. Notice Date 12/16/2015. (Admin.) (Entered: 12/17/2015) |
| 12/17/2015 | 437 | Transfer of Claim Transfer Agreement 3001 (e) 2 Transferor: Ocwen Loan Servicing, LLC (Claim No. 9) To Nationstar Mortgage, LLC. Fee Amount $25 Filed by NATIONSTAR MORTGAGE LLC. (Koza, Megan) (Entered: 12/17/2015) |
| 12/17/2015 | | Receipt of Transfer of Claim(11-18010-sr) [claims,trclm] ( 25.00) Filing Fee. Receipt number 16950817. Fee Amount $ 25.00. (re: Doc# 437) (U.S. Treasury) (Entered: 12/17/2015) |
| 12/23/2015 | 438 | BNC Certificate of Mailing - Transfer of Claim. Number of Notices Mailed: (related document(s) (Related Doc # 437)). No. of Notices: 1. Notice Date 12/23/2015. (Admin.) (Entered: 12/24/2015) |
| 01/08/2016 | 439 | Objection to Order to Show Cause Filed by Fawwaz F. Beyha (related document(s)435). (Attachments: # 1 Service List) (CONWAY, GEORGE) (Entered: 01/08/2016) |
| 01/13/2016 | 440 | Hearing Continued on 439 Objection to Order to Show Cause filed by Debtor Fawwaz F. Beyha. Hearing scheduled 1/27/2016 at 01:30 PM at nix4 - Courtroom #4. (G., Jeanette) (Entered: 01/14/2016) |
| 01/27/2016 | 441 | Hearing Continued on 439 Objection to Order to Show Cause Filed by Fawwaz F. Beyha (related document(s)435). Hearing scheduled 3/9/2016 at 01:30 PM at nix4 - Courtroom #4. (L., Linda) (Entered: 01/29/2016) |
| 01/31/2016 | 442 | Report on Postconfirmation Distribution for the month of 4th Quarter 2015 Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 01/31/2016) |
| 03/09/2016 | 443 | Hearing Continued on 439 Objection to Order to Show Cause filed by Debtor Fawwaz F. Beyha. Hearing scheduled 4/20/2016 at 01:30 PM at nix4 - Courtroom #4. (G., Jeanette) (Entered: 03/10/2016) |
| 04/05/2016 | 444 | Motion for Relief from Stay RE: Property Address 1614 South 5th Street, Philadelphia, PA 19148. Fee Amount $176.00, Filed by U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CMLTI 2005-7 Represented by MARIO J. HANYON (Counsel). Objections due by 4/22/2016. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Exhibit A, Mortgage Loan Documents) (HANYON, MARIO) (Entered: 04/05/2016) |
| 04/05/2016 | 445 | Notice of (related document(s): 444 Motion for Relief from Stay RE: Property Address 1614 South 5th Street, Philadelphia, PA 19148. Fee Amount $176.00,) with response deadline and hearing date Filed by U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CMLTI 2005-7. Hearing scheduled 5/4/2016 at 01:30 PM at nix4 - Courtroom #4. (HANYON, MARIO) (Entered: 04/05/2016) |
| 04/07/2016 | | Receipt of Motion for Relief From Stay(11-18010-sr) [motion,mrlfsty] ( 176.00) Filing Fee. Receipt number 17292645. Fee Amount $ 176.00. (re: Doc# 444) (U.S. Treasury) (Entered: 04/07/2016) |
| 04/15/2016 | 446 | Response to Motion for Relief From Stay filed by Creditor U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CMLTI 2005-7 Filed by Fawwaz F. Beyha (related document(s)444). (Attachments: # 1 Proposed Order # 2 Service List) (MCNEIL, RONALD) (Entered: 04/15/2016) |

