UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET - SUITE 400
PHILADELPHIA  19107-4299

Timothy B. McGrath  
Clerk

March 19, 2020

Telephone  
(215) 408-2800

Re:    Fawwaz F. Beyha

Bankruptcy No. <u>11-18010-jkf</u>

Civil Action No.

Dear Kate Barkman, Clerk of Court:

We herewith transmit the following documents filed in the above matter, together with certified copy of docket entries:

(<u>X</u>) Certificate of Appeal from Order dated March 4, 2020 by the Honorable Jean K. FitzSimon, entered on the docket March 4, 2020.

Notice of Appeal filing fee    (<u>X</u>) paid    ( ) not paid

( ) Designation of Record on Appeal filed.
( ) Designation of Record on Appeal not filed.

( ) Supplemental Certificate of Appeal.

( ) Motion for Leave to Appeal filed.
  ( ) Answer to Motion filed.

( ) Proposed findings of fact and conclusions of law entered.
  ( ) Objections filed.

( ) Report and recommendation entered.
  ( ) Objections filed.

( ) Original record transferred to the District Court pursuant to order.

( ) Other:

Kindly acknowledge receipt on the copy of the letter provided.

For the Court

Timothy B. McGrath  
Clerk

By: John Barbetta  
Deputy Clerk

---

Received Above material or record tile this <u>19th</u> day of <u>March</u>, 2020.

Civil Action No. <u>20cv1590</u>        Signature: <u>s/Nicole D'urso</u>

Miscellaneous No. _____        Date: <u>03/23/2020</u>

Assigned to Judge <u>Cynthia M. Rufe</u>

BFL5.frm2