CLEMM AND ASSOCIATES, LLC
Mark C. Clemm, Esquire, I.D. No. 36665
Katie M. Clemm, Esquire, I.D. No. 320733
488 Norristown Road, Suite 140
Blue Bell, PA   19422
(484) 539-1300                                                            Attorneys for Appellant Conestoga
mclemm@clemmlaw.com                                          Title Insurance Company
kclemm@clemmlaw.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLANIA**

| In re | Case No. 11-18010 |
|---|---|
| Fawwaz F. Beyha | |
| Debtor | |
| | Hon. Jean K. FitzSimon |

**DESIGNATION BY APPELLANT CONESTOGA TITLE INSURANCE COMPANY OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Federal Rule of Bankruptcy Procedure 8009, appellant Conestoga Title Insurance Company ("Conestoga") files this designation of items to be included in the record on appeal in the above-captioned case and requests that the Clerk prepare and forward the items listed herein to the District Court for inclusion in the record in connection with the appeal.

**DESIGNATION OF RECORD**

| Designation No. | Docket No. | Date | Description |
|---|---|---|---|
| 1 | 1 | 10/16/2011 | Chapter 13 Voluntary Petition |
| 2 | 9 | 10/21/2011 | Notice of Appearance and Request for Notice by BENJAMIN E. WITMER Filed by BENJAMIN E. WITMER on behalf of Springleaf Financial Services of Pennsylvania, Inc. f/k/a American General Consumer Discount Company |
| 3 | 16 | 11/12/2011 | Statistical Summary of Certain Liabilities Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. |
| 4 | 17 | 11/12/2011 | Schedules A – J *with Addendum and with Declaration* |

|   |    |            |                                                                                                                                                                                                                                          |
|---|----|------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|   |    |            | *Concerning Debtor's Schedules* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha.                                                                                                                                                  |
| 5 | 18 | 11/12/2011 | Statement of Financial Affairs Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha.                                                                                                                                                   |
| 6 | 19 | 11/12/2011 | Chapter 13 Plan Filed by Fawwaz F. Beyha.                                                                                                                                                                                                |
| 7 | 20 | 11/12/2011 | Chapter 13 Statement of Current Monthly and Disposable Income (Form 22C) Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha.                                                                                                         |
| 8 | 26 | 12/08/2011 | Meeting of Creditors.                                                                                                                                                                                                                    |
| 9 | 27 | 12/11/2011 | BNC Certificate of Mailing – Meeting of Creditors. Number of Notices Mailed: (related document(s) (Related Doc # 26)). No. of Notices: 31. Notice Date 12/11/2011.                                                                       |
| 10 | 46 | 01/18/2012 | Adversary case 12-00042. Complaint by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha against Springleaf Financial Services, Inc., Ocwen Loan Servicing, LLC. (Validity, priority or extent of lien or other interest in property)        |
| 11 | 55 | 01/20/2012 | Objection to Confirmation of Plan Filed by Ocwen Loan Servicing, LLC (related document(s) 19). (Attachments: # 1 Certificate of Service)                                                                                                 |
| 12 | 69 | 02/06/2012 | Objection to Confirmation of Plan Filed by BENJAMIN E. WITMER on behalf of Springleaf Financial Services of Pennsylvania, Inc.                                                                                                           |
| 13 | 70 | 02/06/2012 | Certificate of Service *of Objection to Confirmation* Filed by BENJAMIN E. WITMER on behalf of Springleaf Financial Services of Pennsylvania, Inc.                                                                                       |
| 14 | 71 | 02/15/2012 | Certificate of Service of *Amended Notice of Meeting of Creditors* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha                                                                                                                |
| 15 | 94 | 02/25/2012 | Motion for Relief from Stay.  Filed by Springleaf Financial Services of Pennsylvania, Inc. Represented by BENJAMIN E. WITMER (Counsel). (Attachments: #1 Proposed Order # 2 Cert of Service)                                             |
| 16 | 95 | 02/25/2012 | Notice of Motion for Relief from Stay filed by Springleaf Financial Services of Pennsylvania, Inc.                                                                                                                                       |
| 17 | 97 | 03/06/2012 | Motion to Dismiss Case.  underfunded, feasibility & exceeds limits Filed by FREDERICK L. REIGLE Represented by POLLY A. LANGDON (Counsel). (Attachments: # 1 Proposed Order # 2 Certificate of Service)                                  |
| 18 | 98 | 03/06/2012 | Motion to Dismiss Case.  underfunded, feasibility & exceeds limits ) Filed by FREDERICK L. REIGLE.                                                                                                                                       |

