LAW OFFICES

# CLEMM AND ASSOCIATES, LLC

MARK C. CLEMM
mclemm@clemmlaw.com

KATIE M. CLEMM
kclemm@clemmlaw.com

488 NORRISTOWN ROAD
SUITE 140
BLUE BELL, PENNSYLVANIA 19422

TELEPHONE
(484) 539-1300

FAX
(484) 370-8100

March 30, 2020

*VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED*
Clerk of Court
United States Bankruptcy Court for the Eastern District of Pennsylvania
900 Market Street, Suite 400
Philadelphia, PA   19107

**Re:**   **In re: Fawwaz F. Beyha; Eastern District of PA Bankr. No. 11-18010-sr**

Dear Sir/Madam:

Enclosed please find a transcript request form requesting the transcripts of the November 13, 2019 and December 10, 2019 status conferences and March 10, 2020 hearing in the above-referenced matter. Thank you for your assistance in this matter, and should you have any questions please do not hesitate to contact me.

Very truly yours,

Katie M. Clemm

| AO 435 (Rev. 04/11) | Administrative Office of the United States Courts | | FOR COURT USE ONLY |
|---|---|---|---|
| Please Read Instructions: | **TRANSCRIPT ORDER** | | **DUE DATE:** |

| 1. NAME | 2. PHONE NUMBER | 3. DATE | |
|---|---|---|---|
| Katie M. Clemm, Esquire | (484) 539-1300 | 3/30/2020 | |
| 4. MAILING ADDRESS | 5. CITY | 6. STATE | 7. ZIP CODE |
| 488 Norristown Road, Suite 140 | Blue Bell | PA | 19422 |

| 8. CASE NUMBER | 9. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| 11-18010 | Hon. Jean K. FitzSimon | 10. FROM 11/13/2019 | 11. TO 3/10/2020 |
| 12. CASE NAME | | LOCATION OF PROCEEDINGS | |
| In re Fawwaz F. Beyha | | 13. CITY Philadelphia | 14. STATE PA |

15. ORDER FOR
- [X] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [X] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | Status Conference | 11/13/2019 |
| [ ] OPINION OF COURT | | Status Conference | 12/10/2019 |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | Hearing | 03/10/2020 |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [X] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

18. SIGNATURE
*Katie M. Clemm*

19. DATE
3/30/2020

PROCESSED BY

PHONE NUMBER

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS |
|---|---|---|---|
| | DATE | BY | |
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY