**UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLANIA**

In re                                                                                           Case No. 11-18010
  Fawwaz F. Beyha
        Debtor
                                                                                 Hon. Jean K. FitzSimon

_____

**CERTIFICATE OF SERVICE**

    I, Katie M. Clemm, Esquire, hereby certify that service upon all interested parties, indicated below, was made by sending true and correct copies of Conestoga Title Insurance Company's Designation of Items to be Included in the Record on Appeal and Statement of Issues to be Presented on Appeal and Order for Transcript on this date by First Class mail, postage prepaid on the following:

| | |
|---|---|
| CR Evergreen II, LLC<br>PO Box 10587<br>Greenville, SC   29603-0587 | NATIONSTAR MORTGAGE LLC<br>Ocwen Loan Servicing, LLC<br>Attn: Bankruptcy Department<br>P.O. Box 24605 |
| GE Capital Retail Bank<br>c/o Recovery Management Systems Corporate<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL   33131-1605 | West Palm Beach, FL   33416-4605<br><br>Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA   23541 |
| LVNV Funding LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC   29603—0587 | Suntrust Mortgage, Inc<br>Bankruptcy Department RVW 3034<br>PO Box 27767<br>Richmond, VA   23261 |

And via electronic filing on all other parties and creditors.

Respectfully submitted,                                                                 Date: March 30, 2020

*/s/   Katie M. Clemm*
Mark C. Clemm, Esquire
Katie M. Clemm, Esquire
CLEMM AND ASSOCIATES, LLC
Attorneys for Conestoga Title Insurance Company