UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| In re | : | Case No. 11 - 18010 |
| Fawwaz F. Beyha | : | (Chapter 11) |
| Debtor. | : |  |
|  | : | Hon. Jean K. FitzSimon |
|  | : |  |

# Designation by Appellee, Fawwaz F. Beyha, of Items to be Included in the Record on Appeal

AND NOW, comes Appellee, Fawwaz F. Beyha, by and through his attorney, Ronald G. McNeil, Esquire, hereby files, pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure, this designation of additional items to be included in the record on appeal in the above-captioned case and requests that the Clerk prepare and forward the items listed herein to the District Court for inclusion in the record in connection with this appeal, and, as reasons therefor, states as follows:

| Designation No. | Docket No. | Date | Description |
|---|---|---|---|
| 151 |  |  | Claim Register (37 claims) |

Appellee reserves the right to supplement the record.

Respectfully submitted,

/s/ Ronald G. McNeil
Ronald G. McNeil, Esquire
Attorney for Debtor-Appellee
DATE: April 13, 2020
1333 Race Street
Philadelphia, PA  19107-1585
(215) 564 - 3999 (t)
(215) 564 - 3537 (fx)
r.mcneil1@verizon.net

UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| In re | : | Case No. 11 - 18010 |
| Fawwaz F. Beyha | : | (Chapter 11) |
| Debtor. | : | |
|  | : | Hon. Jean K. FitzSimon |
|  | : | |

### CERTIFICATE OF SERVICE

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, I, Ronald G. McNeil, Esquire, certify that a true and correct copy of Debtor-Appellee's Designation of Items to be Included in the Record on Appeal was served via electronic means, via hand delivery, and/or via first class postage prepaid, properly franked upon the following:

Conestoga Title Insurance Company
  c/o Clemm & Associates, LLC
ATTN: Mark C. Clemm, Esquire
488 Norristown Road, Suite 140
Blue Bell, PA 19422-2352

Springleaf Financial Services, Inc., f/k/a,
  American General Finance Services
  c/o Fox & Fox
ATTN: Benjamin E. Witmer, Esquire
One Montgomery Plaza, Suite 706
Norristown, PA 19401-4825

Ocwen Loan Servicing, LLC
  c/o Phelan, Hallinan & Schmieg, LLP
ATTN: Sherri J. Smith, Esquire
One Penn Center at Suburban Station
1617 J.F.K. Blvd, Suite 1400
Philadelphia, PA 19103-1814

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107-4414

/s/ Ronald G. McNeil
Ronald G. McNeil, Esquire
Attorney for Debtor-Appellee
DATE: April 14, 2020