UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA  19107-4299

Timothy B. McGrath                                                                                     Telephone
Clerk                                                                                              (215) 408-2800

April 3, 2020

Re:    Fawwaz F. Beyha
       Bankruptcy No.: <u>11-18010</u>
       Civil Action No. <u>20-1590</u>

Dear Kate Barkman, Clerk of Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

() Certificate of appeal from order entered .

   Notice of appeal filing fee ()paid    ()not paid

(x) Designation of Record on Appeal Filed  **<u>Transcripts of the November 11, 2019, December 10, 2019, and March 10, 2020 Status Conferences have been ordered and requested by Appellant.</u>

() Designation of Record on Appeal Not Filed

() Supplemental certificate of appeal.

() Motion for leave to appeal filed .

   () Answer to motion filed .

() Proposed findings of fact and conclusions of law entered  by the Honorable .

   () Objections filed .

() Report and recommendation entered  by the Honorable .

   () Objections filed .

() Original record transferred to the District Court pursuant to the order of the Honorable .

() Other:

Kindly acknowledge receipt on the copy of the letter provided.
                                        Timothy B. McGrath
                                        Clerk
                                        For the Court
                                        By:_____Jeanette Gilmore_____
                                        Deputy Clerk

---

Received Above material or record tile this _____ day of _____, 20____.

Civil Action No. _____         Signature:_____

Miscellaneous No. _____        Date: _____

Assigned to Judge _____                                      BFL5.frm(rev 11/8/17)

EFCOA.ELC

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re                                              :
                                                                   Chapter 11

Fawwaz F. Beyha                                    :

                                       :    Bankruptcy No. 11-18010

                                       :
                                       :    Civil No. 20-1590

## CERTIFICATE OF APPEAL FROM ORDER OF
## THE BANKRUPTCY JUDGE DATED MARCH 4, 2020
## ENTERED ON THE DOCKET MARCH 4, 2020

      I, Timothy B. McGrath, Clerk of the U.S. Bankruptcy Court, Eastern District of Pennsylvania, herewith electronically transmit the record on appeal filed March 17, 2020 and certify that the above proceeding was properly before the Honorable Jean K. FitzSimon, Bankruptcy Judge.

                                                 For the Court

                                               Timothy B. McGrath
                                             Clerk

                                             <u>By: Jeanette Gilmore</u>
                                                  Deputy Clerk

**Counsel of Record**

                    Katie M. Clemm, Esq.
                    Mark C. Clemm, Esq.
                    Clemm & Associates
                    488 Norristown Road, Suite 140
                    Blue Bell, PA  19422
                    Attorney for Appellant Conestoga Title Insurance Company

                    Ronald G. McNeil, Esq.

McNeil Legal Services
1333 Race Street
Philadelphia, PA  19107-1585
Attorney for Debtor, Fawwaz F. Beyha

George M. Conway, Esquire
United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Benjamin E. Witmer, Esq.
Fox & Fox
706 Montgomery Plaza
Airy & Swede Streets
Norristown, PA  19401
Attorney for Creditor, Springleaf Financial
Services of PA, Inc.

Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
P.O. BOX 24605
West Palm Beach, FL 33416-4605
Creditor


KASSIA FIALKOFF ESQ.
Duane Morris, LLP
30 South 17th Street
Philadelphia, PA 19103
Attorney for Creditor Ocwen Loan Servicing, LLC

JOHN ERIC KISHBAUGH ESQ.
Udren Law Offices PC
111 Woodcrest Road
Cherry Hill, NJ 08003
Attorney for Creditor Ocwen Loan Servicing, LLC

SHERRI J. SMITH ESQ.
Phelan Hallinan Diamond and Jones
400 Fellowship Road, Suite 100
Mount Laurel, NJ 08054
Attorney for Creditors Ocwen Loan Servicing, LLC &
One West Bank FSB & Wells Fargo Bank, NA as Trustee of
the Lehman Mortgage Trust 07-00001 Trust Fund &
HSBC Bank USA, National Association, as Indenture Trustee

JOSEPH P. KERRIGAN ESQ.
461 N. 3rd Street, Suite 2B
Philadelphia, PA 19123
Attorney for Creditor Lava Funding, LLC

MARY F. KENNEDY ESQ.
Law Offices of Gregory Javardian
1310 Industrial Blvd., Ste. 101
Southhampton, PA 18966
Attorney for Creditor SunTrust Mortgage, Inc.

JILL MANUEL-COUGHLIN ESQ.
Powers Kirn, LLC
Eight Neshaminy Interplex
Suite 215
Trevose, PA 19053
Attorney for Creditor SunTrust Mortgage, Inc.

GE Captial Retail Bank
c/o Recovery Management Systems Corporate
25 SE 2nd Avenue, Suite 1120
Miami, Fl  33131-1605
Creditor

LVNV Funding LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587
Creditor

NATIONSTAR MORTGAGE LLC
Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
P.O. Box 24605
West Palm Beach, FL 33416-4605
Creditor

Portfolio Recovery Associates, LLC.
PO Box 41067
Norfolk, VA 23541
Creditor

CR Evergreen II, LLC
PO Box 10587
Greenville SC 29603-0587
Creditor