UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA  19107-4299

Timothy B. McGrath                                                                                           Telephone
Clerk                                                                                                        (215) 408-2800

April 3, 2020

Re:   Fawwaz F. Beyha
      Bankruptcy No.: 11-18010
      Civil Action No. 20-1590

Dear Kate Barkman, Clerk of Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

( ) Certificate of appeal from order entered .

   Notice of appeal filing fee ( )paid    ( )not paid

(x) Designation of Record on Appeal Filed  **Transcripts of the November 11, 2019, December 10, 2019, and March 10, 2020 Status Conferences have been ordered and requested by Appellant.

( ) Designation of Record on Appeal Not Filed

( ) Supplemental certificate of appeal.

( ) Motion for leave to appeal filed .

   ( ) Answer to motion filed .

( ) Proposed findings of fact and conclusions of law entered  by the Honorable .

   ( ) Objections filed .

( ) Report and recommendation entered  by the Honorable .

   ( ) Objections filed .

( ) Original record transferred to the District Court pursuant to the order of the Honorable .

( ) Other:

Kindly acknowledge receipt on the copy of the letter provided.

                                        Timothy B. McGrath
                                        Clerk
                                            For the Court
                                        By:____Jeanette Gilmore_____
                                        Deputy Clerk

---

Received Above material or record tile this ___16th__ day of ____April_____, 20  20  .

Civil Action No. ___20cv1590_____        Signature:____s/Nicole Durso_____

Miscellaneous No. _____        Date:  ___04/16/2020_____

Assigned to Judge ____RUFE_____                                            BFL5.frm(rev 11/8/17)