UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA  19107-4299

Timothy B. McGrath                                                                                                    Telephone
Clerk                                                                                                                       (215) 408-2800

April 20, 2020

Re:    Fawwaz F. Beyha
       Bankruptcy No.: 11-18010
       Civil Action No. 20-1590

Dear Kate Barkman, Clerk of Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

( ) Certificate of appeal from order entered .

    Notice of appeal filing fee ( )paid    ( )not paid

(**x**) Appellee Designation of Record on Appeal Filed

( ) Designation of Record on Appeal Not Filed

( ) Supplemental certificate of appeal.

( ) Motion for leave to appeal filed .

    ( ) Answer to motion filed .

( ) Proposed findings of fact and conclusions of law entered  by the Honorable .

    ( ) Objections filed .

( ) Report and recommendation entered  by the Honorable .

    ( ) Objections filed .

( ) Original record transferred to the District Court pursuant to the order of the Honorable .

( ) Other:

Kindly acknowledge receipt on the copy of the letter provided

Timothy B. McGrath
Clerk
    For the Court
By:_____Jeanette Gilmore_____
Deputy Clerk

---

Received Above material or record tile this ___20th___ day of ___April___, 20 20.

Civil Action No.  __20cv1590__                Signature:  _s/Nicole Durso_____

Miscellaneous No. _____        Date:  ___04/20/2020_____

Assigned to Judge ___RUFE_____                                                              BFL5.frm(rev 11/8/17)