| | | |
|---|---|---|
| 04/20/2016 | 🔘447 | Hearing Continued on 439 Objection to Order to Show Cause filed by Debtor Fawwaz F. Beyha. Hearing scheduled 5/25/2016 at 01:30 PM at nix4 - Courtroom #4. (G., Jeanette) (Entered: 04/21/2016) |
| 04/30/2016 | 🔘448 | Report on Postconfirmation Distribution for the month of 1st Quarter/2016 Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 04/30/2016) |
| 05/04/2016 | 🔘449 | Hearing Continued on 444 Motion for Relief from Stay *RE: Property Address 1614 South 5th Street, Philadelphia, PA 19148 filed by Creditor U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CMLTI 2005-7. Hearing scheduled 6/8/2016 at 01:30 PM at nix4 - Courtroom #4. (G., Jeanette) (Entered: 05/05/2016)* |
| 05/19/2016 | 🔘450 | Motion to Compel *Acceptance of Payment* Filed by Fawwaz F. Beyha Represented by RONALD G. MCNEIL (Counsel). (Attachments: # 1 Proposed Order # 2 Exhibit A - attempted payments # 3 Service List) (MCNEIL, RONALD) (Entered: 05/19/2016) |
| 05/19/2016 | 🔘451 | Notice of (related document(s): 450 Motion to Compel *Acceptance of Payment*) Filed by Fawwaz F. Beyha. Hearing scheduled 6/15/2016 at 01:30 PM at nix4 - Courtroom #4. (MCNEIL, RONALD) (Entered: 05/19/2016) |
| 05/23/2016 | 🔘452 | Amended Certificate of Service *of Debtor's Motion to Compel Acceptance of Payment* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha (related document(s)450). (MCNEIL, RONALD) (Entered: 05/23/2016) |
| 05/25/2016 | 🔘453 | Hearing Continued on 439 Objection to Order to Show Cause filed by Debtor Fawwaz F. Beyha. Hearing scheduled 6/8/2016 at 01:30 PM at nix4 - Courtroom #4. (G., Jeanette) (Entered: 05/26/2016) |
| 06/07/2016 | 🔘454 | Debtor Education Financial Management Course Certificate Filed for Debtor. Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 06/07/2016) |
| 06/07/2016 | 🔘455 | Support Document ( *Certification of Completion* ) Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha (related document(s)454). (MCNEIL, RONALD) (Entered: 06/07/2016) |
| 06/07/2016 | 🔘456 | Support Document ( *Pre-Discharge Certification* ) Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha (related document(s)454). (MCNEIL, RONALD) (Entered: 06/07/2016) |
| 06/07/2016 | 🔘457 | Chapter 13 Debtor's Certifications regarding Domestic Support Obligations and Section 522(q) Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 06/07/2016) |
| 06/07/2016 | 🔘458 | Report on Postconfirmation Distribution for the month of ( Final Report ) Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 06/07/2016) |
| 06/08/2016 | 🔘459 | Hearing Held on 439 Objection to Order to Show Cause filed by Debtor Fawwaz F. Beyha (related document(s),439). Motion moot (G., Jeanette) (Entered: 06/09/2016) |
| 06/08/2016 | 🔘463 | Hearing NOT Held on 444 Motion for Relief from Stay *RE: Property Address 1614 South 5th Street, Philadelphia, PA 19148.* Fee Amount $176.00, Filed by U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CMLTI 2005-7 Represented by MARIO J. HANYON (Counsel). Objections due by 4/22/2016. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Exhibit A, Mortgage Loan Documents) filed by Creditor U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CMLTI 2005-7 (related document(s),444). MOTION MOOT, FINAL DECREE ENTERED. (D., Nancy) (Entered: 06/24/2016) |
| 06/14/2016 | 🔘460 | Final Decree. (G., Jeanette) (Entered: 06/15/2016) |
| 06/15/2016 | 🔘461 | Hearing Held on 450 Motion to Compel *Acceptance of Payment* Filed by Fawwaz F. Beyha Represented by RONALD G. MCNEIL (Counsel). (related document(s),450). Motion Withdrawn. (K., Marie) (Entered: 06/16/2016) |