| 19 | 104 | 03/19/2012 | Response to Motion for Relief from Stay filed by Creditor Springleaf Financial Services of Pennsylvania, Inc., filed by Fawwaz F. Beyha |
| --- | --- | --- | --- |
| 20 | N/A | 03/20/2012 | Meeting of Creditors Held and Concluded on: 3/20/2012. |
| 21 | 111 | 03/21/2012 | Hearing Held on 94 Motion for Relief from Stay filed by Springleaf Financial Services of Pennsylvania, Inc. Represented by BENJAMIN E. WITMER. |
| 22 | 112 | 03/21/2012 | Order Granting Motion For Relief From Stay by SpringLeaf Financial Services of Pennsylvania, Inc. successor by merger to American General Finance, nka American General Finance Services, Inc. |
| 23 | 116 | 03/28/2012 | Motion to Reconsider filed by Fawwaz F. Beyha Represented by RONALD G. MCNEIL (Counsel) |
| 24 | 118 | 04/10/2012 | Reply to Motion to Reconsider filed by Debtor Fawwaz F. Beyha Filed by Springleaf Financial Services of Pennsylvania, Inc. |
| 25 | 130 | 04/26/2012 | Motion to Convert Case From Chapter 13 to 11 filed by Fawwaz F. Beyha Represented by RONALD G. MCNEIL (Counsel). |
| 26 | N/A | 04/30/2012 | Adversary Case Closed. |
| 27 | 137 | 05/02/2012 | Order Denying Motion to Reconsider. It is hereby ORDERED that Debtor's Motion for Reconsideration is denied, and Springleaf Financial Services of Pennsylvania, Inc. is free to proceed with it's mortgage foreclosure action with respect to the property located at 1900 South 19th Street, Philadelphia, PA 19145, on or after May 16, 2012. |
| 28 | 151 | 05/22/2012 | Certificate of No Response to *Debtor's Motion to Convert Case From Chapter 13 to 11* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha |
| 29 | 152 | 05/23/2012 | Hearing Held on 97 Motion to Dismiss Case. underfunded, feasibility & exceeds limits Filed by FREDERICK L. REIGLE Represented by POLLY A. LANGDON. Moot, case converted to chapter 11 |
| 30 | 158 | 05/23/2012 | Order Granting Motion To Convert Case from Chapter 13 to Chapter 11. Trustee FREDERICK L. REIGLE removed from the case. Within 14 days of the date of this Order Debtor shall file amendments to previously filed schedules and statements as necessary. The Chapter 13 Trustee shall immediately turnover to the Office of the Trustee, all records and property of the estate in his custody or control. The Chapter 13 Trustee shall file an accounting of all receipts and distributions made, together |