| 06/17/2016 | 🔘462 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 460)). No. of Notices: 64. Notice Date 06/17/2016. (Admin.) (Entered: 06/18/2016) |
| 07/21/2016 | 🔘464 | Notice of Appearance and Request for Notice by CELINE P. DERKRIKORIAN Filed by CELINE P. DERKRIKORIAN on behalf of JPMORGAN CHASE BANK, NATIONAL ASSOCIATION. (Attachments: # 1 Certificate of Service) (DERKRIKORIAN, CELINE) (Entered: 07/21/2016) |
| 10/26/2016 | 🔘 | Bankruptcy Case Terminated for Statistical Purposes. (G., Jeanette) (Entered: 10/26/2016) |
| 06/08/2018 | 🔘465 | Motion to Reopen Chapter 11 Case . Fee Amount $1167.00 Filed by Fawwaz F. Beyha Represented by RONALD G. MCNEIL (Counsel). (Attachments: # 1 Proposed Order # 2 Service List) (MCNEIL, RONALD) (Entered: 06/08/2018) |
| 06/08/2018 | 🔘466 | Notice of (related document(s): 465 Motion to Reopen Chapter 11 Case . Fee Amount $1167.00) Filed by Fawwaz F. Beyha. Hearing scheduled 6/27/2018 at 09:30 AM at nix3 - Courtroom #3. (MCNEIL, RONALD) (Entered: 06/08/2018) |
| 06/08/2018 | | Receipt of Motion to Reopen Case(11-18010-sr) [motion,mreop] (1167.00) Filing Fee. Receipt number 20258035. Fee Amount $1167.00. (re: Doc# 465) (U.S. Treasury) (Entered: 06/08/2018) |
| 06/24/2018 | 🔘467 | Report on Postconfirmation Distribution for the month of Final Report Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 06/24/2018) |
| 06/26/2018 | 🔘468 | NOTICE is hereby given that:1.This matter is reassigned to the calendar of the Honorable Jean K. FitzSimon from the calendar of the Honorable Stephen Raslavich. (related document(s)465) (G., Jennifer) (Entered: 06/26/2018) |
| 06/26/2018 | 🔘469 | Certificate of No Response to *Debtor's Motion to Reopen Chapter 11 Case* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha (related document(s)465). (MCNEIL, RONALD) (Entered: 06/26/2018) |
| 06/27/2018 | 🔘470 | Proposed Order Re: *Debtor's Motion to Reopen Chapter 11 Case* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha (related document(s)465). (MCNEIL, RONALD) (Entered: 06/27/2018) |
| 06/27/2018 | 🔘471 | Hearing Held on 465 Motion to Reopen Chapter 11 Case . Fee Amount $1167.00 Filed by Fawwaz F. Beyha Represented by RONALD G. MCNEIL (Counsel). (Attachments: # 1 Proposed Order # 2 Service List) filed by Debtor Fawwaz F. Beyha (related document(s),465). Revised order to be submitted. (D., Stacey) (Entered: 06/28/2018) |
| 06/28/2018 | 🔘472 | Praecipe *to Accept Proposed Order (related document 465)* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. (MCNEIL, RONALD) (Entered: 06/28/2018) |
| 06/28/2018 | 🔘473 | **ORDERED** that Debtor's Motion to Reopen is **GRANTED**; Debtor is granted a Discharge as otherwise provided in § 1141(d)(5) of the Code; and upon entry on the docket of this Discharge Order, the Bankruptcy Court's Clerk shall immediately close this case. (Related Doc # 465) (S., Antoinette) (Entered: 06/28/2018) |
| 06/28/2018 | 🔘474 | **ORDER:** It is hereby **ORDERED** that Debtor shall pay the attached Money Orders into the Court Registry as Unclaimed Funds. (related document(s)472). (S., Antoinette) (Entered: 06/28/2018) |
| 06/28/2018 | 🔘475 | Order Discharging Debtor. (S., Antoinette) (Entered: 06/28/2018) |
| 06/28/2018 | 🔘476 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 468)). No. of Notices: 62. Notice Date 06/28/2018. (Admin.) (Entered: 06/29/2018) |
| 06/29/2018 | 🔘 | Received Unclaimed Funds - Receipt Number 251226, Fee Amount $138.33 for Verizon. (C., Jacqueline) (Entered: 07/02/2018) |

| 06/29/2018 | ● | Received Unclaimed Funds - Receipt Number 251227, Fee Amount $287.40 for Afni, Inc. (C., Jacqueline) (Entered: 07/02/2018) |
| 06/29/2018 | ● | Received Unclaimed Funds - Receipt Number 251228, Fee Amount $1,000.00 for InSovle Recovery. (C., Jacqueline) (Entered: 07/02/2018) |
| 06/29/2018 | ● | Received Unclaimed Funds - Receipt Number 251229, Fee Amount $63.72 for InSovle Recovery. (C., Jacqueline) (Entered: 07/02/2018) |
| 06/30/2018 | ●477 | BNC Certificate of Mailing. (related document(s) (Related Doc # 475)). No. of Notices: 41. Notice Date 06/30/2018. (Admin.) (Entered: 07/01/2018) |
| 06/30/2018 | ●478 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 473)). No. of Notices: 62. Notice Date 06/30/2018. (Admin.) (Entered: 07/01/2018) |
| 06/30/2018 | ●479 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 474)). No. of Notices: 1. Notice Date 06/30/2018. (Admin.) (Entered: 07/01/2018) |
| 07/02/2018 | ● | Bankruptcy Case Terminated for Statistical Purposes. (S., Antoinette) (Entered: 07/02/2018) |
| 02/08/2019 | ●480 | Motion to Reopen Chapter 11 Case . Fee Amount $1167.00 Filed by Fawwaz F. Beyha Represented by RONALD G. MCNEIL (Counsel). (Attachments: # 1 Proposed Order # 2 Exhibit A - copy of Creditor's Demand letter # 3 Exhibit B - proposed Adversary Complaint # 4 Service List) (MCNEIL, RONALD) (Entered: 02/08/2019) |
| 02/08/2019 | ●481 | Notice of (related document(s): 480 Motion to Reopen Chapter 11 Case . Fee Amount $1167.00) Filed by Fawwaz F. Beyha. Hearing scheduled 3/6/2019 at 12:30 PM at nix3 - Courtroom #3. (MCNEIL, RONALD) (Entered: 02/08/2019) |
| 02/19/2019 | | Fee Not Applicable, Reopening to File Adversary Complaint. (re: Doc480) (G.) Modified on 2/19/2019 (G., Jennifer). (Entered: 02/19/2019) |
| 02/22/2019 | ●482 | Objection to Motion to Reopen Case filed by Debtor Fawwaz F. Beyha Filed by Lava Funding, LLC (related document(s)480). (Attachments: # 1 Response in Opposition to Motion # 2 Exhibit Exhibit A # 3 Proposed Order # 4 Cert of Service) (KERRIGAN, JOSEPH) (Entered: 02/22/2019) |
| 03/01/2019 | ●483 | Exhibit *C - Debtor's Affidavit in Support* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha (related document(s)480). (MCNEIL, RONALD) (Entered: 03/01/2019) |
| 03/01/2019 | ●484 | **Duplicate entry using the correct event**Affidavit In Support Motion to Reopen Chapter 11 Case Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha (related document(s)480). (G., Jeanette) (Entered: 03/04/2019) |
| 03/06/2019 | ●485 | Amended Document ( *Debtor's Amended Affidavit In Support Motion to Reopen Chapter 11 Case* ) Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha (related document(s) 484). (MCNEIL, RONALD) (Entered: 03/06/2019) |
| 03/06/2019 | ●486 | Hearing Continued on 480 Motion to Reopen Chapter 11 Case filed by Debtor Fawwaz F. Beyha. Hearing scheduled 5/29/2019 at 2:00 PM at nix3 - Courtroom #3. (G., Jeanette) Modified on 5/13/2019 (R., Joan). (Entered: 03/07/2019) |
| 05/13/2019 | ● | Corrective Entry re: Hearing Continued on 480 Motion to Reopen Chapter 11 Case filed by Debtor Fawwaz F. Beyha. Hearing scheduled 5/29/2019 at 2:00 PM at nix3 - Courtroom #3. (related document(s) 486 ). (R., Joan) (Entered: 05/13/2019) |
| 05/29/2019 | ●487 | Hearing not Held on 480 Motion to Reopen Chapter 11 Case . Fee Amount $1167.00 Filed by Fawwaz F. Beyha Represented by RONALD G. MCNEIL (Counsel). Motion to be withdrawn. (related document(s),480). (R., Joan) (Entered: 05/29/2019) |
| 05/29/2019 | ●488 | |