| | | | |
|---|---|---|---|
| | | | with a report on the administration of the case, file a Request for Payment of Administrative Expenses, if appropriate. |
| 31 | 162 | 05/25/2012 | Meeting of Creditors . 341(a) meeting to be held on 6/21/2012 at 02:00 PM at 833 Chestnut Street, Suite 501, Philadelphia, PA. |
| 32 | 172 | 06/06/2012 | 20 Largest Unsecured Creditors Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. |
| 33 | 175 | 06/07/2012 | Amended Document *( signed 20 Largest Unsecured Creditors )* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha |
| 34 | 176 | 06/07/2012 | Amended Document *( Amended Summary of Schedule )* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha |
| 35 | 177 | 06/07/2012 | Amended Document *( Amended Statistical Summary of Certain Liabilities )* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha |
| 36 | 178 | 06/07/2012 | Amended Summary of Schedules Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. |
| 37 | 179 | 06/07/2012 | Amended Schedule A Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. |
| 38 | 180 | 06/07/2012 | Amended Schedule B Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. |
| 39 | 181 | 06/07/2012 | Amended Schedule C Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. |
| 40 | 182 | 06/07/2012 | Amended Schedule(s), Schedule D – Creditors Holding Secured Claims, Schedule E – Creditors Holding Unsecured Priority Claims, Schedule F – Creditors Holding Unsecured Nonpriority Claims, *with Declaration Concerning Debtor's Schedules with Declaration Concerning Debtor's Schedules* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha |
| 41 | 183 | 06/07/2012 | Matrix Filed. Number of pages filed: 5, Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. |
| 42 | 184 | 06/07/2012 | Support Document *( Verification of Creditor Matrix )* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha |
| 43 | 185 | 06/07/2012 | Amended Document *( Amended Statement of Financial Affairs )* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha |
| 44 | 201 | 07/05/2012 | Amended Schedule B *( Schedule Amended Schedule B )* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. |

|    |     |            | Beyha. |
|----|-----|------------|--------|
| 45 | 202 | 07/05/2012 | Amended Schedule(s), Schedule E – Creditors Holding Unsecured Priority Claims, Schedule F – Creditors Holding Unsecured Nonpriority Claims, *( Second Amended Schedules E and F ) ( Second Amended Schedules E and F )* filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. |
| 46 | 203 | 07/05/2012 | Amended Schedule H Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. |
| 47 | 204 | 07/05/2012 | Amended Document *( page 3 of Amended Statement of Financial Affairs )* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha on behalf of Fawwaz F. Beyha |
| 48 | 205 | 07/05/2012 | Chapter 11 Plan of Reorganization Filed by Fawwaz F. Beyha. |
| 49 | N/A | 08/06/2012 | Adversary Case 2:12-ap-44 Closed. |
| 50 | 225 | 09/27/2012 | Motion to Set Last Day to File Proofs of Claim Filed by Fawwaz F. Beyha Represented by RONALD G. MCNEIL (Counsel). |
| 51 | 226 | 10/03/2012 | Order Granting Motion To Set Last Day to File Proofs of Claim (Related Doc # 225)  Proofs of Claims due by 12/23/2012.   Government Proof of Claim Deadline: 12/28/2012. |
| 52 | 241 | 02/18/2013 | Amended Chapter 11 Plan *( Second Modified Chapter 11 Plan )* Filed by Fawwaz F. Beyha (related document(s)205). (Attachments: # 1 Service List) |
| 53 | 248 | 04/30/2013 | Amended Schedule A *( Debtor's Third Modified Schedule A )* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. |
| 54 | 249 | 04/30/2013 | Amended Schedule B *( Debtor's Third Modified Schedule B )* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. |
| 55 | 250 | 04/30/2013 | Statement of Financial Affairs *( Debtor's Third Modified S. F. A. )* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. |
| 56 | 253 | 06/22/2013 | Amended Chapter 11 Plan *( Third Modified Chapter 11 Plan )* Filed by Fawwaz F. Beyha (related document(s)241, 205). |
| 57 | 254 | 06/22/2013 | Disclosure Statement Filed by Fawwaz F. Beyha. |
| 58 | 255 | 06/23/2013 | Motion to Approve Disclosure Statement *( and for the Fixing of Dates for the Filing of Acceptances, Rejections or Objections to the Plan of Reorganization ).*) Filed by Fawwaz F. Beyha. |