| | | |
|---|---|---|
| | | Praecipe to Withdraw *Debtor's Motion to Reopen Chapter 11 Case* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha (related document(s)480). (MCNEIL, RONALD) (Entered: 05/29/2019) |
| 05/29/2019 | 489 | Status hearing not Held on Motion to reopen chapter 11 case Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. Motion to be withdrawn (G., Jeanette) (Entered: 05/30/2019) |
| 10/11/2019 | 490 | Motion to Reopen Chapter 11 Case *( based upon an alleged violation of the Discharge )*. Fee Amount $1167.00 Filed by Fawwaz F. Beyha Represented by RONALD G. MCNEIL (Counsel). (Attachments: # 1 Proposed Order # 2 Exhibit A - Affidavit in Support # 3 Exhibit B - proposed Adversary Complaint # 4 Service List) (MCNEIL, RONALD) (Entered: 10/11/2019) |
| 10/11/2019 | 491 | Notice of (related document(s): 490 Motion to Reopen Chapter 11 Case *( based upon an alleged violation of the Discharge )*. Fee Amount $1167.00) Filed by Fawwaz F. Beyha. Hearing scheduled 11/13/2019 at 12:30 PM at nix3 - Courtroom #3. (MCNEIL, RONALD) (Entered: 10/11/2019) |
| 10/24/2019 | | Fee Not Applicable. Attorney is reopening the case to file an adversary complaint. (re: Doc490) (S.) Modified on 10/24/2019 (S., Antoinette). (Entered: 10/24/2019) |
| 10/29/2019 | 492 | Received Notice of Appearance and Demand For Service of Papers Filed by MARK C. CLEMM on behalf of Conestoga Title Insurance Company . (G., Jeanette) (Entered: 10/29/2019) |
| 10/29/2019 | 493 | Received Answer Of Conestoga Title Insurance Company To Debtor's Motion To Reopen Case Filed by MARK C. CLEMM on behalf of Conestoga Title Insurance Company (related document(s)490). (G., Jeanette) (Entered: 10/29/2019) |
| 10/29/2019 | 494 | Order entered that the Notice of Appearance and The Answer to Debtor's Motion to Reopen Case shall be stricken from the record within fourteen days from the date of this order unless the document is submitted in compliance with the Standing Orders of this Court (related document(s) 492 , 493 ). Compliance due by 11/12/2019. (G., Jeanette) (Entered: 10/29/2019) |
| 10/31/2019 | 495 | BNC Certificate of Mailing - Order of Noncompliance. Number of Notices Mailed: (related document(s) (Related Doc # 494)). No. of Notices: 12. Notice Date 10/31/2019. (Admin.) (Entered: 11/01/2019) |
| 11/01/2019 | 496 | Notice of Appearance and Request for Notice by MARK C. CLEMM Filed by MARK C. CLEMM on behalf of Conestoga Title Insurance Company. (CLEMM, MARK) (Entered: 11/01/2019) |
| 11/01/2019 | 497 | Objection to Motion to Reopen Case filed by Debtor Fawwaz F. Beyha Filed by Conestoga Title Insurance Company (related document(s)490). (Attachments: # 1 Proposed Order # 2 Exhibit A # 3 Exhibit B # 4 Service List) (CLEMM, MARK) (Entered: 11/01/2019) |
| 11/01/2019 | 498 | Notice of Appearance and Request for Notice by KATIE M. CLEMM Filed by KATIE M. CLEMM on behalf of Conestoga Title Insurance Company. (Attachments: # 1 Service List) (CLEMM, KATIE) (Entered: 11/01/2019) |
| 11/12/2019 | 499 | Supplemental Objection to Motion to Reopen Case filed by Debtor Fawwaz F. Beyha *(Brief)* Filed by Conestoga Title Insurance Company (related document(s)490). (CLEMM, KATIE) (Entered: 11/12/2019) |
| 11/13/2019 | 500 | Certificate of Service *of Hearing Brief of Conestoga Title Insurance Company* Filed by KATIE M. CLEMM on behalf of Conestoga Title Insurance Company (related document(s)490). (CLEMM, KATIE) (Entered: 11/13/2019) |
| 11/13/2019 | 501 | Hearing Continued on 490 Motion to Reopen Chapter 11 Case *( based upon an alleged violation of the Discharge )*. Fee Amount $1167.00 Filed by Fawwaz F. Beyha Represented by RONALD G. MCNEIL (Counsel). Hearing scheduled 12/10/2019 at 02:00 PM at nix3 - Courtroom #3. (D., Virginia) (Entered: 11/15/2019) |