| 59 | 256 | 06/23/2013 | Notice of (related document(s): 255 Motion to Approve Disclosure Statement *( and for the Fixing of Dates for the Filing of Acceptances, Rejections or Objections to the Plan of Reorganization ).* ) Filed by Fawwaz F. Beyha. |
|---|---|---|---|
| 60 | 257 | 06/24/2013 | Objection to Disclosure Statement filed by Debtor Fawwaz F. Beyha, Notice of Motion filed by Debtor Fawwaz F. Beyha, Notice of Motion filed by Debtor Fawwaz F. Beyha Filed by United States Trustee (related document(s)256, 255, 254). |
| 61 | 258 | 06/27/2013 | Amended Disclosure Statement *( Addendum to Disclosure Statement )* Filed by Fawwaz F. Beyha (related document(s)254). |
| 62 | 264 | 07/26/2013 | Amended Chapter 11 Plan *( Addendum to Third Modified Chapter 11 Plan )* Filed by Fawwaz F. Beyha |
| 63 | 265 | 07/26/2013 | Amended Disclosure Statement *( Second Addendum to Disclosure Statement )* Filed by Fawwaz F. Beyha |
| 64 | 266 | 08/07/2013 | Hearing Held on 255 Motion to Approve Disclosure Statement *( and for the Fixing of dates for the Filing of Acceptances, Rejections or Objections to the Plan of Reorganization )* filed by Debtor Fawwaz f. Beyha *(related document(s),255). Amended Blacklined Disclosure Statement to be filed by 8/9/2013* |
| 65 | 267 | 08/09/2013 | Amended Chapter 11 Plan *(Debtor's Fourth Modified Chapter 11 Plan )* Filed by Fawwaz f. Beyha |
| 66 | 268 | 08/09/2013 | Amended Disclosure Statement Filed by Fawwaz F. Beyha |
| 67 | 272 | 08/23/2013 | Amended Chapter 11 Plan *( Debtor's Fifth Modified Chapter 11 Plan )* Filed by Fawwaz F. Beyha |
| 68 | 273 | 08/23/2013 | Amended Disclosure Statement *( Debtor's Second Modified Disclosure Statement )* Filed by Fawwaz F. Beyha |
| 69 | 279 | 10/03/2013 | Amended Schedule B *( Third Modified Schedule B )* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. |
| 70 | 280 | 10/03/2013 | Amended Schedule(s), Schedule F – Creditors Holding Unsecured Nonpriority Claims, *( Third Modified Schedule F ) ( Third Modified Schedule F )* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. |
| 71 | 281 | 10/03/2013 | Statement of Financial Affairs *( modified S.F.A. )* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. |
| 72 | 282 | 10/15/2013 | Report of Plan Voting Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. |
| 73 | 288 | 11/05/2013 | Transfer of Claim Transfer Agreement 3001 (e) 2 |