| | | |
|---|---|---|
| 12/05/2019 | 🔘502 | Memorandum in Support of *Debtor's Motion to Reopen Chapter 11 Case* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha (related document(s)490). (MCNEIL, RONALD) (Entered: 12/05/2019) |
| 12/10/2019 | 🔘503 | Hearing Continued on 490 Motion to Reopen Chapter 11 Case *( based upon an alleged violation of the Discharge )*. Fee Amount $1167.00 Filed by Fawwaz F. Beyha Represented by RONALD G. MCNEIL (Counsel). (Attachments: # 1 Proposed Order # 2 Exhibit A - Affidavit in Support # 3 Exhibit B - proposed Adversary Complaint # 4 Service List) filed by Debtor Fawwaz F. Beyha. Hearing scheduled 3/10/2020 at 02:00 PM at nix3 - Courtroom #3. (D., Tasha) (Entered: 12/12/2019) |
| 03/02/2020 | 🔘504 | Amended Memorandum in Support of *Debtor's Motion to Reopen Chapter 11 Case* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha (related document(s)490). (MCNEIL, RONALD) (Entered: 03/02/2020) |
| 03/04/2020 | 🔘505 | Amended Document *( Debtor's Amended Motion to Reopen Chapter 11 Case with Certificate of Service )* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha (related document(s)490). (MCNEIL, RONALD) . (Entered: 03/04/2020) |
| 03/04/2020 | 🔘506 | Memorandum Opinion (related document(s)490). (G., Jeanette) (Entered: 03/04/2020) |
| 03/04/2020 | 🔘507 | Order Granting Motion To Reopen Case (Related Doc # 490) (G., Jeanette) (Entered: 03/04/2020) |
| 03/04/2020 | 🔘508 | **Duplicate entry using the correct event** Amended Motion (related document(s): Motion to Reopen Chapter 11 Case *(based upon an alleged violation of the Discharge)* filed by Debtor Fawwaz F. Beyha) (related document(s)490) . (G., Jeanette) (Entered: 03/06/2020) |
| 03/06/2020 | 🔘509 | BNC Certificate of Mailing - PDF Document. (related document(s) Related Doc # 506)). No. of Notices: 11. Notice Date 03/06/2020. (Admin.) (Entered: 03/07/2020) |
| 03/06/2020 | 🔘510 | BNC Certificate of Mailing - PDF Document. (related document(s) Related Doc # 507)). No. of Notices: 11. Notice Date 03/06/2020. (Admin.) (Entered: 03/07/2020) |
| 03/10/2020 | 🔘511 | Hearing Held on 490Status Re: Motion to Reopen Chapter 11 Case ( based upon an alleged violation of the Discharge ) Filed by Fawwaz F. Beyha Represented by RONALD G. MCNEIL . Order entered 3/4/20 (G., Jeanette) (Entered: 03/12/2020) |
| 03/17/2020 | 🔘512 | Notice of Appeal to District Court. . Fee Amount $298.00 Filed by Conestoga Title Insurance Company (related document(s)507). Appellant Designation due by 03/31/2020. Transmission of record on appeal to District Court Due Date:04/14/2020. (CLEMM, KATIE) (Entered: 03/17/2020) |
| 03/17/2020 | | Receipt of Notice of Appeal(11-18010-jkf) [appeal,ntcapl] ( 298.00) Filing Fee. Receipt number 22285182. Fee Amount $ 298.00. (re: Doc# 512) (U.S. Treasury) (Entered: 03/17/2020) |
| 03/17/2020 | 🔘513 | **Incorrect attachment. See correct entry #514** Certificate of Service *of Notice of Appeal* Filed by KATIE M. CLEMM on behalf of Conestoga Title Insurance Company (related document(s)512). (CLEMM, KATIE) Modified on 3/18/2020 (B., John). (Entered: 03/17/2020) |
| 03/17/2020 | 🔘514 | Certificate of Service *of Notice of Appeal* Filed by KATIE M. CLEMM on behalf of Conestoga Title Insurance Company (related document(s)512). (CLEMM, KATIE) (Entered: 03/17/2020) |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                    :        **Chapter 11**