| | | | |
|---|---|---|---|
| | | | Transferor: ONE WEST BANK,FSB (Claim No. 9) To Ocwen Loan Servicing, LLC. Fee Amount $25 To Ocwen Loan Servicing, LLC1100 Virginia Drive, suite 175Fort Washington, PA 19034Attn: Bankruptcy Department Filed by Ocwen Loan Servicing, LLC. |
| 74 | 307 | 02/18/2014 | Amended Chapter 11 Plan *( Debtor's Sixth Modified Chapter 11 Plan )* Filed by Fawwaz F. Beyha |
| 75 | 311 | 02/28/2014 | Amended Chapter 11 Plan *( Debtor's Seventh Modified Chapter 11 Plan )* Filed by Fawwaz F. Beyha |
| 76 | 312 | 03/06/2014 | Chapter 11 Ballots *( related document(s) 311 )* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. |
| 77 | 313 | 03/11/2014 | Transfer of Claim Transfer Agreement 3001 (e) 2 Transferor: OneWest Bank, FSB (Claim No. 8) To Ocwen Loan Servicing, LLC. To Ocwen Loan Servicing, LLC1661 Worthington Road Ste. 100West Palm Beach FL 33409 Filed by Ocwen Loan Servicing, LLC. |
| 78 | 314 | 03/12/2014 | Certificate of No Response to *Debtor's Motion to Approve Loan Modification Agreement* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha |
| 79 | 320 | 03/14/2014 | BNC Certificate of Mailing – PDF Document. (related document(s) (Related Doc # 318)).  No. of Notices: 9. Notice Date 03/16/2014. |
| 80 | 322 | 04/02/2014 | Transfer of Claim Transfer Agreement 3001 (e) 2 Transferor: American Home Mortgage Servicing, Inc To Ocwen Loan Servicing, LLC1661 Worthington Road Ste. 100West Palm Beach, FL 33409 Filed by Ocwen Loan Servicing, LLC. |
| 81 | 333 | 05/13/2014 | Report of Plan Voting Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. |
| 82 | 336 | 05/14/2014 | CONFIRMATION Hearing Held.  HELD UNDER ADVISEMENT; BREFS TO BE FILED |
| 83 | 337 | 05/16/2014 | Memorandum in Opposition to *Confirmation of Plan* Filed by GEORGE M. CONWAY on behalf of United States Trustee (related document(s)311). (Attachments: # 1 Service List) |
| 84 | 339 | 05/23/2014 | Transcript regarding Hearing Held The transcript may be viewed at the Bankruptcy Court Clerk's Office. |
| 85 | 338 | 05/28/2014 | Memorandum in Support of *Confirmation of Plan* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha |
| 86 | 340 | 06/05/2014 | Order Denying Confirmation of Chapter 11 Plan |
| 87 | 347 | 08/06/2014 | Amended Chapter 11 Plan *( Debtor's Eight Modified Chapter 11 Plan )* Filed by Fawwaz F. Beyha |

| | | | |
|---|---|---|---|
| 88 | 348 | 08/06/2014 | Amended Disclosure Statement *(Debtor's Third Modified Disclosure Statement )* Filed by Fawwaz F. Beyha |
| 89 | 349 | 08/11/2014 | Motion to Approve Disclosure Statement Filed by Fawwaz F. Beyha Represented by RONALD G. MCNEIL (Counsel). |
| 90 | 354 | 09/01/2014 | Certificate of No Response to *Debtor's Motion to Approve Disclosure Statement* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha |
| 91 | 355 | 09/03/2014 | Hearing Held on Motion to Approve Disclosure Statement filed by Debtor Fawwaz F. Beyha. Order entered. |
| 92 | 357 | 09/10/2014 | Amended Disclosure Statement *( Fourth Modified Disclosure Statement )* Filed by Fawwaz F. Beyha |
| 93 | 358 | 09/17/2014 | Order Approving Disclosure Statement and Setting Hearing on Confirmation. Confirmation hearing scheduled 11/12/2014 Last day to Object to Confirmation 10/22/2014. Proofs of Claims due by 12/16/2014. |
| 94 | 364 | 09/26/2014 | Certificate of Service *of this Court's September 17, 2014 Order* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha |
| 95 | 366 | 10/21/2014 | *Objection to Confirmation of Amended Plan of Reorganization* Filed by GEORGE M. CONWAY on behalf of United States Trustee |
| 96 | 367 | 10/21/2014 | Motion to Convert Case to Chapter 7 or in the alternative Motion to Dismiss Case. Inability to confirm a Plan of Reorganization Filed by United States Trustee Represented by GEORGE M. CONWAY (Counsel). (Attachments: # 1 Service List # 2 Proposed Order Converting Case # 3 Proposed Order Dismissing Case). |
| 97 | 368 | 10/21/2014 | Notice of Motion to Convert Case to Chapter 7 367 Filed by United States Trustee. Hearing scheduled 11/12/2014 |
| 98 | 369 | 10/24/2014 | BNC Certificate of Mailing – PDF Document (related document(s) (Related Doc # 368)). No. of Notices: 59. Notice Date 10/24/2014 |
| 99 | 384 | 11/10/2014 | Report of Plan Voting Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. |
| 100 | 385 | 11/10/2014 | Response to Motion to Convert Case to Chapter 7 filed by U.S. Trustee United States Trustee, Motion to Dismiss Case for Other Filed by Fawwaz F. Beyha |
| 101 | 391 | 11/19/2014 | Hearing Held on Confirmation. Order to be submitted. |
| 102 | 393 | 11/19/2014 | Hearing Held on 367 Motion to Convert Case to Chapter 7 or in the alternative Motion to Dismiss Case. Inability to confirm a Plan of Reorganization filed by U.S. Trustee |