**Fawwaz Beyha**                          :

                        **Debtor**        :        **Case No. 11-18010 (JKF)**
_____

# <u>ORDER</u>

AND NOW, this 4th day of March, 2020, upon consideration of the Debtor's Motion

to Reopen, the Response of Conestoga Title Insurance Company thereto, and for the

reasons set forth in the foregoing Memorandum Opinion, it is hereby

ORDERED that the Motion is Granted.

BY THE COURT

_____

Dated:  March 4, 2020              Jean K. FitzSimon
                                    United States Bankruptcy Judge

1

Copies to:

Ronald G. McNeil, Esquire
McNeil Legal Services
1333 Race Street
Philadelphia, PA 19107-1585

Mark C. Clemm, Esquire
Clemm and Associates, LLC
488 Norristown Road
Suite 140
Blue Bell, PA 19422

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| **Fawwaz Beyha** | : | |
| **Debtor** | : | **Case No. 11-18010 (JKF)** |

_____

# <u>MEMORANDUM OPINION</u>

Before the Court is the Debtor's Motion to Reopen his bankruptcy case.

Conestoga Title Insurance Company (Conestoga) filed a Response in opposition to the

motion. For the reasons set forth below, the Motion will be granted.[1]

*Background*

Prior to bankruptcy the Debtor amassed a portfolio of investment properties. *See*

Sched. A. Among those properties is 1900 South 19th Street in Philadelphia (the 19th

Street property). *Id*. The Debtor purchased that property in 1997 with a mortgage loan

which would later be assigned to Springleaf Financial. Resp. ¶¶ 23-24

*Delta Loan and*
*Title Report*

In 2006 the Debtor sought financing from Delta Funding. *Id*. ¶ 25. As collateral for

a loan, the Debtor pledged the 19th Street property. *Id*. In addition to the mortgage itself,

Delta obtained title insurance from Conestoga as to that property.[2] In preparing the title

---

[1] As the instant proceeding concerns the scope of the discharge injunction arising from §§ 524 and 1141 of the Code, it is a core proceeding under 28 U.S.C. §§ 157(b)(2)(A), (O).

[2] Presumably, this would have been what is known in the industry as a "lender's policy." As a condition to providing refinancing, the lender would have required proof of clear title in order to protect its investment. *See Markocki v. Old Republic Nat. Title Insur. Co*., 254 F.R.D. 242, 245 (E.D.Pa. 2008) class decertified 2015 WL 3421401 (E.D.Pa. May 27, 2015) (discussing aspects of title insurance associated with refinancing)

report on the 19th Street Property, the abstractor failed to identify the Springleaf lien. *Id.* ¶ 26. Whether this was ever made known to Delta is unclear. What is certain, however, is that Delta made the loan. Sometime thereafter it was assigned to Ocwen Loan Servicing. *Id.* ¶ 29.

*Bankruptcy*

In October 2011 the Debtor commenced this case under Chapter 13 of the Bankruptcy Code. Both Ocwen and Springleaf filed secured Proofs of Claim. *See* Claims Docket. While both claims asserted that the 19th Street property secured their loans, neither indicated that their lien was in any place other than first position. This discrepancy must have come to the Debtor's attention because in January 2012 he filed an adversary proceeding against both Ocwen and Springleaf.[3] That action sought to determine the validity and extent of the two liens. It would be dismissed, however, after the Debtor converted his case to a Chapter 11 proceeding.[4] In June 2012 the Debtor Amended his Schedule D to reflect the following lien positions as to the 19th Street Property and in this order of priority:

1. Springleaf

2. Ocwen

3. Lava Funding

*See* Am. Schedule D.

---

[3]Adv. No. 12-0044

[4] In his Chapter 11 Plan, the Debtor would propose to modify the respective liens on the 19th Street property.