| | | | United States Trustee |
|---|---|---|---|
| 103 | 409 | 11/24/2014 | Proposed Order Re: *Amended Chapter 11 Plan ( Debtor's Eighth Modified Chapter 11 Plan )* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha |
| 104 | 410 | 12/03/2014 | Order Confirming Chapter 11 Plan. (G., Jeanette) Additional attachment(s) added on 12/4/2014 |
| 105 | 411 | 12/06/2014 | BNC Certificate of Mailing – PDF Document. (related document(s) (Related Doc # 410)). No. of Notices: 10. Notice Date 12/06/2014. |
| 106 | 424 | 07/15/2015 | Motion for Relief from Stay *re: 1900 South 19th Street, Philadelphia, PA 19145*. Filed by Ocwen Loan Servicing, LLC Represented by JOHN ERIC KISHBAUGH (Counsel). Objections due by 7/29/2015. (Attachments: # 1 Declaration # 2 Exhibit # 3 Loan Documents # 4 Loan document # 5 Proposed Order # 6 certificate of service) |
| 107 | 425 | 07/15/2015 | Notice of (related documents): 424 Motion for Relief from Stay *re: 1900 South 19th Street, Philadelphia, PA 19145*. Filed by Ocwen Loan Servicing, LLC. |
| 108 | 428 | 07/28/2015 | Response to Motion for Relief From Stay filed by Ocwen Loan Servicing, LLC Filed by Fawwaz F. Beyha |
| 109 | 431 | 10/06/2015 | Praecipe to Withdraw *MOTION FOR RELIEF FROM AUTOMATIC STAY* Filed by JOHN ERIC KISHBAUGH on behalf of Ocwen Loan Servicing, LLC |
| 110 | 432 | 10/07/2015 | Hearing Held on 424 Motion for Relief from Stay *re: 1900 South 19th Street, Philadelphia, PA 19145 filed by Creditor Ocwen Loan Servicing, LLC   Motion withdrawn* |
| 111 | 435 | 12/14/2015 | Order to Show Cause Why A Final Decree Should Not Be Entered. |
| 112 | 436 | 12/16/2015 | BNC Certificate of Mailing – PDF Document. (related document(s) (Related Doc # 435)). No. of Notices: 1. Notice Date 12/16/2015. |
| 113 | 460 | 06/14/2016 | Final Decree |
| 114 | N/A | 10/26/2016 | Bankruptcy Case Terminated for Statistical Purposes |
| 115 | 465 | 06/08/2018 | Motion to Reopen Chapter 11 Case . Filed by Fawwaz F. Beyha Represented by RONALD G. MCNEIL (Counsel). (Attachments: # 1 Proposed Order # 2 Service List) |
| 116 | 469 | 06/26/2018 | Certificate of No Response to *Debtor's Motion to Reopen Chapter 11 Case* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha |
| 117 | 471 | 06/27/2018 | Hearing Held on 465 Motion to Reopen Chapter 11 Case Filed by Fawwaz F. Beyha Represented by RONALD G. MCNEIL (Counsel).   Revised order to be submitted. |