*Pertinent Events*
*Outside of Bankruptcy*

This is how things stood until September 2012. At that time, Conestoga learned

that it had failed to detect the prior Springleaf mortgage when it insured Delta's loan. In

order to provide Delta with first lien position on the 19th Street property, Conestoga paid

off the Springleaf loan and became assignee of that obligation. *See* Resp. ¶ 31, Ex. A,

Assignment of Mortgage. That, however, just substituted Conestoga for Springleaf as

the first lienholder: more was required to place Delta in first lien position. The

mechanism by which that was achieved was for Conestoga to unilaterally subordinate

its mortgage to Delta's.[5] *Id.* ¶ 32, Ex. B, Subordination of Mortgage. Importantly for

present purposes, there is no indication in the record that the Debtor was apprised of

these actions.

*The Plan is*
*Confirmed*

In December 2014, the Debtor confirmed his plan. The Plan was consummated,

the Debtor obtained a discharge in June 2016, and a Final Decree was entered that

same month.

*Motion to Reopen*

The Debtor now moves to reopen his case. A bankruptcy case may be reopened

in the court in which such case was closed "to administer assets, to *accord relief to the*

*debtor*, or for other cause." 11 U.S.C.A. § 350(b) (emphasis added). A case will be

reopened only where one of the three stated ground are found to exist. *In re Lee,* 356

B.R. 177, 180 (Bankr.N.D.W.Va.2006). The party moving to reopen a case has the

---

[5] It is unclear why Delta was named as the first lienholder as by that time it had already assigned its interest to Ocwen.

burden of proof. *In re Cloninger,* 209 B.R. 125, 126 (Bankr.E.D.Ark.1997). The decision to reopen a case is within the Court's sound discretion. *Apex Oil Co. v. Sparks (In re Apex Oil Co.),* 406 F.3d 538, 542 (8th Cir.2005); *In re Shondel,* 950 F.2d 1301, 1304 (7th Cir.1991).

Although the Debtor does not expressly state it, his purpose for reopening the case is to accord relief to him. Conestoga, he contends, is acting in violation of the discharge injunction: despite the discharge of its claim against the Debtor, Conestoga continues to demand payment. That is making it impossible for him to sell one of his real estate properties. *See* Mot. ¶¶ 19-21.

Conestoga responds that it still has a lien on the 19th Street property notwithstanding confirmation of the plan. It explains that it never received any notice of the Plan as required by the Code and so was not afforded the opportunity to object thereto. On that basis, it maintains that the terms of the Plan and resulting discharge have no legal effect upon it. Resp. ¶¶ 7, 9, 10-12. If that is the case, then there is no point in reopening the bankruptcy.

*Analysis*

Conestoga would be correct that reopening the case would be futile if either of two circumstances existed: if its lien was not modified by the Debtor's confirmed plan or, assuming it was, Conestoga did not receive notice of the proposed plan and its treatment of Conestoga's claim.

*Effect of Plan on
Conestoga Lien*

The first condition does not exist because the plan expressly proposed to modify the secured interest of Conestoga. The confirmed plan provided that the Debtor would

4

retain the 19th Street property. As to treatment of the liens which encumbered it, the

plan provided as follows:

> The treatment and consideration to be received by Class 3
> claims in connection with their Secured Claims( i.e., …
> Ocwen……) shall be in monthly installments consistent with
> the below mentioned chart during which these creditors will
> *retain their liens, except the claims of Lava and Springleaf*.
> …
>     Mortgage            balance        modified interest rate
> …
>
> f)   Ocwen           115,232.18          5.0

Eighth Am. Plan, p. 9 [emphasis added]. So as to the 19th Street property, the plan

proposed that only the Ocwen lien would be paid and at a modified rate of interest. The

liens of Springleaf (now Conestoga) and Lava would be extinguished and no payment

would be received. None of the three lienholders objected to this treatment.

What resulted from confirmation as far as the junior lienholders was concerned

was the divesture of their respective secured interests in the 19th Street property.

Section 1141 of the Code provides, in pertinent part:

> Except as provided in subsections (d)(2) and (d)(3) of this section and
> except as otherwise provided in the plan or in the order confirming the
> plan, after confirmation of a plan, the property dealt with by the plan is free
> and clear of all claims and interests of creditors, equity security holders,
> and of general partners in the debtor.

11 U.S.C. § 1141(c). *See In re Omega Optical, Inc.*, 476 B.R. 157, 164 (Bankr. E.D. Pa.

2012) ("This long-standing provision provides that confirmation of a chapter 11 plan can

divest creditors of their security interests, *i.e.,* liens, in certain circumstances.")  To

determine if full lien divestiture resulted from plan confirmation, a four-part test if used:

(1) the plan must be confirmed; (2) the property that is subject to the lien must be dealt

with by the plan; (3) the lien holder must participate in the reorganization; and (4) the

plan must not preserve the lien. *Id.*

The Court finds three of the four elements (##1, 2, and 4) to be definitively

established. First, the Debtor's chapter 11 plan has been confirmed. Second,

Conestoga's collateral—the 19th Street property—was dealt with by the plan as

revesting in the Debtor, subject only to the Ocwen lien and obligation. Fourth, the plan

specifically provided that Springleaf (now Conestoga) would hold no lien after

confirmation, and would not be paid.