| 118 | 472 | 06/28/2018 | Praecipe *to Accept Proposed Order (related document 465)* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha. |
|---|---|---|---|
| 119 | 473 | 06/28/2018 | **ORDERED** that Debtor's Motion to Reopen is **GRANTED**; Debtor is granted a Discharge as otherwise provided in § 1141(d)(5) of the Code; and upon entry on the docket of this Discharge Order, the Bankruptcy Court's Clerk shall immediately close this case. |
| 120 | 475 | 06/28/2018 | Order Discharging Debtor. |
| 121 | 476 | 06/28/2018 | BNC Certificate of Mailing – PDF Document. (related document(s) (Related Doc # 468)). No. of Notices: 62. Notice Date 06/28/2018. |
| 122 | 477 | 06/30/2018 | BNC Certificate of Mailing. (related document(s) (Related Doc # 475)). No. of Notices: 41. Notice Date 06/30/2018. |
| 123 | 478 | 06/30/2018 | BNC Certificate of Mailing – PDF Document. (related document(s) (Related Doc. # 473)). No. of Notices: 62. Notice Date 06/30/2018. |
| 124 | 479 | 06/30/2018 | BNC Certificate of Mailing – PDF Document. (related document(s) (Related Doc # 474)). No. of Notices: 1. Notice Date 06/30/2018. |
| 125 | N/A | 07/02/2018 | Bankruptcy Case Terminated for Statistical Purposes |
| 126 | 480 | 02/08/2019 | Motion to Reopen Chapter 11 Case Filed by Fawwaz F. Beyha Represented by RONALD G. MCNEIL (Counsel). (Attachments: # 1 Proposed Order # 2 Exhibit A – copy of Creditor's Demand letter # 3 Exhibit B – proposed Adversary Complaint # 4 Service List) |
| 127 | 481 | 02/08/2019 | Motion to Reopen Chapter 11 Case . Filed by Fawwaz F. **Beyha.** Hearing schedule 3/6/2019 at 12:30 PM at nix3 – Courtroom #3. |
| 128 | 483 | 03/01/2019 | Exhibit *C – Debtor's Affidavit in Support* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha |
| 129 | 484 | 03/01/2019 | **Duplicate entry using the correct event**Affidavit In Support Motion to Reopen Chapter 11 Case Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha |
| 130 | 485 | 03/06/2019 | Amended Document *( Debtor's Amended Affidavit In Support Motion to Reopen Chapter 11 Case )* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha |
| 131 | 488 | 05/29/2019 | Praecipe to Withdraw *Debtor's Motion to Reopen Chapter 11 Case* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha |
| 132 | 490 | 10/11/2019 | Motion to Reopen Chapter 11 Case *( based upon an* |