*Conestoga's Claim
of Lack of Notice*

That leaves the third element: whether Conestoga participated in this bankruptcy

case. Conestoga maintains that it cannot have because it simply was not notified of the

Debtor's plan and disclosure statement. The Supreme Court identified the due process

requirements for notice in *Mullane v. Central Hanover Bank & Trust Co.,* 339 U.S. 306,

314, 70 S.Ct. 652, 94 L.Ed. 865 (1950):

> An elementary and fundamental requirement of due process in any
> proceeding which is to be accorded finality is notice reasonably calculated,
> under all the circumstances, to apprise interested parties of the pendency
> of the action and to afford them an opportunity to present their objections.
> The notice must be of such nature as reasonably to convey the required
> information ... and it must afford a reasonable time for those interested to
> make their appearance.

These requirements apply to all proceedings involving a disposition of property,

including those in bankruptcy. *See, e.g., City of New York v. New York, New Haven, &

Hartford Railroad Co.,* 344 U.S. 293, 295-96, 73 S.Ct. 299, 97 L.Ed. 333 (1953).

*Chapter 11 Confirmation*
*and Notice Requirements*

Those bankruptcy rules which deal with confirmation of a Chapter 11 plan comport with fundamental notions of fairness and due process. Rule 3017 provides that after a disclosure statement is filed pursuant to § 1125(b), the "court shall hold a hearing *on at least 28 days' notice to … creditors* … and other parties in interest *as provided in Rule 2002*." B.R. 3017(a) [emphasis added]. Once approved, the disclosure statement, plan, ballot, notice of voting deadline, and notice of the deadline for objecting to confirmation and of the hearing on confirmation are to be mailed to creditor and parties in interest "in accordance with Rule 2002(b)." B.R. 3017(d)

Again, Rule 2002 requires 28 days' notice to parties in interest for filing objections to a disclosure statement, to confirmation of a plan, and of the hearing on confirmation. B.R. 2002(b). The dockets reflect that notice of the adequacy of the disclosure statement, and the hearing on confirmation (with related deadlines) were served in accordance with this rule. On August 11, 2014, the Debtor filed the Motion to Approve Disclosure Statement (#349). It was served on the parties on the Clerk's Service List as required by the Local Rule 3017-1(c). On September 3, 2014, the Court heard the Motion and it was approved. (#359). On September 18, 2014 an Order Approving the Disclosure Statement and setting a hearing on confirmation was entered (#358). It set the last day to object to confirmation as October 22, 2014. That Order was served by the Bankruptcy Noticing Center (BNC) the next day on all parties listed on the Service List (#362).

A review of the Service List confirms Conestoga's contention that it did *not* received notice of these hearings. The Certificate of Notice of the Order approving the

7

Disclosure Statement issued by the BNC shows that Springleaf, and not Conestoga, was served (#362). Similarly with the Order confirming the Plan: the Certificate likewise listed Springleaf and not Conestoga among the recipients. (#411).

This begs the question, however, of why Conestoga, an interested party, was not receiving notices while Springleaf, long since gone from the case, remained on the Clerks' Service List. Springleaf had assigned its interest in the 19th Street property 2 years before the Court approved the disclosure statement. Yet neither Springleaf nor Conestoga took any action to apprise the Debtor or the Clerk's Office that Conestoga held the lien formerly held by Springleaf as to the 19th Street property. The Debtor's Schedules do not reflect that Conestoga was an interested party. Conestoga never filed a Proof of Claim. Most importantly, Conestoga did not file a request for notices in the case as provided by L.B.R. 2002-1 until November 2019, almost 5 years after confirmation. So if Conestoga did not receive notice of the plan and disclosure statements, it was because it never informed the Debtor or the Bankruptcy Court Clerk's Office that it was a party in interest until it was too late. The fault for that lies squarely with Conestoga.

*Summary*

The upshot of all of this is that Conestoga's lien was divested by the Debtor's Plan. For that reason, the Court finds that the Debtor has stated grounds for reopening the case based on a colorable violation of the discharge injunction.

An appropriate order follows.

BY THE COURT

Dated:   March 4, 2020

_____

Jean K. FitzSimon
United States Bankruptcy Judge

9

Copies to:

Ronald G. McNeil, Esquire
McNeil Legal Services
1333 Race Street
Philadelphia, PA 19107-1585

Mark C. Clemm, Esquire
Clemm and Associates, LLC
488 Norristown Road
Suite 140
Blue Bell, PA 19422