| | | | |
|---|---|---|---|
| | | | *alleged violation of the Discharge ).* Filed by Fawwaz F. Beyha Represented by RONALD G. MCNEIL (Counsel). (Attachments: # 1 Proposed Order # 2 Exhibit A – Affidavit in Support # 3 Exhibit B – proposed Adversary Complaint # 4 Service List) |
| 133 | 491 | 10/11/2019 | Notice of (related document(s): 490 Motion to Reopen Chapter 11 Case *( based upon an alleged violation of the Discharge ).* Filed by Fawwaz F. Beyha. Hearing scheduled 11/13/2019 at 12:30 PM at nix3 – Courtroom #3. |
| 134 | 492 | 10/29/2019 | Received Notice of Appearance and Demand For Service of Papers Filed by MARK C. CLEMM on behalf of Conestoga Title Insurance Company . |
| 135 | 493 | 10/29/2019 | Received Answer Of Conestoga Title Insurance Company to Debtor's Motion to Reopen Case Filed by MARK C. CLEMM on behalf of Conestoga Title Insurance Company |
| 136 | 496 | 11/01/2019 | Notice of Appearance and Request for Notice by MARK C. CLEMM Filed by MARK C. CLEMM on behalf of Conestoga Title Insurance Company. |
| 137 | 497 | 11/01/2019 | Objection to Motion to Reopen Case filed by Debtor Fawwaz F. Beyha Filed by Conestoga Title Insurance Company (Attachments: # 1 Proposed Order # 2 Exhibit A # 3 Exhibit B # 4 Service List) |
| 138 | 498 | 11/01/2019 | Notice of Appearance and Request for Notice by KATIE M. CLEMM Filed by KATIE M. CLEMM on behalf of Conestoga Title Insurance Company. (Attachments: # 1 Service List) |
| 139 | 499 | 11/12/2019 | Supplemental Objection to Motion to Reopen Case filed by Debtor Fawwaz F. Beyha *(Brief)* Filed by Conestoga Title Insurance Company |
| 140 | 501 | 11/13/2019 | Hearing Continued on 490 Motion to Reopen Chapter 11 Case *( based upon an alleged violation of the Discharge )* Represented by RONALD G. MCNEIL (Counsel). Hearing scheduled 12/10/2019 at 02:00 PM at nix3 – Courtroom #3.* |
| 141 | 502 | 12/05/2019 | Memorandum in Support of *Debtor's Motion to Reopen Chapter 11 Case* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha |
| 142 | 503 | 12/10/2019 | Hearing Continued on 490 Motion to Reopen Chapter 11 *( based upon an alleged violation of the Discharge ).* Represented by RONALD G. MCNEIL (Counsel). (Attachments: # 1 Proposed Order # 2 Exhibit A – Affidavit in Support # 3 Exhibit B – proposed Adversary |

| | | | |
|---|---|---|---|
| | | | Complaint # 4 Service List) filed by Debtor Fawwaz F. Beyha. Hearing scheduled 3/10/2020 at 02:00 PM at nix3 – Courtroom #3.* |
| 143 | 504 | 03/02/2020 | Amended Memorandum in Support of *Debtor's Motion to Reopen Chapter 11 Case* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha |
| 144 | 505 | 03/04/2020 | Amended Document *( Debtor's Amended Motion to Reopen Chapter 11 Case with Certificate of Service )* Filed by RONALD G. MCNEIL on behalf of Fawwaz F. Beyha |
| 145 | 506 | 03/04/2020 | Memorandum Opinion |
| 146 | 507 | 03/04/2020 | Order Granting Motion To Reopen Case |
| 147 | 508 | 03/04/2020 | **Duplicate entry using the correct event** Amended Motion (related document(s): Motion to Reopen Chapter 11 Case *(based upon an alleged violation of the Discharge)* filed by Debtor Fawwaz F. Beyha) |
| 148 | 511 | 03/10/2020 | Hearing Held on 490Status Re: Motion to Reopen Chapter 11 Case ( based upon an alleged violation of the Discharge ) Filed by Fawwaz F. Beyha Represented by RONALD G. MCNEIL . Order entered 3/4/20* |
| 149 | 512 | 03/17/2020 | Notice of Appeal to District Court. . Filed by Conestoga Title Insurance Company   Appellant Designation due by 03/31/2020.  Transmission of record on appeal to District Court Due Date:04/14/2020. |
| 150 | 514 | 03/17/2020 | Certificate of Service *of Notice of Appeal* Filed by KATIE M. CLEMM on behalf of Conestoga Title Insurance Company (related document(s)512). |

*Transcripts of the November 11, 2019, December 10, 2019, and March 10, 2020 Status Conferences have been ordered and requested by Appellant.

Appellant reserves the right to supplement the record.

                                                   CLEMM AND ASSOCIATES

Dated: March 30, 2020                  By:    */s/ Mark C. Clemm*
                                                           Mark C. Clemm, Esquire
                                                           Katie M. Clemm, Esquire
                                                           Attorneys for Appellant Conestoga Title
                                                           Insurance Company